UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                              CASE NO. 10-50713

GULF FLEET HOLDINGS, INC., et al.                  CHAPTER 11

      DEBTORS          (Joint Administration Requested w/
             Case Nos. 10-50714, 10-50715, 10-
             50716, 10-50717, 10-50718, 10-
             50719, 10-50720, 10-50721, 10-
             50722, 10-50723)

## MOTION TO LIMIT NOTICE

  **NOW INTO COURT**, through undersigned counsel, come Gulf Fleet Holdings, Inc., Gulf

Ocean Marine Services, LLC, Gulf Fleet Offshore, LLC, Gulf Fleet Management, LLC, Gulf Fleet

Marine, Inc., Gulf Fleet, LLC, Hercules Marine, LLC, Gulf Worker, LLC, Gulf Service, LLC, Gulf

Wind, LLC, and Star Marine, LLC (collectively, the "Debtors"), which files this Motion to Limit

Notice, and in support thereof would respectfully who unto this Court, as follows:

1.

  On May 14, 2010, the Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy

Code in the United States Bankruptcy Court for the Western District of Louisiana.

2.

  Bankruptcy Rule 2002(m) provides that the court may from time to time enter orders

designating the matter in respect to which, the entity to whom, the form, and manner in which

notices may be sent except as otherwise provided by these rules. Bankruptcy Rule 2002(i) provides

that:

> "... the Court may order that notices required under subdivision (a)(2), (3) and (6)
> of this rule be transmitted to the United States trustee and be mailed only to the

committees elected under § 705 or appointed under § 1102 of the Code or to their authorized agents and to the creditors and equity security holders who serve on the trustee or debtor in possession and file a request hat all notices be mailed to them. A committee appointed under § 1114 shall receive copies of all notices required by subdivisions (a)(1), (a)(5), (b), (f)(2) and (f)(7), and such other notices as the court may direct."

3.

Ongoing mailouts to all persons and entities which have an interest in these proceedings are costly and burdensome to the Debtors and their counsel, as the Debtors' Creditor Matrix includes approximately seven hundred two (702) parties.

4.

The Debtor therefore requests that the Court allow it to limit notice of all pleadings in these bankruptcy cases to the secured creditors, the twenty (20) largest unsecured creditors, all parties who request special notice and the Office of the United States Trustee.

**WHEREFORE**, the Debtors respectfully pray that this Court limit the notice of all pleadings in these bankruptcy cases to the secured creditors, the twenty (20) largest unsecured creditors, all parties who have requested special notice and the Office of the United States Trustee, and for any and all further relief as is just.

2

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

_____
STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com;   ccaplinger@lawla.com;
         bkadden@lawla.com
*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Limit Notice has been served

upon the parties on the that receive electronic notice via the Court's CM/ECF system, as well as

those parties listed on the attached service list via first class mail on this 14th of May 2010.

3

5 Alarm Fire Apparatus, Inc.
1060 Bayou Blue Rd.
Houma, LA 70364

A&L Fastener & Supply Inc.
P.O. Box 2836
Morgan City, LA 70381

A+ Cajun Answering Service, Inc.
106 Kol Drive
Unit F
Broussard, LA 70518

A.B. Dock Services, Inc.
13801 Veterans Memorial Blvd.
Kaplan, LA 70548

Abe's Boat Rental, Inc.
P. O. Box 549
Belle Chasse, LA 70037

Abform
.O. Box 53983
Lafayette, LA 70505

Abita Springs water Company
202 Cardinal Drive
Lafayette, LA 70508

ABS Americas
P.O. Box 201614
Houston, TX 77216

ABS Nautical Systems, LLC
Dallas, TX 75391

ABSG Consulting Inc.
P.O. Box 915094
Dallas, TX 75391

Absolutely Irresistible
141 James Comeaux Rd.
Lafayette, LA 70508

Acme Truck Line, Inc.
P.O. Box 415000
Nashville, TN 37241

Action Specialtis, LLC
7915 Highway 90 West
New Iberia, LA 70560

Adam's Repair Service
706 Teche Road
Morgan City, LA 70380

Adams Towing Corporation
P.O. Box 168
Morgan City, LA 70381

Adriatic Marine, LLC
P. O. Box 259
Harvey, LA 70059

Advanced Logistics, LLC
2014 West Pinhook Road
Suite 310
Lafayette, LA 70508

AHS Walk in Clinic Inc.
P.O. Box 51776
Lafayette, LA 70505

AIM Technologies, LLC
P.O. Box 10858
New Orleans, LA 70181

Aimsco, Inc.
P.O. Box 347
Amelia, LA 70340

Air Compressor Energy Systems, I
P.O. Box 80048
Baton Rouge, LA 70898

Air Control - Valve Service, Inc
11316 Glaser Drive
Houston, TX 77076

Air Purification Specialists, In
P.O. Box 8513
Spring, TX 77387

Al Ledeaux
141 La Rue Malaga
Broussard, LA 70518

Alabam Child Support Payment Ctr
P.O. box 244015
Montgomery, AL 36124-4015

Alexander/Ryan Marine & Safety
Co of Louisiana Dept. 847
P. O. Box 3108
Houston, TX 77253

All Star Signs & Specialties LLC
1535 Verot School Road
Lafayette, LA 70508

Allen Earl
1070 Section 28 Rd
Saint Martinville, LA 70582

Alliance Marine Design, LLC
P.O. Box 1487
Morgan City, LA 70381

Alpha Mar-Imw Co.
5814 Heffernan
Houston, TX 77087

Alrford Air Cond. Co., Inc.
P.O. Box 847
Galveston, TX 77553

Ambit Energy
P.O. Box 660462
Dallas, TX 75266

American Claims Services, Inc.
P.O. Box 1265
Destrehan, LA 70047

American Electronic Services Inc
P.O. Box 1490
Morgan City, LA 70381

American Express
P.O. Box 650448
Dallas, TX 75265

American Supply Co of Morgan Cty
P.O. Box 2602
Morgan City, LA 70381

Anchor Marine & Indus. Supply
P.O. Box 58645
Houston, TX 77258

Andrew Goodwin
P. O. Box 1937
Channelview, TX 77530

Angelle Bea
116 Stutes Road
Duson, LA 70529

Aon Risk Services, Inc. of FL
75 Remittance Dr., Suite 1943
Chicago, IL 60675-1943

Appliance Parts Co., Inc.
1515 N. Bertrand
Lafayette, LA 70506

Aries Marine & Industrial Sales
13045 Symour Myers Blvd.
Suite 20
Covington, LA 70433

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Atmos Energy
P.O. Box 9001949
Louisville, KY 40290

Bachrach & Wood
740 David Drive, Suite B
Morgan City, LA 70380

Baileys Catering, LLC
P.O. Box 51781
Lafayette, LA 70505

Baker Lyman
5250 Veterans Memorial Blvd.
Metairie, LA 70006

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America, N.A.
GA&-903-03-03
1355 Windward Concourse
Alpharetta, GA 30005

Bank One Equity Investors -
Bidco, Inc.
Attn: Nemo Viso
236 Third St.
Baton Rouge, LA 70801

Bartolo De Los Santos Gonzales
Manzana 14 Edif - 3 Depto 201
Fracc. Las Rosas 2nd Etapa
Villahermosa, Tabasco, Mexcio

Bayou Beouf Electric, LLC
Department AT 952597
Atlanta, GA 31192-2597

Bayou Signs Outdoor, LLC
1305 Ridgefield Road
Thibodaux, LA 70301

Bayou State Marine & Indus. Supp
P.O. Box 343
Erath, LA 70533

Beier & Associates, Inc.
2605 N. Concord Rd.
Belle Chasse, LA 70037

Bengal Aviation Mgt. Svcs., LLC
P.O. Box 81593
Lafayette, LA 70598

Bengal Barges, LLC
P.O. Box 81593
Lafayette, LA 70598

Bengal Rental Services
P.O. Box 81593
Lafayette, LA 70598

Billotte James
5213 Campbell Drive
Pittsburgh, PA 15236

Bise Aaron
2207 6th Avenue
Gulfport, MS 39501

Blue Cross/Blue Shield
P.O. box 261798
Baton Rouge, LA 70826

Blue Fin Logistics, LLC
P.O. Box 27
Broussard, LA 70518

Blue Marlin Svcs of Acadiana LLC
P.O. Box 1108
Broussard, LA 70518

Bluewater Rubber & Gasket Co.
P.O. Drawer 190
Houma, LA 70361

BNA Marine Services
P.O. Box 150
Morgan City, LA 70380

Bobby's Paint & Body
3331 Pinhook Rd.
Lafayette, LA 70508

Bohm Ralph
8345 NW 66th Street, #2069
Miami, FL 33166

Bollinger Shipyards, Inc.
P.O. Box 62600
Dept. 1102
New Orleans, LA 70162-2600

Boudreaux Dennis
142 Renpass Avenue
Harahan, LA 70123

Bowen, Miclette & Britt of LA
1100 Poydras
Suite 1250
New Orleans, LA 70163

Brady Schexnider
Clements St. Lot 1
Morgan City, LA 70380

BRAND - Tesco A Brand Co.
P.O. Box 91473
Chicago, IL 60693

BrasCrew Serv. de Recrutamento

Bray Sean
778 Harvey Drive
Baton Rouge, LA 70815

Breaux Michael
28316 Rose Oak Street
Ponchatoula, LA 70454

Breaux Petroleum Product, Inc.
P.O. Box 589
Lockport, LA 70374

Brieden Michael
P. O. Box 123
Bourg, LA 70343

Brightpoint Capital
Attn: Jeff Zanarini
1001 Brickell Bay Drive
32nd Floor
Miami, FL 33131

Broussard A/C & Heating, Inc.
104 Avenue C
Broussard, LA 70518

Bruce Jason
609 North 1st Street
Leesville, LA 71446

Bublitz Leo
3651 Oak Bay Road
Port Hadlock, WA 98339

Bulkley Chad
72 Starling Drive
Bangor, ME 04401

Burton Shipyard, Inc.
P.O. Box 278
Bridge City, TX 77611-0278

Bush Brian
2329 Reddick Loop
Bruce, FL 32455

Business Health Partners
299 B Cities Service Highway
Sulphur, LA 70663

Butler Aviation, Inc.
211 Aviation Road
Houma, LA 70363

Byrne Rice & Turner Marine, Inc.
1171 Camp Street
New Orleans, LA 70130

C-Port/Stone, LLC - Dept. 11
P.O. Box 4869
Houston, TX 77210-4869

C.J.C., Inc.
P.O. Box 1766
Patterson, LA 70392

C.P.S. Eng. & Land Surveying Inc
P.O. Box 90183
Lafayette, LA 70509

C.R.D.U.
P.O. Box 4301
Jackson, MS 39296

CA Statement Disbursement Office
State of California
State Disbursement Office
West Sacramento, CA 95798-9067

Cajun Breakers, Inc.
221 Railroad Avenue
Morgan City, LA 70380

Callahan Robert
211 Liberty Avenue
Apt. 1015
Lafayette, LA 70508

Canega S.A. de C.V.
Calle 61 No. 5 Entre C 26 y 38
Colonia Miami, C.P. 24120
Cd. del Carmen, Campeche Mexico

Canon Financial Svcs., Inc.
14904 Collections Center Dr.
Chicago, IL 60693

Canvas Designers
1500 Australian Ave.
West Palm Beach, FL 33404

Carl J. Gauthreaux
2218 Hwy 70 South
Pierre Part, LA 70339

Carl J. Gauthreaux
200 Bradywine Blvd.
Thibodaux, LA 70301

Carlson Clayton
2604 Glenlea Street
Lake Charles, LA 70605

Carmen Dimas
130 Mallard Lane
Lake Charles, LA 70607

Carter Chambers, LLC
P.O. Box 935076
Atlanta, GA 31193-5076

Casimere Berwick Jr.
4213 Darnall Road
New Iberia, LA 70560

Castle Lornell
1316 Ansley Place
Houma, LA 70360

Cavalier Business Communications
P.O. Box 105615
Atlanta, GA 30348

Cenac Jody
9 Dallas Drive
Houma, LA 70360

Central Dispatch, Inc.
P.O. Box 2070
Gretna, LA 70054

Chance Thigpen
1196 Belgard Bend
Boyce, LA 71409

Charles J. Giordano
6153 Hollywood Street
Jupiter, FL 33458

Christopher Dorgan
9851 Country Road 11
Fairhope, AL 36532

Christopher J. Redden
102 Gerald Drive
McComb, MS 39648

Chubb Group of Insurance Co.
P.O. Box 7247-0180
Philadelphia, PA 19170-0180

Cintas Corporation #543
P.O. Box 91508
Lafayette, LA 70509-2590

Cintas First Aid & Safety
P.O. Box 92440
Lafayette, LA 70509-8000

Clarke Roberto
1750 Sagebiel Road
Seguin, TX 78155

Coastal Distributors - Fourchon
700 A O Rappelet Rd.
Golden Meadow, LA 70357

Coastal Distributors, Inc.
503 Amarillo Drive
Houma, LA 70360

Coastal Electric Supply, LLC
P.O. Box 7054
Houma, LA 70361

Coastal Logistics, LLC
P.O. Box 82
Berwick, LA 70342

Coastal Marine Equipment, Inc.
20995 Coastal Pkwy.
Gulfport, MS 39503

Coastal Refrigeration & A/C
P.O. Box 165
Creole, LA 70632

Coastal States FFST, Inc.
P.O. Box 1293
Amelia, LA 70340-1293

Coastal Tank Cleaning LLC
1115 Front St.
Morgan City, LA 70380

Coastal Timbers, Inc.
P.O. Box 10537
New Iberia, LA 70562

Coastal Wire Rope & Supply
P.O. Box 9056
Houma, LA 70361

Coastwide Electric, Inc.
P.O. Box 1076
Amelia, LA 70340

Coating Systems and Supply Inc.
11479 Darryl Drive
Baton Rouge, LA 70815

Cobra Professionals, Inc.
6421 Perkins Blvd., Suite 2A
Baton Rouge, LA 70808

Coburn's Supply Co., Inc.
P.O. Box 99001
Denham Springs, LA 70727

Colclough Wade
49130 Turnpike Road
Folsom, LA 70437

Colon Santos
122 Syrup Row
Lafayette, LA 70508

Comerica Bank
P.O. Box 650282
Dallas, TX 75265-0282

Comerica Bank
Attn: David Balderach
910 Louisiana St., Ste. 410
Houston, TX 77002

Comfort Inn
1421 S.E. Evangeline Thruway
Lafayette, LA 70501

Comfort Inn
SE Quad Hwy 57 & Industrial
Houma, LA 70360

Comfort Inn
146 Heritage Pkwy.
Broussard, LA 70518

Comfort Inn (LA 173)
2120 Industrial Blvd.
Houma, LA 70360

Compass Bank
Attn: 333 Clay Street, Ste. 4400
Houston, TX 77002

Compliance Background Screening
A Division of The Facet Group
200 South Audubon Blvd.
Lafayette, LA 70503

Compressed Air Systems, LLC
P.O. Box 80008
Lafayette, LA 70598

Conner's Auto Electric LLC
P.O. Box 2572
Morgan City, LA 70381

Conrad Shipyard, LLC
P.O. Box 790
Morgan City, LA 70381

Consulate General of Panama
1100 Poydras St., Suite 2615
New Orleans, LA 70163

Control Fire & Safety, Inc.
P.O. Box 777
Morgan City, LA 70381

Cook Claims Services, Inc.
P.O. Box 160461
Mobile, AL 36616

Cook William
Col. Ponce Pra. Calle A-10
LaCeiba
Honduras

Copy & Camera Technologies
P.O. Box 2067
Lafayette, LA 70502

Coral Marine Services, Inc.
P.O. Box 3561
Morgan City, LA 70381

Cordle Derek
104 NE 3rd Street
Oak Island, NC 28465

Courtney Donald
P. O. Box 427
Cheneyville, LA 71325

Cox Communications, Inc.
P.O. Box 9001079
Louisville, KY 40290-1079

Creel Douglas
406 Holly Road
Ocean Springs, MS 39564

Crossroads Orthopaedic Subsec
P.O. Box 352
Windsor, CT 06095

Crow Burlingame Co., #166
1107 General Mouton
Lafayette, LA 70501

Crowe Horwath LLP
P.O. Box 145415
Cincinnati, OH 45250

Crown Decal Printers
141 Decal Street
Lafayette, LA 70508

Crutcher Mark
200 Julian Circle
Lafayette, LA 70507

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Cummins Mid-South, LLC
PO Box 842316
Dallas, TX 75284-2316

Custom Specialites, LLC
310 Heide Circle
Scott, LA 70583

D&B Architecture, LLC
PO Box 1259
Broussard, LA 70518

D&D Divers, Inc.
PO Box 657
Maurice, LA 70555

D.A.N. Electronics, Inc.
9535 East Main Street
Houma, LA 70363

D.M.H. Enterprises, LLC
PO Box 81593
Lafayette, LA 70598

Darwin Robertson
4019 Sunny Vale Lane
Mobile, AL 36609

David A. Naquin, St. Mary Parish
Sheriff & Tax Collector
PO Box 571
Franklin, LA 70538

David Fredy
5615 Chimney Road
Houston, TX 77081

David Killingsworth
912 Creekside Dr. (S)
Irvington, AL 36544

David's Plumbing Repairs, Inc.
601 Mosser Drive
Lafayette, LA 70508

Davis Daniel
8136 Lode Star Avenue
Pensacola, FL 32514

Day's Inn Morgan City
7408 HWY 182 East
Morgan City, LA 70380

Delta Lab & Gas Testing, Inc.
18098 John Broussard Road
Prairieville, LA 70769

Delta Rigging & Tools
Dept. 5335
PO Box 4228
Houston, TX 77210

Delta Steel and Subsidiaries
6020 Railroad Avd.
Morgan City, LA 70380

Delta Wire Rope, Inc.
PO Box 82327
Lafayette, LA 70598

Department of Social Services
PO Box 260222
Baton Rouge, LA 70826

Dept. of Environmental Quality
Management & Finance
PO Box 4311
Baton Rouge, LA 70821

Dept. of Public Safety
3241 N.E. Evangeline Thruway
Lafayette, LA 70508

Desormeaux's Heating and A/C
303 S. Young St.
Abbeville, LA 70510

Deweese David
P. O. Box 149
Chanute, KS 66720

Diamond Services Corp.
P. O. Box 1286
Morgan City, LA 70381

DiBenedetto John
4500 Poteau Circle
Austin, TX 78734

Digitech Office Machines, Inc.
PO Box 82599
Lafayette, LA 70598-2599

DIRECTV
PO Box 60036
Los Angeles, CA 90060

Discovery Group
702 Weyer St.
Gretna, LA 70053

DJ LeBlanc LLC
430 Pecan Street
Houma, LA 70364

DMH Leasing II, LLC
PO Box 81593
Lafayette, LA 70598

Doerle Food Services, LLC
113 Kol Drive
Broussard, LA 70518

Don Abney, Inc.
PO Box 2222
Patterson, LA 70392

Don Guimbellot
1023 2nd Street, Apt. 3
Morgan City, LA 70380

Donovan Marine, Inc.
Dept. AT 952532
Atlanta, GA 31192

Doug Creel
406 Holly Rd.
Ocean Springs, MS 39564

Downey Engineering Corp.
One Galleria Blvd., Suite 907
Metairie, LA 70001

Dreyfus-Cortney, Inc.
Dept AT 952582
Atlanta, GA 31192-2597

Dude Savoy
P. O. Box 3775
Houma, LA 70361

Dufour Laskay & Strouse
3939 N. Causeway Blvd.
Suite 300
Metairie, LA 70002

Dugas Christopher
1304 E. Bayou Parkway 5B
Lafayette, LA 70508

Duggar Joseph
P. O. Box 04
Stapleton, AL 36578

Durant William
P. O. Box 15111
Pensacola, FL 32514

E.J. Fields Machine Works, Inc.
PO Box 608
Morgan City, LA 70381

E3 Electrical, Inc.
1001 Lafayette St.
Houma, LA 70360

Edward's Refrigeration & A/C
3632 S.E. Leonard Ln.
Stuart, FL 34997

EJ Halverson & Assoc., Inc.
PO Box 9189
Metairie, LA 70055

El Paso E&P Company L.P.
PO Box 201566
Houston, TX 77216

Elisha Rembert
30348 Hwy. 84 East
Whatley, AL 36482

Ely William
11351 Ann Road
Theodore, AL 36582

Employee Benefits Collections
Unit 21
PO Box 4395
Portland, OR 97208-4395

EMT Electronics
2025 Grand Caillou Rd.
Houma, LA 70363

Entergy
PO Box 8103
Baton Rouge, LA 70891

Enterprise Data Concepts, LLC
1018 Harding Street
Suite 105
Lafayette, LA 70503

Eric Smith
6468 Foster Street
Jupiter, FL 33458

Eric Strauss
9707 Village Lane
Unit 4
Ocean City, MD 21842

ES&H Consulting & Trng Group
1007 Ranch Road
620 South #202
Austin, TX 78734

Evans Sandy
3155 43rd Avenue N
Birmingham, AL 35207

Exec U Care
P. O. Box 533204
Charlotte, NC 28290

Express Weld, LLC
18692 West Main Street
Galliano, LA 70354

ExtermaTrim Exterminating, Inc.
P. O. Box 1056
Elton, LA 70532

ExxonMobil Marine Lubricants
P. O. Box 8500 K-120
Philadelphia, PA 19178

ExxonMobile Marine Lubricants
C/O Bank of America NA
P. O. Box 848140
Dallas, TX 75284

F M Equipment
P. O. Box 9022
Houma, LA 70360

Fabacher Incorporated
P. O. Box 879
Harvey, LA 70059

Fabreeka International
P. O. Box 3600-32
Boston, MA 02241

Fastenal Industrial & Const.
P. O. Box 978
Winona, MN 55987

Faulk Sammie
127 Mccain Road
Lake Charles, LA 70607

Felder LaQuentin
2569 Spirea Street
Jacksonville, FL 32209

Feliciano M. Reyes
6363 West Airport Blvd.
Apt. 1804
Houston, TX 77004

Ferris' A-1 Glass Shop, Inc.
P. O. Box 3533
Morgan City, LA 70381

Ferro Management, Inc.
230 W. Wilkerson Ferry Rd.
Lucedale, MS 39452

Fidelity Investments Inst.
P. O. Box 73307
Chicago, IL 60673

Fidelity Nat'l Indemnity Ins. Co
P. O. Box 33003
Saint Petersburg, FL 33733

Fink Robert
6340 Madison
Groves, TX 77619

Fire & Safety Specialists, Inc.
P. O. Box 60639
Lafayette, LA 70596

Fire Protection Service, Inc.
P. O. Box 5218
Houston, TX 77262

Firefly Digital
116 B Foreman Drive
Lafayette, LA 70506

First National Bank of Louisiana
1300 Camellia Blvd.
Lafayette, LA 70508

Flatiron Capital
Dept. 2195
Denver, CO 80271

Fleet Operators, Inc.
P. O. Drawer 350
Morgan City, LA 70381

Fleet Supply Warehouse, LLC
P. O. Box 9055
Houma, LA 70361

Fleming Dixie
P. O. Box 81186
Lafayette, LA 70598

Flloyd P. Dupre
211 Darolina St.
Thibodaux, LA 70301

Flowers James
624 Lakewood Road
Pensacola, FL 32507

Fontenot, David
816 Omega Drive
Lafayette, LA 70506

FowlerWhite Burnett
Espirito Santo Plaza
Fourteeth Floor
Miami, FL 33131

FPS. Inc.-New Orleans
821 Industry Road
Kenner, LA 70062

Frank Quarterman
17 Warner Place
Palm Coast, FL 32164

Frank Smith
206 W. 159th Street
Galliano, LA 70354

Fred Arnold Stute
1A Mximo Gomez, Manzanillo
Manzanillo, Monte Christi
Dominican Republic

Freddy Santiago Delgado
C. Colon s/n LA Trocha
Alvarado, Veracruz, Mexico

Frilot Patridge, LC
1100 Poydras Street
Suite 3600
New Orleans, LA 70163

Fugro Geoteam AS
PO Box 1170
Oslo, Norway N-0107

Fuller George
5536 Lovaleen Circle
Pensacola, FL 32526

Galaxia Maritima
Av. Rio Branco
45 Salas 2507/2508
C Rio de Janeiro/RJ-CEP 200090

Gardner James
4505 Prestwood Drive
Olney, MD 20832

Gates David
544 Sibert Avenue
Destin, FL 32541

Gear Services, Inc.
P. O. Box 3073
Harvey, LA 70058

Genesis Offshore
P. O. Box 1660
Gray, LA 70359

George Van Zandt
45467 Pine Brooke Drive
Hammond, LA 70401

Germanischer Lloyd (USA), Inc.
303 South Broadway, Suite 460
Tarrytown, NY 10591

Gexa Energy
P. O. Box 659410
San Antonio, TX 78265

GHX Industrial, LLC
P.O. Box 10858
New Orleans, LA 70181

GHX Industrial, LLC
P. O. Box 4346
Houston, TX 77210

Gilbert Daigle
PO Box 41
Charenton, LA 70523

Glass Alvin
663 Lancewood Drive W
Mobile, AL 36609

Global Env. & Marine Svcs., Inc.
P. O. Box 224
Spring, TX 77382

Global Training & Env., Inc.
319 Mecca Drive
Lafayette, LA 70508

Golden David
3206 Cowan Road
Panama City, FL 32409

Gondron James
616 W. Main
Broussard, LA 70518

Gonzalez Luis
918 Lancaster Lake Drive
Houston, TX 77073

Grainger
Department 85664772
P. O. Box 419267
Kansas City, MO 64141

Greater Lafourche Port Commissio
P. O. Box 490
16829 East Main Street
Galliano, LA 70354

Green Acres Lawn Care, Inc.
108 Warwicke
Lafayette, LA 70508

Green Marine & Ind. Equip. Co.,
1111 Central Avenue
Metairie, LA 70001

Greenwood Marine Mgmt., Inc.
P. O. Box 505
Morgan City, LA 70381

Griffin Travel
3646 Greenbriar
Houston, TX 77098

Guidry's Welding Services, Inc.
P. O. Box 1265
Galliano, LA 70354

Guilbeau Boat Rentals, LLC
P. O. Box 678
Cut Off, LA 70345

Guilbeau Gulf, Inc.
P. O. Box 760
Galliano, LA 70354

Guilbeau Marine, Inc.
P. O. Box 747
Golden Meadow, LA 70357

Guity Pablo
500 Trinity Avenue, #2B
Bronx, NY 10455

Gulf Coast Air & Hydraulics, Inc
P. O. Box 161134
Mobile, AL 36616

Gulf Copper & Manufacturing Corp
P. O. Box 547
Port Arthur, TX 77641

Gulf Fleet Financing, LLC
Attn: Jeff Zanarini
1001 Brickell Bay Drive
32nd Floor
Miami, FL 33131

Gulf Fleet Tiger Acquisition LLC
1001 Brickell Bay Drive
32 Floor
Miami, FL 33131

Gunsch Tracy
102 Mizelle Street
Lafayette, LA 70503

H.I.G. Capital
1001 Brickell Bay Drive
27th Floor
Miami, FL 33131

H.I.S. Fire & Safety
P. O. Box 12801
New Iberia, LA 70562

Halo Life First
701 Sl Alexander Street
New Orleans, LA 70119

Harkness, Jay
2902 Castlerock Ct.
Pearland, TX 77584

Harmon Timothy
412 Magnolia Street
Opelousas, LA 70570

Harris Electric Inc.
P. O. Box 920065
Dutch Harbor, AK 99692

Harris Refrigeration Svcs., Inc.
P. O. Box 2138
Morgan City, LA 70381

Harry Fluker
P. O. Box 1365
Morgan City, LA 70380

Hawkins Calvin
2220 Peach Lane
Pasadena, TX 77502

Heister Henry
3725 Hwy. 480
Campti, LA 71411

Hemphill Stephen
655 Lancewood Drive West
Mobile, AL 36609

Hercules Wire Rope & Sling Co.,
P. O. Box 1769
Houma, LA 70361

Hi Pressure Cleaning Systems,Inc
Station 1 Box 10151
1817 Grand Caillou Road
Houma, LA 70363

Hi Tech Office Products, Inc.
P. O. Box 61925
Lafayette, LA 70596

Hillman Enterprises, LLC
P. O. Box 81593
Lafayette, LA 70598

Hillman Investment Mgmt., LLC
P. O. Box 81593
Lafayette, LA 70598

Hillman, Grant
1008 Bourque Road
Duson, LA 70529

Hillman, Michael A.
111 Kimball Drive
Lafayette, LA 70508

Himel Motor Supply
1912 Jefferson
Lafayette, LA 70501

Holiday Inn Express Harvey
2433 Manhattan Blvd.
Harvey, LA 70058

Hope Services, Inc.
P. O. Box 9157
Houma, LA 70361

Houghton James
407 St. Peter Street
Patterson, LA 70392

Huber, Inc.
P. O. Box 10459
New Orleans, LA 70181

Hudson Cameron
208 Eola Drive
Alexandria, LA 71303

Hudson Drydocks, Inc.
P. O. Box 1781
Morgan City, LA 70381

Huetti Brett
11 Rollins Drive
Palm Coast, FL 32137

Huetti, Brett
11 Rollins Drive
Palm Coast, FL 32137

Hunter Kathleen
P. O. Box 1262
Galliano, LA 70354

Hunter Robert
212 Elm Drive
Raceland, LA 70394

Hutchinson, David MD
1111 Medical Center Blvd. N705
Marrero, LA 70072

Hutchison Hayes, L.P.
P. O. Box 2965
Houston, TX 77252

I.F. Hingle, Jr.
Sheriff and Ex-Officio Tax Colle
302 Main Street
Belle Chasse, LA 70037

Iberia Marine Service LLC
3015 Gene Flash Road
New Iberia, LA 70560

ICL Investigations, Inc.
9951 Atlantic Blvd., Suite 305
Jacksonville, FL 32225

III-D Construction, Inc.
P. O. Box 1222
Patterson, LA 70392

Industrial Alliance Svcs., LLC
1301 St. Patrick Hwy.
Thibodaux, LA 70301

ING Capitall
Attn: John Lanier
200 Galleria Pkwy, Suite 950
Atlanta, GA 30339

IntegriCert, LLC
608 Hangar Drive
New Iberia, LA 70560

International Marine Systems
P. O. Box 310
Galliano, LA 70354

International Paint LLC
22429 Network Place
Chicago, IL 60673

Intertek USA, Inc.
P. O. Box 32849
Hartford, CT 06150

J. Wayne Plaissance
P. O. Box 1262
Galliano, LA 70354

Jaime C. Guerrero
2222 Westerland Drive
Apt. 95
Houston, TX 77063

Jaime Nicolas Upalia Olguin
AV. Sur No 24 Col Tamsa
Veracruz, Veracruz, Mexico 94295

James Jerry
6911 Anderson Road
Athens, AL 35614

Jan M. Villemarette
235 Corporate Drive
Houma, LA 70360

Jerry Wilder
6300 Old Canton Road
Building 11 #208
Jackson, MS 39211

John Jison
3401 Nelson Street
Portsmouth, VA 23707

John W Stone Oil Distributors LL
Dept. 322
P. O. Box 4869
Houston, TX 77210

Johnny's Propeller Shop, Inc.
P. O. Box 2237
Morgan City, LA 70381

Jose de Jesus Hoyos Dominguez
Julio Rebolledo #282 Esq.
Fracc. Hortalizas
Veracruz, Veracruz, Mexico 91808

Jose Manuel Aguilar Zamora
AV. 21 oriente
#2010 Col Azcarate
Puebla, Puebla, Mexico 72500

Jose Maria Manrique Torres
Josefina del Rio de Melo #169
Veracruz, Veracruz, Mexico 91810

Jose Mauel Pogola LaGunes
Rio vsumacinta # 425
Col. Lomas de Rio Medio C.P.
Veracruz, Veracruz, Mexico 91830

Jose Sanchez Rios
Interior Recinto Fiscas Sin.
Col. Centro
Mazatlan, Sinaloa, Mexico 82000

Joseph Cornelius
461 Sitton Rd.
Hayden, AL 35079

Josue Santana Sanchez
Ote No. 8 # 332
CD Del. Carmen
Campeche, Mexico 24120

Juan Manuel Orta Flores
Lafragua #267 Esq. Calzada
Fracc. Moderno
Veracruz, Veracruz, Mexico 91918

Juneau Marine Refrigeration &
Air Conditioning, Inc.
P. O. Box 1620
Houma, LA 70361

K & K Offshore, LLC
P. O. Box 1578
Morgan City, LA 70381

K&K Offshore LLC
P. O. Box 1578
Morgan City, LA 70381

Kelly Michael
6610 Pepper Lane
Lumberton, TX 77657

Kenneth D. Cox
406 Tree Swallow Drive
Pensacola, FL 32503

Kentwood Springs
P. O. Box 660579
Dallas, TX 75266

Kerry Duke
2913 Park Avenue, North #8
Olympia, WA 98506

KMJ Services Inc.
P. O. Box 778
Cut Off, LA 70345

Kongsberg Maritime Inc.
Bank Lockbox
P. O. Box 933655
Atlanta, GA 31193

Krieg Robert
209 Roselawn Blvd.
Lafayette, LA 70503

Kristi K. Cornelius
4010 Twin Oaks Avenue
Pascagoula, MS 39581

KVH Industries Inc.
P. O. Box 741040
Atlanta, GA 30374

L&L Oil & Gas Services, LLC
P. O. Box 201617
Dallas, TX 75320

L. Vernon Bourgeois Jr.
Sheriff & Ex-Officio Tax Collect
P. O. Drawer 1670
Houma, LA 70361

Laborde & Neuner
One Petroleum Center
Suite 200
Lafayette, LA 70503

Laborde Products, Inc.
P. O. Box 429
Covington, LA 70433

Lafayette Electrical & Marine
Supply
1107 Ninth Street
Lafayette, LA 70598

Lafayette Parish School Board
Sales Tax Division
P. O. Box 52706
Lafayette, LA 70505

Lafayette Parish Tax Collector
P. O. Box 61046
New Orleans, LA 70161

Lafayette Restaurant Supply, Inc
P. O. Box 51945
Lafayette, LA 70505

Lafourche Parish Sales Tax
Lafourche Parish School Board
Sales & Use Tax Department
Thibodaux, LA 70302

Lafourche Parish Sheriff's Offic
Ex-Officio Tax Collector
P. O. Box 5608
Thibodaux, LA 70302

Landry Shane
416 Normandy
Lafayette, LA 70503

Landry, Shane
416 Normandy
Lafayette, LA 70503

Langlinais Derrick
5124 Loy Road
Maurice, LA 70555

Laquinta Inn
200 Pinnacle Parkway
Covington, LA 70433

Laquinta Inn
4424 Westway Park Blvd.
Houston, TX 77041

Larry Delcambre Air Conditioning
P. O. Box 11610
New Iberia, LA 70562

LBC Credit Partners
Attention Chris Calabrese
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2868

LeBlanc & Associates, Inc.
132 Intracoastal Drive
Houma, LA 70363

Lenin Chavez Reyes
Andador Ares #20
Veracruz, Veracruz, Mexico 91800

Life Saving Equipment Repair
Co., Inc.
P. O. Box 2725
Morgan City, LA 70381

Lloyd Winners
2233 Seafood Drive
Longs, SC 29568

Look Byron
105 Little Flower Lane #4
Bayou Vista, LA 70380

Lopez Terrance
3400 Doise Road
Elton, LA 70532

Lorenzo Suazo
8800 Broadway Street
Apt. 5132
Houston, TX 77061

Louisiana Breakers LLC
P. O. Box 3166
Morgan City, LA 70381

Louisiana Citizens Coastal Plan
P. O. Box 60730
New Orleans, LA 70160

Louisiana Department of Revenue
P. O. Box 201
Baton Rouge, LA 70821

Louisiana Dept. of Environmental
Financial Services Division
P. O. Box 4311
Baton Rouge, LA 70821

Louisiana Machinery
P. O. Box 54942
New Orleans, LA 70154

Louisiana Workforce Commission
Office of Unemployment Insurance
P. O. Box 94050
Baton Rouge, LA 70804

Lowry's Printing & Copying
2004 W. Pinhook Road
Lafayette, LA 70508

Lugenbuhl, Wheaton, Peck,
Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130

LUS
Lafayette Utilities System
P. O. Box 4024
Lafayette, LA 70502

LWCC
P. O. Box 61005
New Orleans, LA 70161

M & S Janitorial
P. O. Box 1215
Youngsville, LA 70592

M A H Enterprises, LLC
P. O. Box 81593
Lafayette, LA 70598

Machine Support USA
P. O. Box 79367
Baltimore, MD 21279

Madison Eric
311 Easy Street
Franklin, LA 70538

Malek Inc.
P. O. Box 597
San Antonio, TX 78292

Malin Int'l Ship Repair & Drydo
320 77th Street
Galveston, TX 77554

Manuel Jessie
P. O. Box 82387
Lafayette, LA 70598

Marine Electric LLC
P. O. Box 56346
Atlanta, GA 30343

Marine Equipment Corp.
P. O. Box 337
Belle Chasse, LA 70037

Marine Fab & Repair Inc.
503 Amarillo Drive
Lafayette, LA 70598

Marine Specialties Inc.
P. O. Box 2468
Houma, LA 70361

Marine Systems, Inc.
P. O. Box 201825
Houston, TX 77216

Marine Transporation Svcs., Inc.
3830 Frankford Avenue
Panama City, FL 32405

Mario Jimenez Alberto Escobedo
Loma Dez Gallo 9B
Lomas, Verdes
Xalapa, Veracruz, Mexico 90197

Mark Parr
608 Elizabeth Street
Lockport, LA 70374

Marlink
3027 Marina Bay Drive
Suite 390
League City, TX 77573

Martin Midstream Partners, LP
P. O. Box 671046
Dallas, TX 75267

Martinez Alfonso
100 Barracks, Apt. A
Duson, LA 70529

Martinez Jorge
4400 West Airport Blvd.
Apt. 805
Houston, TX 77045

Matt Hillman
P. O. Box 81593
Lafayette, LA 70598

Matte Adelia Dede
2808 Orangewood Drive
Abbeville, LA 70510

McMaster-Carr Supply Co.
P. O. Box 7690
Chicago, IL 60680

MECO - Marine Electrical Co.
Marine Electrical Company
187 Malibu Drive
Port Lavaca, TX 77979

MedAire, Inc.
80 E. Rio Salado Pkwy.
Suite 610
Tempe, AZ 85281

Medical Audit Consultants Inc.
P. O. Box 4238
New Orleans, LA 70178

MEI Equipment, Inc.
P. O. Box 11109
New Iberia, LA 70562

MetLife SBC
P. O. Box 804466
Kansas City, MO 64180

Metropolitan Life Ins. Company
101 South Hanley, Suite 1300
Saint Louis, MO 63105

Michael D. Williams
32 James Drive
Shalimar, FL 32579

Michael Galloway
451 Moonlight Road
Opelousas, LA 70570

Michael Prejean
114 Durham Drive
Lafayette, LA 70508

Midstream Fuel Service
P. O. Box 3093
Houston, TX 77253

Mike Provow
10672 Aquarius Lane
West Palm Beach, FL 33411

Mirage Apartments
2100 Bering Drive
Houston, TX 77057

Mississippi Dept. of Human Svcs.
Mississippi Dept. of Human
Resource Div. of Child Support
Jackson, MS 39296

MNI Diesel Inc.
P. O. Box 266334
Houston, TX 77207

Mogavero Rudy
504 Jeans Creek Drive
McKinney, TX 75071

Monic Sharlene
207 Southeast Street
Abbeville, LA 70510

Morgan City Rentals
P. O. Box 2946
Morgan City, LA 70381

Morgan City Supply
P. O. Drawer2030
Morgan City, LA 70381

Motion Industries, Inc.
P. O. Box 849737
Dallas, TX 75284

Mullen, Inc.
P. O. Box 5542
Thibodaux, LA 70302

Nat'l Vessel Docomentation Ctr.
792 T J Jackson Drive
Falling Waters, WV 25419

National Welding Supply Co., Inc
P. O. Box 9786
New Iberia, LA 70562

Neches-Gulf Marine, Inc.
P. O. Box 315
Sabine Pass, TX 77655

Nevala Bryan
9409 Meadowlark Avenue
Ocean Springs, MS 39564

Nguyen Dien
13684 Hunting Circle
Gulfport, MS 39503

Nicholas Schevikhoven
8835 Brierwood Road
Jacksonville, FL 32257

Noe Cortes Aguilar
C. Yanez #13
Col Nuevas Esparanzas
Veracruz, Veracruz, Mexico 91713

Nora Leticia Toledo Diaz
Av. 5 de mayo No. 714
Salina Cruz, Oaxaca, MX 70860

NREC Power Systems
1042 Paysphere Circle
Chicago, IL 60674

Nunez Angel
320 East 156 Street
Apt. #4G
Bronx, NY 10451

Nunez Bairon
801 Fox Run #1
Lafayette, LA 70508

NYS Child Support Processing Ctr
P. O. Box 15363
Albany, NY 12212

Ocean Aviation, LLC
P. O. Box 81593
Lafayette, LA 70598

Odom Ruben
470 Fairland Avenue
Fairhope, AL 36532

Odyssea Marine, Inc.
Dept. 37
P. O. Box 4986
Houston, TX 77210

Office of Attorney General
TX Child Support SDU
P. O. Box 659791
San Antonio, TX 78265

Offshore Oil Services Inc.
1608 Old Angleton Road
Clute, TX 77531

Offshore Suppliers, LLC
P. O. Box 821
Metairie, LA 70004

Oil Filtration Systems, Inc.
111 Parkway Drive
Boerne, TX 78006

Omega Waste Management Inc.
P. O. Box 1377
Patterson, LA 70392

Optimum Claims Services, Inc.
190 Greenbriar Blvd.
Suite 106
Covington, LA 70433

Oregon Dept. of Justice
Dept. of Justice
P. O. Box 14506
Salem, OR 97309

Oscar Leonardo Peinate
C/O Reel Cajun
P. O. Box 542
Grand Isle, LA 70358

Owens Eldridge
P. O. Box 50033
Mobile, AL 36605

P & K Machine / BCM Ind. Inc.
P. O. Box 2089
Patterson, LA 70392

Palmer Justin
Diamond Lakes Apt. #119
2700 Ambassador Caffery Pwky.
Lafayette, LA 70506

Panama Consulate of New Orleans
2615 Energy Centre Bldg.
1100 Poydras Street
New Orleans, LA 70163

Parish of St. Mary
Sales and Use Tax Department
P. O. Drawer 1279
Morgan City, LA 70381

Parish of Terrebonne
Sales and Use Tax Department
P. O. Box 670
Houma, LA 70361

Parks Michael
3002 Oak Manor Drive
Myrtle Beach, SC 29588

Patterson Charles
1126 Whispering Sands
Port Aransas, TX 78373

PBJ Lawn Services
11228 Hwy 1
Lockport, LA 70374

Pecoraro Ryan
113 Teche Drive
Lafayette, LA 70503

Peddrick, John
403 West Palm Avenue
Foley, AL 36535

Peretti, Steve
976 Spanish Moss
Pensacola, FL 32506

Petroleum Laboratories, Inc.
333 East Kaliste Saloom Road
Lafayette, LA 70508

Phil Guilbeau Offshore, Inc.
17918 Highway 3235
Galliano, LA 70354

Phillips Bruce
6322 Bobby Jones Ct.
Palmetto, FL 34221

Phillips, Bruce
6322 Bobby Jones Court
Palmetto, FL 34221

Picciola & Associates Inc.
P. O. Box 687
Cut Off, LA 70345

Picou Douglas
3201 Karen Drive
Morgan City, LA 70380

Pierce Adam
457 Bentwood Lane, Apt. 1A
Orange Park, FL 32073

Pirak John
20713 - 40th Drive SE
Bothell, WA 98021

Pitney Bowes Inc.
P. O. Box 856390
Louisville, KY 40285

Plaquemines Port, Harbor & Termi
Edna LaFrance Office Building
124 Edna LaFrance Road
Braithwaite, LA 70040

PNC Business Credit
Attn: Mark Herdman
600 Galleria Pkwy, Suite 890
Atlanta, GA 30339

Pneumatic Specialties
829 Saadi Street
Houma, LA 70363

Ponder, Jay
14034 Karin Court
Spanish Fort, AL 36577

Port Logistic Agencia Maritima
Av. Venezuela, 27-10 andar
Centro-Rio de Janeiro
Cep: 20.081-311 Brasil

Positive Printing, Inc.
111 Rees Street
Breaux Bridge, LA 70517

Power Panels, Inc.
P. O. Box 508
Morgan City, LA 70381

Power Specialties, Inc.
325 Chennault Street
Morgan City, LA 70380

Prejean Michael
114 Durham Drive
Lafayette, LA 70508

Premium Electronic Services, Inc
P. O. Box 1711
La Porte, TX 77572

Production Fire & Safety LLC
P. O. Box 146
Mandeville, LA 70470

PSC Rentals
P. O. Box 215
Broussard, LA 70518

PSC Supply, Inc.
P. O. Box 215
Broussard, LA 70518

Puzar David
105 Golf Circle
Opp, AL 36467

Qorval
2210 Vanderbilt Beach Road
Suite 1206
Naples, FL 34109

Qualitech Service Inc.
505 Justa Street
Morgan City, LA 70380

Quality Control Specialists Inc.
P. O. Box 52104
Lafayette, LA 70505

Quality Diesel Services, Inc.
P. O. Box 1817
Morgan City, LA 70381

Quality Insulation Co., Inc.
2308 Despaux Drive
Chalmette, LA 70043

Quality Welding & Fabrication, I
P. O. Box 1020
Cameron, LA 70631

Quarterman Frank
17 Warner Place
Palm Coast, FL 32164

Qwest
Business Services
P. O. Box 856169
Louisville, KY 40285

Rachel Russell
503 Farmington Drive
Lafayette, LA 70503

Ralph Dennis
685 Hillcrest Drive
Lumberton, TX 77657

Ralph's Ind. Elec. Supplies, Inc
P. O. Drawer R
Lafayette, LA 70502

Ramada Inn
120 E. Kaliste Saloom Road
Lafayette, LA 70508

Ramada Inn
15350 JFK Blvd.
Houston, TX 77004

Ramada Inn and Suites
110 James Dr. East
Saint Rose, LA 70087

Randolph Morgan Welding Svc. Inc
P. O. Box 804
Patterson, LA 70392

Raymundo Velez
302-1477 Fountain Way
Vancouver, British Columbia
V6H 3W9

Reama Inc.
DBA G & M Welding and Fabricatin
P. O. Box 3629
Galveston, TX 77552

Rebstock Supply Co.
18708 W. Main Street
Galliano, LA 70354

Refrigerated Container Sys, Inc.
P. O. Box 1519
La Porte, TX 77572

Reliance Standard Life Ins. Co.
P. O. Box 3124
Southeastern, PA 19398

Rhodes Daniel
921 E. Tom Stokes Court
Baton Rouge, LA 70810

Rice Electronics
8935 Almeda Genoa
Houston, TX 77075

Richard Currence
17 Rosa Park
New Orleans, LA 70115

Richard Graves
106 Sudmeu Jo Lane
Berwick, LA 70342

Richard Helmer
1801 Youngsville Hwy.
Youngsville, LA 70592

Richard's Restaurant Supply
P. O. Drawer 4035
Houma, LA 70361

Rickey Gros
108 Aselane Street
Gray, LA 70359

Ridgway's - Lafayette
Lockbox 403984
Atlanta, GA 30384

Rio Marine Inc.
5301 Polk St., Bldg. #12
Houston, TX 77023

Ripley Dean
2346 Holly Ct.
Cumming, GA 30041

Ripley, Dean
2346 Holly Ct.
Cumming, GA 30041

Risor William
P. O. Box 1427
Escatawpa, MS 39552

Rivers and Gulf Marine Surveyors
3250 9th Street
Harvey, LA 70058

Robert Burns
8050 Wilmer Road, Lot #4
Grand Bay, AL 36541

Robert Fink
6201 East Drive
Groves, TX 77619

Robert Hunter
212 Elm Drive
Raceland, LA 70394

Robert Premeaux
1605 Maple Street
Morgan City, LA 70380

Robert's Air LLC
P. O. Box 16349
Galveston, TX 77552

Robicheaux Manfacturing, Inc.
P. O. Box 616
Berwick, LA 70342

Rolbiecki Gary
c/o Compass Marine
P. O. Box 190729
Mobile, AL 36619

Rolls-Royce
200 James Drive W
Saint Rose, LA 70087

Rosewood Rehab
626 Verot School Road, Suite E
Lafayette, LA 70508

Ross Brian
10100 Hwy. 188
Grand Bay, AL 36541

Ross Sanford
220 Emile Street
Abbeville, LA 70510

Rouse's Enterprises, L.L.C.
P. O. Box 5358
Thibodaux, LA 70302

Roy A. Pike
280 Brian Circle
Mary Esther, FL 32569

Ruiz David
520 N. County Line Road
Hobart, IN 46342

Russell Rachel
503 Farmington Drive
Lafayette, LA 70503

RW Davis MD
Occupational Medicine Service
144 Valhi Lagoon Crossing
Houma, LA 70360

Ryan Greiner
16587 113th Trail North
Jupiter, FL 33478

Ryan Marine Services, Inc.
7500 Harborside Drive
Galveston, TX 77554

Ryan Pecoraro
113 Teche Drive
Lafayette, LA 70503

Rye, Joseph
8990 North Davis Hwy #94
Pensacola, FL 32514

Ryon Christophir
9802 Redland Road
Milton, FL 32583

Saavedra Juan
3528 Ashmore Lane
Pace, FL 32571

Safe House Technologies
114 Salsman
Lafayette, LA 70506

Safeguard
P. O. Box 88043
Chicago, IL 60680

Safety & Training Consultants LL
219 Venture Blvd.
Houma, LA 70360

Safety by Design LLC
P. O. Box 4
South Boardman, MI 49680

Safety Management Systems
P. O. Box 98000
Lafayette, LA 70509

Safety Offshore Services, Inc.
P. O. Box 4373
Houma, LA 70361

Sagrera Tricia
111 Edie Ann
Lafayette, LA 70508

Sam Griffith
6075 Sea Grass Lane
Naples, FL 34116

Sammy's Air
P. O. Box 9277
New Iberia, LA 70562

Sanchez Elmer
6603 Hirsch Road
Houston, TX 77026

Sanchez Jose
2130 Hutton Street
Houston, TX 77026

Satamatics
P. O. Box 471
Libertytown, MD 21762

Saul Fernando Reyes Flores
Chihuahua #109
Unidad Nacional
Madero, Tamaulipa, Mexico

Schmanska, Todd
8801 Boca Chica, Apt. 48
Brownsville, TX 78521

Schottel, Inc.
190 James Drive East
Saint Rose, LA 70087

Schurr Sidney
31624 Kreiger Lane
Lillian, AL 36549

SECON, a Divison of CiviGenics
825 Kaliste Saloom Road
Suite 100 Brandywine 1
Lafayette, LA 70508

Sentinel Control Technologies In
402 Bayou Blue Road
Houma, LA 70364

Separator Spares and Equip. LLC
144 Intracoastal Drive
Houma, LA 70363

ServiceMaster Bldg. Maintenance
P. O. Box 80783
Lafayette, LA 70598

ServiceMaster of Lafayette
205 Knobcrest Lane
Lafayette, LA 70507

Shaffer Jamie
410 73rd Avenue, Apt. I
Saint Petersburg, FL 33706

Shannon Hardware
P. O. Box 631
Morgan City, LA 70381

Shannon's Electrical Service LLC
1034 L J Richard Road
Church Point, LA 70525

Sherry Laboratories
P. O. Box 641
Indianapolis, IN 46206

Short Cutt's Rentals LLC
1619 South Field Span
Duson, LA 70529

ShredMaster LLC
9202 S. Northshore Drive
Suite 200
Knoxville, TN 37922

Silcon Digital Systems Inc.
12819 SE 38th Street, #350
Bellevue, WA 98006

Sims Jason
702 Edna Street
Waveland, MS 39576

Single Todd
139 Parker Village Circle
Panama City, FL 32404

Sir Speedy
100 East Vermilion Street
Suite 102
Lafayette, LA 70501

Skeets Photo Service
P. O. Box 1010
Patterson, LA 70392

Smallwood Joseph
605 Peach Street
Ocean Springs, MS 39564

Smith Jonathan
P. O. Box 471
Bunkie, LA 71322

Smith Kenneth
205 Updcreek Road
Roanoke Rapids, NC 27870

Snow Norris
c/o Compass Marine Inc.
P. O. Box 190729
Mobile, AL 36619

Sonoco Wholesale Grocers
P. O. Box 1021
Houma, LA 70361

Soriano Flor
2328 Cedar Drive
La Marque, TX 77568

SOTEC
DEPT AT952533
Atlanta, GA 31192

Source International LLC
311 Dean Ct.
Houma, LA 70363

South Coast Diesel
P. O. Box 3740
Houma, LA 70361

Southern Crane & Hydraulics LLC
P. O. Box 39
Bourg, LA 70343

Southern Marine & Repair, Inc.
P. O. Box 39
Bourg, LA 70343

Southern Tank Specialties Inc.
P. O. Box 670
Cameron, LA 70631

Southern Telecom
P. O. Box 2271
Morgan City, LA 70381

Southwest Wire Rope LP
P. O. Box 951686
Dallas, TX 75395

Spectro-Scan, Inc.
109 Cleveland Street
Houma, LA 70363

St. Martin Oil & Gas Inc.
2040 Terrace Highway
Saint Martinville, LA 70582

St. Mary Parish Sales & Use Tax
P. O. Drawer 1279
Morgan City, LA 70381

Standard Equipment Comp
P. O. Box 2108
Mobile, AL 36652

Standish Joseph
P. O. Box 305498
St Thomas, VI 00803

Standish, Joe
P. O. Box 305498
PMB#185
St Thomas, VI 00803

Stanley Kenneth
P. O. Box 149
Mauriceville, TX 77626

Star Tech Marine Electronics, In
Fidelity Working Capital, LLC
P. O. Box 2671
Baton Rouge, LA 70821

State Farm Insurance
Attn: Vickie
920 Kaliste Saloom Road
Lafayette, LA 70508

State of FL. Disbursement Unit
P. O. Box 8500
Tallahassee, FL 32314

State of Louisiana
Dept. of Environmental Quali DEQ
Financial Services
Baton Rouge, LA 70821

Steere Jamie
232 Pelican Way
Panama City, FL 32408

Steib John
1013 Goode Street
Houma, LA 70360

Stericycle
P. O. Box 9001588
Louisville, KY 40290

Stewart & Stevenson Power & Prod
P. O. Box 200441
Houston, TX 77216

Stewart Supply Inc.
P. O. Drawer L
Morgan City, LA 70381

Stone Frederick
24401 Malvern Street
Brooksville, FL 34601

Strunk Alan
239 N. Anguilla
Pawcatuck, CT 06379

Supreme Offshore Services, Inc.
204 Industrial Avenue C
Houma, LA 70363

T&M Boat Rentals, LLC
403 Woodburn Lane
Berwick, LA 70342

Talen's Marine & Fuel
P. O. Box 676871
Dallas, TX 75267

Tallent Jimmy
4204 Longhorn Drive
Baytown, TX 77521

Taylor Michael
64 Tuscany Drive
La Place, LA 70068

Taylor's Industrial Specialties
P. O. Box 1274
Morgan City, LA 70381

Teche Electric Supply
P. O. Box 61725
Lafayette, LA 70596

Teodoro Garcia Rivera
Rio Balsas #19 Inf. Rio Medio
Veracruz, Veracruz, Mexico

Terry Smith
P. O. Box 2791
Bryan, TX

Terry Wall Enterprises Inc.
P. O. Box 80082
Lafayette, LA 70598

Texas Workforce Commission
P. O. Box 149363
Austin, TX 78714

The Guardian
P. O. Box 95101
Chicago, IL 60694

The Prudential Ins. Co., of Amer
P. O. Box 101241
Atlanta, GA 30392

Theos Duhon
Sheriff & Ex Officio Tax Collect
P. O. Box 1250
Cameron, LA 70631

Thibodeaux Electric Service
P. O. Box 610
Lawtell, LA 70550

Thibodeaux Glenda
111 Pathway Lane
Lafayette, LA 70506

Thoma-Sea Ship Builders, LLC
P. O. Box 399
Bourg, LA 70343

Thomas Richard
273 Cypress Ct.
Gray, LA 70359

Thompson & Knight LLC
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201

Thompson Rodney II
P. O. Box 934
Raceland, LA 70394

Tideland
6805 Highway 182
Morgan City, LA 70380

Tim Colin Glenham
22 Quarry Rd.
Halifax, Nova Scotia B3N-1X2

TK Towing, Inc.
P. O. Box 2706
Morgan City, LA 70381

TLW Productions
401 Whitney Avenue
Suite 110
Gretna, LA 70056

Todd M. West
1017 Saint Peter Street
Mamou, LA 70554

Tomas Dario Alvarez Mencacho
Arosemena & Diaz
PO Box 0831-00324 Platilla
Panama, Rep. of Panama

Tony Mouton
726 Hollier Road
Duson, LA 70529

Total Production Supply, LLC
P. O. Box 915
Broussard, LA 70518

Total Safety U.S., Inc.
P. O. Box 974686
Dallas, TX 75397

Toups Propeller Service, Inc.
P. O. Box 91
Abbeville, LA 70511

Trans Tech, Inc.
DBA: Acadiana Crew Change Svc.
P. O. Box 52146
Lafayette, LA 70505

Tricia Sagrera
205 Bismark Street
Broussard, LA 70518

Triple "C" Marine Salvage, Inc.
P. O. Box 885
Morgan City, LA 70381

Trusso, Inc.
2388 Momentum Place
Chicago, IL 60689

Tshokolo Silingile
6723 King Court
Columbus, OH 43229

Tshokolo, Daniel
6723 King Court
Columbus, OH 43229

Tulli Joseph
2376 Rolling Pines Road
Chipley, FL 32428

TVMAX
P. O. Box 650591
Dallas, TX 75265

Twitchell Kyle
2230  143 Pl SW
Lynnwood, WA 98087

Two Way Enterprises
P. O. Box 2074
Morgan City, LA 70381

Tyson Thomas
146 Piney Trail
Livingston, TX 77351

U S Department of Labor
9100 Bluebonnet Centre
Suite 201
Baton Rouge, LA 70809

U.S. Coast Guard
Marine Safety Unit
800 David Drive
Morgan City, LA 70380

U.S. Coast Guard
Nat'l Pollution Funds Center
4200 Wilson Blvd.
Arlington, VA 20598

U.S. Coast Guard Vessel Insp.
P. O. 70952
Charlotte, NC 28272

U.S. Treasury
USCG Sector New Orleans
Inspection/Div/Mr. Robert Holzma
New Orleans, LA 70112

Underwater Services, Inc.
P. O. Box 1461
Aransas Pass, TX 78335

Unisource Supply Inc.
P. O. Box 80008
Lafayette, LA 70598

United States Coast Guard
Marine Safety Unit Galveston
3101 FM 2004
Texas City, TX 77591

Univeral Starters & Alternators
218 Tubing Road
Broussard, LA 70518

Unlimited Control & Supply, Inc.
P. O. Box 1894
Houma, LA 70361

Upchurch Chris
10230 Summerlake Ct.
Mobile, AL 36608

US Coast Guard-Civil Penalties
P. O. Box 70945
Charlotte, NC 28272

US Liquids of LA LP
P. O. Box 1467
Jennings, LA 70546

Vacco Marine, Inc.
P. O. Box 8032
Houma, LA 70361

Valve and Automation Specialty L
P. O. Box 697
Schriever, LA 70395

Vanlandingham Gary
8881 Spanish Trail West
Grand Bay, AL 36541

VAS-Valve and Automation Spec LL
P. O. Box 697
Schriever, LA 70395

Vector Graphics Inc.
1309 West Pinhook Road
Lafayette, LA 70503

Velasquez Juan
5040 Warren Drive
New Orleans, LA 70127

Vermilion Parish
Sheriff & Ex Officio Tax Collect
P. O. Box 307
Abbeville, LA 70511

Vida Paint & Supply, Inc.
P. O. Box 2706
Morgan City, LA 70381

Vision Communications
P. O. Box 60067
New Orleans, LA 70160

Vision Service Plan
File 73280
P. O. Box 60000
San Francisco, CA 94160

Voorhies & Labbe' P L C
P. O. Box 3527
Lafayette, LA 70502

Voorhies Supply Co.
P. O. Box 404130
Atlanta, GA 30384

Vortex Ventures Inc.
Dept. 29
P. O. Box 4346
Houston, TX 77210

W & O Supply Inc.
101 Capital Blvd.
Houma, LA 70360

W&O The Right Fit
P. O. Box 933067
Atlanta, GA 31193

Waste Management of Acadiana
P. O. Box 9001054
Louisville, KY 40290

Wechem, Inc.
5734 Susitna Drive
Harahan, LA 70123

Welch Harland
8301 E. County Road 5500
Idalou, TX 79329

Welder's Equipment Inc.
1201 West Park Avenue
Eunice, LA 70535

Wellness Express
312 Guilbeau Road, Suite 5D
Lafayette, LA 70506

Wesney Jeffrey
432 Jack Spratt Road
Livingston, TX 77351

Wheel Job Diving
P. O. Box 1888
Patterson, LA 70392

Wheeler Lucas
4228 Dixie Hwy. School Road
Toomsuba, MS 39364

Wheeler, Lucas Clay
4228 Dixie Hwy School Road
Toomsuba, MS 39364

Whiddon Howell
P. O. Box 2011
Scott, LA 70583

Whiddon, Howell Dale
P. O. Box 2011
Scott, LA 70583

White & Case LLP
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131

White Gerald
2205 Provincial Street
Dothan, AL 36303

Whiticar Marine Group
P. O. Box 1109
Stuart, FL 34995

WI SCTF
Box 74400
Milwaukee, WI 53274

Wilhelmsen Ships Service
9400 New Century Drive
Pasadena, TX 77057

Willco of Houma Inc.
P. O. Box 387
Houma, LA 70361

Willis Shannon
165 St. Phillip Ct.
Houma, LA 70364

Willman William
2223 S. Winchester Street
Milwaukee, WI 53207

Winteb USA Inc.
P. O. Box 1123
Madisonville, LA 70447

Wood Shawn
5 Edgemont Drive
Pensacola, FL 32506

Work Boat Elecctrical Svcs., LLC
5413 Hwy 311
Houma, LA 70360

World Ship Supply Inc.
P. O. Box 50932
New Orleans, LA 70150

Wright, Buddy
16931 Bougainvillia Lane
Friendswood, TX 77546

Yocom Michael
812 Hollow Creek Drive
Newbern, TN 38059

Young and Cunningham America Inc
Corporate Park West
1718 Fry Road Suite 230
Houston, TX 77084