IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Joint Administration Requested Under |
| GULF FLEET HOLDINGS, INC., *et al.* | § § | CASE NO. 10-50713 |
| Debtors. | § § § § | (Chapter 11) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thompson & Knight LLP ("T&K") appears on behalf of Comerica Bank. pursuant to Sections 102(1), 342, and 1009(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby submits this notice of appearance and request notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, and 9007 of the Bankruptcy Rules. All notices given or required to be given in this case shall be served upon:

>Rhett G. Campbell
>Demetra L. Liggins
>**THOMPSON & KNIGHT LLP**
>333 Clay Street, Suite 3300r
>Houston, TX 77002
>Telephone: (713) 654-8111
>Facsimile: (713) 654-1871
>Rhett.Campbell@tklaw.com
>Demetra.Liggins@tklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but, also includes without limitation, the schedules, statements of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and

disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the Bankruptcy clerk, Clerk, Court or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**DATED:** May 14, 2010.

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

*/s Demetra L. Liggins*
**RHETT G. CAMPBELL**
Texas State Bar No. 03714500
Rhett.Campbell@tklaw.com
Demetra L. Liggins
Texas State Bar No. 24026844
Demetra.Liggins@tktlaw.com
Three Allen Center
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713-654-8111
Fax: 713-654-1871

**COUNSEL FOR COMERICA BANK**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2010, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Demetra L. Liggins*
Demetra L. Liggins