**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Joint Administration Requested Under** |
| **GULF FLEET HOLDINGS, INC.,** *et al.* | § | **CASE NO. 10-50713** |
| | § | |
| **Debtors.** | § | **(Chapter 11)** |
| | § | |
| | § | |

**MOTION TO APPEAR PRO HAC VICE**

NOW INTO COURT, through undersigned counsel comes Comerica Bank ("Comerica") who, pursuant to Rule 83.2.6W and LBR 2090-1, moves as follows:

**I.**

R. Patrick Vance and Mark A. Mintz of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Dengre, LLP ("Jones Walker"), each of whom is licensed to practice law in this State and before this Court have been retained as counsel for Comerica in above-reference action.

**II.**

Comerica moves for the admission *pro hac vice* of additional counsel on their behalf in this action, specifically, **Demetra L. Liggins** (the "Applicant") of the law firm of Thompson & Knight LLP, 333 Clay Street, Suite 3300, Houston, Texas 77002, whose telephone number is 713.654.8111, facsimile number is 713.654.1871 and whose email address is demetra.liggins@tklaw.com.

III.

An oath of the Applicant confirming that she is a member of good standing is attached as **Exhibit A.** A certificate of good standing from the Supreme Court of Texas is attached as **Exhibit B.** As required by Local Rule 83.2.6W, the Applicant also confirms that there have not been any disciplinary proceedings or criminal charges instituted against her.

**Prayer**

WHEREFORE, Comerica requests that Demetra L. Liggins of Thompson & Knight LLP be admitted to practice before this Court *pro hac vice* and that she be enrolled as counsel of record for Comerica.

**DATED:** May 14, 2010.

Respectfully Submitted,

*/s/Mark A. Mintz*

R. PATRICK VANCE (La. Bar 13008)
MARK A. MINTZ (La. Bar 31878)
Jones, Walker, Waechter, Poitevent
Carrere & Dengre, LLP
201 St. Charles Ave., 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: 504-582-8368
Facsimile: 504-589-8368
Email: pvance@joneswalker.com
Email; mmintz@joneswalker.com

**ATTORNEYS FOR COMERICA BANK**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded this day to (i) the Debtors through their attorney of record, Stewart Peck, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, Louisiana 70130 via the Court's Electronic Filing System ("ECF") and (ii) the Office of the United States Trustee, 300 Fanin Street, Suite 3196, Shreveport, Louisiana 71101 via the Court's ECF.

New Orleans, Louisiana, this 14th day of May, 2010

*/s/ Mark A. Mintz*
Mark A. Mintz