

FILED
MAY 17 2010
J BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

10-50713 Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, et al    Chapter: 11

(1)   Motion for Joint Administration Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure on behalf of Gulf Fleet Holdings, Inc.

(2)   Motion to Extend Deadline to File Schedules, Statements and/or Plan or Provide Required Information on behalf of Star Marine, LLC, Gulf Wind, LLC, Gulf Service, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Gulf Fleet, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Management, LLC, Gulf Fleet Offshore, LLC, Gulf Ocean Marine Services, LLC, Gulf Fleet Holdings, Inc.

(3)   Motion to Limit Notice on behalf of Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Offshore, LLC, Gulf Fleet, LLC, Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC

(4)   Motion to Use Cash Collateral Motion for Emergency Interim Use of Cash Collateral and Grant Replacement Liens Pursuant to Section 363(c) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) on behalf of Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Offshore, LLC, Gulf Fleet, LLC, Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine

(5)   Motion for Administrative Order Under Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members on behalf of Gulf



Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Offshore, LLC, Gulf Fleet, LLC, Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC

(6) Motion for Continuation of Utility Service Motion for Authority to Pay Amounts Due to Utility Services Providers and to Determine Adequate Assurance of Payment for Debtors' Utility Services, Restraining Utilities from Altering, Disconnecting or Refusing Service and Authorities in Support of Motion with Certificate of Service on behalf of Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Offshore, LLC, Gulf Fleet, LLC, Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC

(7) Motion of the Debtors Pursuant to Sections 105(a) and 363(c) of the Bankruptcy Code for Authorization to (i) Maintain Existing Bank Accounts and Business Forms and (ii) Continue Use of Existing Cash Management System on behalf of Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Offshore, LLC, Gulf Fleet, LLC, Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC

(8) Motion for Entry of Order Authorizing Debtors to (A) Maintain Insurance Programs, (B) Maintain Insurance Premium Financing Program, (C) Pay Insurance Premiums in the Ordinary Course, and (D) Pay All Obligations Associated Therewith Filed by Christopher T. Caplinger on behalf of Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Offshore, LLC, Gulf Fleet, LLC, Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC

(9) Motion to Pay Prepetition Wages, Compensation, and Employee Benefits on behalf of Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet Marine, Inc., Gulf Fleet Offshore, LLC, Gulf Fleet, LLC, Gulf Ocean Marine

(10)  Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC Application to Employ Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as Debtors' Counsel

**APPEARANCES:**

**Benjamin W. Kadden and Stewart F. Peck representing DIP**
**Pat Vance, Rhett Campbell and Demetra Liggins for Comerica Bank**
**JP Hebert for Stonehinge**
**Bob Stefani for Michael Hillman**

**RULING:** (1) Motion for joint administration is granted.
(2) Motion to extend is granted.
(3) Motion to limit notice is granted.
(4) Motion to use cash collateral is approved on an interim basis. Final hearing will be held on May 28, 2010 at 10:00 a.m.
(5) Motion for administrative order is granted.
(6) Motion for continuation of utility service is granted on an interim basis.
(7) Motion for authorization is granted.
(8) Motion to maintain insurance is granted.
(9) Motion to pay is approved.
(10) Application to employ is approved on an interim basis.

**ORDER TO BE PREPARED BY:** Kadden

Date: May 17, 2010