UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 10-50713 |
| | * | |
| GULF FLEET HOLDINGS, INC., et al., | * | CHAPTER 11 |
| | * | |
| Debtor | * | (Jointly Administered w/ Case Nos. |
| | * | 10-50714, 10-50715, 10-50716, |
| | * | 10-50717, 10-50718, 10-50719, |
| | * | 10-50720, 10-50721, 10-50722, |
| | * | 10-50723) |

********************************************************************************

## FORMAL NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to §§ 102 and 1109(b) of the United States

Bankruptcy Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the

undersigned requests that copies of all notices (given or required to be given in this case) and

copies of all papers (served or required to be served in this case) be given to and served upon the

following counsel on behalf of **Bank One Equity Investors – BIDCO, Inc.**:

> Joseph P. Hebert, Esq.
> Liskow & Lewis
> P. O. Box 52008
> Lafayette, LA 70505-2008
> 822 Harding Street
> Lafayette, LA 70503
> Telephone: (337) 232-7424
> Facsimile: (337) 267-2399
> Email: jphebert@liskow.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §§ 102 and 1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

LISKOW & LEWIS

By: /s/Joseph P. Hebert
    Joseph P. Hebert (LA Bar #6734; TX Bar #00789095)
    P.O. Box 52008
    Lafayette, LA 70505-2008
    822 Harding Street
    Lafayette, LA 70503
    Telephone: (337) 232-7424
    Fax: (337) 267-2399

    Attorneys for Bank One Equity Investors – BIDCO, Inc.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Formal

Notice of Appearance and Request for Service of Papers has been served upon the following:

Gulf Fleet Holdings, Inc.
2623 SE Evangeline Hwy
Lafayette, LA 70508
*Debtor*

Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor's Counsel*

Star Marine, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Wind, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Service, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Worker, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Hercules Marine, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Fleet, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Fleet Marine, Inc.
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Fleet Management, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

-3-

Gulf Fleet Offshore, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Ocean Marine Services, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Office of U.S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101
*U.S. Trustee*

by placing same in the United States First Class Mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this 19th day of May, 2010.

/s/Joseph P. Hebert
JOSEPH P. HEBERT

268008_1