# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **IN RE: GULF FLEET HOLDINGS, INC.** | * | |
| | * | **Case No. 10-50713** |
| **(Debtor)** | * | |
| | * | **Chapter 11** |

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby files this Notice of Appearance and Request for Notices on behalf of Comerica Bank, a creditor and party in interest in the above-entitled and numbered case, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices in this case be given to and served upon the following:

R. Patrick Vance (Bar # 13008)
Mark A. Mintz (Bar # 31878)
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.C.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8194
Fax: (504) 589-8194
E-mail: pvance@joneswalker.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007, the foregoing demand covers not only the notices and papers referred to in the rules specified above, but all other notices and papers including but not limited to notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex or otherwise: (i) which affect or seek to

affect in any way rights or interests of (a) the Debtors, (b) property in which the Debtors may claim an interest, (c) property in the possession, custody or control of the Debtors, or (ii) which seek to require any act, payment or other conduct by Comerica Bank.

Respectfully Submitted,

/s/R. Patrick Vance
R. PATRICK VANCE (La. Bar 13008)
MARK A. MINTZ (La. Bar 31878)
Jones, Walker, Waechter, Poitevent
    Carrere & Dengre, LLP
201 St. Charles Ave., 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:   504-582-8194
Facsimile:   504-589-8194
Email:   pvance@joneswalker.com
Email;   mmintz@joneswalker.com

**Attorneys for Comerica Bank**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded this day to the debtor through its attorney of record, Stewart F. Peck, Christopher T. Caplinger, and Benjamin W. Kadden, 601 Poydras Street, New Orleans, Louisiana 70130 via the Court's electronic filing system, and to the United States Trustee, 300 Fannin Street, Suite 3196, Shreveport, Louisiana 71101 via the Court's electronic filing system .

New Orleans, Louisiana, this 19th day of May, 2010

    /s/ R. Patrick Vance
R. Patrick Vance