UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 10-50713 |
| | * | |
| GULF FLEET HOLDINGS, INC., et al., | * | CHAPTER 11 |
| | * | |
| Debtor | * | (Jointly Administered w/ Case Nos. |
| | * | 10-50714, 10-50715, 10-50716, |
| | * | 10-50717, 10-50718, 10-50719, |
| | * | 10-50720, 10-50721, 10-50722, |
| | * | 10-50723) |

************************************************************************

**FORMAL NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to §§ 102 and 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that copies of all notices (given or required to be given in this case) and copies of all papers (served or required to be served in this case) be given to and served upon the following counsel on behalf of **Bank One Equity Investors – BIDCO, Inc.**:

> Philip K. Jones, Esq.
> Liskow & Lewis
> One Shell Square
> 701 Poydras Street, Suite 5000
> New Orleans, LA 70139
> Telephone: (504) 581-7979
> Facsimile: (504) 556-4108
> Email: pkjones@liskow.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §§ 102 and 1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

LISKOW & LEWIS

By: /s/Philip K. Jones, Jr.
    Philip K. Jones, Jr. (LA Bar #7503)
    One Shell Square
    701 Poydras Street, Suite 5000
    New Orleans, LA 70139
    Telephone: (504) 581-7979
    Fax: (504) 556-4108

Attorney for **Bank One Equity Investors – BIDCO, Inc.**

-2-
10-50713 - #32 File 05/21/10 Enter 05/21/10 16:14:10 Main Document Pg 2 of 4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Formal Notice of Appearance and Request for Service of Papers has been served upon the following:

Gulf Fleet Holdings, Inc.
2623 SE Evangeline Hwy
Lafayette, LA 70508
*Debtor*

Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor's Counsel*

Star Marine, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Wind, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Service, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Worker, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Hercules Marine, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Fleet, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Fleet Marine, Inc.
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Fleet Management, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Fleet Offshore, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Gulf Ocean Marine Services, LLC
Through counsel of record
Benjamin W. Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130
*Debtor*

Office of U.S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101
*U.S. Trustee*

by placing same in the United States First Class Mail, properly addressed and postage prepaid.

New Orleans, Louisiana, this 21st day of May, 2010.

/s/Philip K. Jones, Jr.
PHILIP K. JONES, JR.

268013_1.doc