# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Gulf Fleet Holdings, Inc., et al, | Case No. 10-50713 |
| Debtors | Jointly Administered |

## REQUEST FOR NOTICE AND RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rules 2002(g) and (i), Entergy Services, Inc. ("Entergy") hereby requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon it to the attention of the undersigned at the office, address and telephone number set forth below. This Request for Notice is not intended to waive (i) Entergy's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Entergy's right to a jury trial where available; (iii) Entergy's right to have the reference withdrawn by the District Court in any matter subject to withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Entergy is or may be entitled under agreements, in law or, in equity, all of which are reserved.

Respectfully submitted,

ENTERGY SERVICES, INC.

By: /s/ Alan H. Katz
Alan H. Katz, Asst. General Counsel
639 Loyola Avenue, 26th Floor
New Orleans, LA 70113
Phone: (504) 576-2240
Fax: (281) 297-5342
akatz@entergy.com