```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF LOUISIANA
                          Office of the Clerk
                     214 Jefferson Street, Suite 100
                           Lafayette LA 70501
```

| | |
|---|---|
| IN RE: GULF FLEET HOLDINGS, INC., et al | Case No.  10-50713<br>(Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

TO:  US Securities & Exchange Commission
     801 Brickell Avenue, Suite 1800
     Miami, FL  33131

TO:  Internal Revenue Service
     P.O. Box 21126
     Philadelphia, PA  19114

### TRANSMITTAL OF PETITION

Pursuant to Federal Rule of Bankruptcy Procedure 1002, enclosed is a copy of the above captioned chapter 11 petition, 20 largest unsecured creditors & mailing matrix.

Lafayette, Louisiana; dated <u>May 26, 2010</u>.

J. BARRY DUNFORD                         By: /s/Tonya M. Demny
   Clerk                                         Deputy Clerk