UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                         CASE NO. 10-50713

GULF FLEET HOLDINGS, INC., et al.         CHAPTER 11

                DEBTORS                (Joint Administration Requested w/
                                                     Case Nos. 10-50714, 10-50715, 10-
                                                     50716, 10-50717, 10-50718, 10-
                                                     50719, 10-50720, 10-50721, 10-
                                                     50722, 10-50723)

## SUPPLEMENTAL SCHEDULE PURSUANT TO LOCAL RULE 2014-1

1. Does any debtor have any affiliates as defined by 11 U.S.C. §101(2)?

    *Answer:* Each of the Debtors in this jointly administered case are affiliates of one another as that term is defined by 11 U.S.C. §101(2).

2. Has any affiliate ever filed for bankruptcy?

    *Answer:* Prior to the instant filings, no affiliate has ever filed for bankruptcy.

3. Has any affiliate guaranteed any debt of debtor(s) or has the debtor guaranteed any debt of any affiliate?

    *Answer:* Please refer to the Background Section of the Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Joint Administration of Chapter 11 Bankruptcy Cases, which includes a detailed description of the Debtors' existing debt structure, including any guarantees.

4. Has any affiliate extended credit, received credit, or otherwise established a debtor-creditor relationship with debtor(s)?

    *Answer:* No.

5. Has any debtor in this case granted any security interest in any property to secure any debts of any affiliate other than as provided in Question 3 and 4? Has any affiliate granted any security interest in any property to secure any debts of any debtor other than as provided in Question 3 and 4? If yes, list the affiliate, the debtor, the collateral, the date and nature of the security interest, the creditor to whom it was granted, and the current balance of the underlying debt.

*Answer:* Please refer to the Background Section of the Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Joint Administration of Chapter 11 Bankruptcy Cases, which includes a detailed description of the Debtors' existing debt structure, including any guarantees.

6. Has any affiliate engaged in any other transaction with any debtor in this case during the past 18 months? If yes, briefly describe the transaction(s)?

    *Answer:* Please refer to the Background Section of the Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Joint Administration of Chapter 11 Bankruptcy Cases, which includes a detailed description of the Debtors' existing debt structure, including any guarantees.

7. List the name and address of any affiliate who potentially is a "responsible party" for unpaid taxes of any debtor in this case. State the estimated amount of such taxes owed at the time of the Chapter 11 filing.

    *Answer:* None.

8. Identify any affiliates employed by the debtor and describe the function or role they perform. Identify any relative or partner or equity security holder employed by the debtor and describe the function or role performed and the amount of compensation received.

    *Answer:* None.

9. List all circumstances under which proposed counsel or proposed counsel's law firm has represented any affiliate during the past 18 months. List any position other than legal counsel which proposed counsel holds in either the debtor or affiliate including corporate officer, director, or employee. List any amount owed by the debtor or the affiliate to proposed counsel or counsel's law firm at the time of the filing, and also amounts paid within 18 months before filing.

    *Answer:* Proposed counsel represented the Debtors in preparing and filing the initial pleadings and in matters preliminary hereto and represented the Debtors in connection with discussions with its secured lenders during the past months with regard to the Debtors' financial issues.

SUBMITTED BY: GULF FLEET HOLDINGS, INC., GULF OCEAN MARINE SERVICES, LLC, GULF FLEET OFFSHORE, LLC, GULF FLEET MANAGEMENT, LLC, GULF FLEET MARINE, INC., GULF FLEET, LLC, HERCULES MARINE, LLC, GULF WORKER, LLC, GULF SERVICE, LLC, GULF WIND, LLC, AND STAR MARINE, LLC

By: _____
Jonathan Fox, Assistant Sec. and Director/Manager

3