United States Bankruptcy Court
Western District of Louisiana

In re    Gulf Fleet Holdings, Inc.                              Case No.    10-50713
                                        Debtor
                                                                Chapter         11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brightpoint Capital Partners Master Fund, LP<br>1001 Brickell Bay Drive<br>27th Floor<br>Miami, FL 33131 | Common Stock | 5000 | Stock |
| Brightpoint Capital Partners Master Fund, LP<br>1001 Brickell Bay Drive<br>27th Floor<br>Miami, FL 33131 | Stock Warrants | 5000 | Stock Warrants |
| HIG Gulf Fleet Acquisitions, LLC<br>1001 Brickell Bay Drive<br>32nd Floor<br>Miami, FL 33131 | Common Stock | 60000 | Stock |
| Michael A. Hillman<br>111 Kimball Drive<br>Lafayette, LA 70508 | Common Stock | 35000 | Stock |
| Michael Prejean<br>114 Durham Drive<br>Lafayette, LA 70508 | Common Stock | 250 | Stock |
| Michael Prejean<br>114 Durham Drive<br>Lafayette, LA 70508 | Restricted Stock Shares | 750 | Stock |
| Peter Fortier<br>345 E. Livingston Place<br>Metairie, LA 70005 | Common Stock | 250 | Stock |

___0___  continuation sheets attached to List of Equity Security Holders

In re   Gulf Fleet Holdings, Inc.                                              Case No.   10-50713
                          Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Assistant Secretary and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 28, 2010                              Signature _____
                                                 Jonathan Fox
                                                 Assistant Secretary and Director

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.