**Gulf Fleet Holdings, Inc.**
Exhibit A - Cash Collateral Budget
May 26, 2010

| Week Ending | Pre-Petition 5/14/10 | Post-Petition 5/21/10 | Post-Petition 5/28/10 | Post-Petition 6/4/10 | Post-Petition 6/11/10 | Totals 5 Week | Totals Post-Petition |
|---|---|---|---|---|---|---|---|
| 1 Beginning Cash Balance | $199 | $1,192 | $1,158 | $1,176 | $338 | $199 | $1,192 |
| 2 Receipts: | | | | | | | |
| 3   Vessel Receipts | 1,173 | 577 | 147 | 59 | 123 | 2,080 | 907 |
| 4   Other Receipts | - | 3 | - | - | - | 3 | 3 |
| 5 Net Receipts | 1,173 | 580 | 147 | 59 | 123 | 2,082 | 909 |
| 6 Disbursement: | | | | | | | |
| 7 Operating Disbursements | | | | | | | |
| 8   Critical Vendor Payments | - | (32) | 12 | (24) | - | (45) | (45) |
| 9   Other Vendor Deposits | - | (160) | - | (16) | (64) | (239) | (239) |
| 10   Major Repairs and Maintenance | - | - | - | (105) | - | (105) | (105) |
| 11   AP Disbursements | (1) | (3) | (40) | (183) | (180) | (406) | (406) |
| 12   Payroll & Payroll Taxes | (6) | (419) | (1) | (445) | - | (871) | (865) |
| 13   Employee Disbursements | - | - | - | (17) | - | (17) | (17) |
| 14   Insurance Disbursements | (102) | - | - | (107) | - | (209) | (107) |
| 15 Total Operating Disbursements | (108) | (614) | (29) | (897) | (244) | (1,892) | (1,783) |
| 16 Net Operating Cash Flows | 1,065 | (34) | 118 | (838) | (121) | 191 | (874) |
| 17 Legal / Professional / US Trustee Fees | (71) | - | (100) | - | - | (171) | (100) |
| 18 Net Cash Flow | 993 | (34) | 18 | (838) | (121) | 19 | (974) |
| 19 Ending Cash Balance | $1,192 | $1,158 | $1,176 | $338 | $218 | $218 | $218 |



EXHIBIT A
tabbies®