UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re: GULF FLEET HOLDINGS, INC., *et al.* | CASE NO. 10-50713 |
| DEBTORS | CHAPTER 11 |
| | (Jointly Administered with Case Nos. 10-50714, 10-50715 10-50716, 10-50717. 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, and 10-50723) |

**MOTION TO REVIEW APPOINTMENT OF THE CREDITORS COMMITTEE**

**NOW INTO COURT,** through undersigned counsel, comes Thoma-Sea Boat Builders, L.L.C., creditor in the above-captioned matter, who hereby moves for review of appointment of the Creditors Committee under Bankr. Rule 2007.

1.

On May 24, 2010, the United States Trustee, Region 5, appointed a five-member Creditors Committee in this matter.

2.

Thoma-Sea Boat Builders, L.L.C., was not appointed to the Creditors Committee, although it is the second largest creditor, according to the List of Creditors Holding 20 Largest Unsecured Claims.

3.

Section 1102(b)(1) provides that ordinarily the Creditors Committee is made up of persons willing to serve, who hold the seven largest unsecured claims against the debtor.

Page 1

4.

Walter Thomassie, of Thoma-Sea Boat Builders, L.L.C., is willing to serve on the Creditors Committee. He was contacted by the United States Trustee, but was not asked to serve. It was conveyed to Mr. Thomassie that the Debtors objected to his presence on the Creditors Committee, because Thoma-Sea Boat Builders, L.L.C., is indirectly involved (through a related company) in litigation with Gulf Fleet Tiger Acquisition, L.L.C. (*Gulf Fleet Tiger Acquisition, L.L.C. v. Thoma-Sea Ship Builders, L.L.C., et al.,* No. 2:10-CV-01440 E.D. La.). Gulf Fleet Tiger Acquisition, L.L.C., is not a debtor in this bankruptcy. The above-referenced litigation involves failure to timely pay for a new ship, and the resulting forfeiture of a deposit. The litigation does not involve financial information of any of the Debtors, none of which are parties to the litigation.

5.

There are no valid grounds to disqualify Walter Thomassie of Thoma-Sea Boat Builders, L.L.C., from serving on the Creditors Committee. Mr. Thomassie has no untoward animosity to the Debtors. The litigation with Gulf Tiger Acquisition, L.L.C., is unrelated to this case.

*[prayer for relief and signatures are on next page]*

**WHEREFORE,** considering the above and foregoing, Thoma-Sea Boat Builders, L.L.C., respectfully prays that Walter Thomassie be appointed to the Creditors Committee on behalf of Thoma-Sea Boat Builders, L.L.C.

    Respectfully submitted,

    s/ Ronald J. Savoie
    Robert G. Jackson (No. 07200)
    Ronald J. Savoie (No. 21072)
    Jackson & Jackson, P.L.L.C.
    111 Founders Dr., Ste. 400
    Baton Rouge, LA 70810
    225-756-8801 (phone)
    225-208-1080 (fax)