UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

IN RE:                                             CASE NO:     10-50713
    Gulf Fleet Holdings, Inc., *et al*
        Debtor                              ---Chapter 11—

                                                          (Jointly Administered with
                                                          Case Nos. 10-50714, 10-50715,
                                                          10-50716, 10-50717, 10-50718,
                                                          10-50719, 10-50720, 10-50721,
                                                          10-50722 and 10-50723)

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

      Please take notice that H. Kent Aguillard represents Fleet Operators, Inc. a creditor in the above styled and numbered case. The undersigned attorney hereby enters his appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings filed in this case or in any adversary proceedings. All such notices should be addressed as follows:

                **H. Kent Aguillard**
                **P. O. Box 391**
                **Eunice, Louisiana 70535**

      Please take further notice that the foregoing request includes all notices and papers filed in this matter and includes (without limitation) notices of any application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, whether transmitted, conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and the proceedings dealt with therein.

                                                          Respectfully submitted,
                                                          141 S. 6th Street
                                                          P.O. Box 391
                                                          Eunice, LA 70535
                                                          Ph:   337.457.9331
                                                          Fax: 337.457.2917
                                                          kaguillard@yhalaw.com

                                                          */s/H. Kent Aguillard*
                                                          H. Kent Aguillard, #2354

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

IN RE:                                           CASE NO:     10-50713

     **Gulf Fleet Holdings, Inc.,** *et al*
        Debtor                                ---Chapter 11—

                                                (Jointly Administered with
                                                Case Nos. 10-50714, 10-50715,
                                                10-50716, 10-50717, 10-50718,
                                                10-50719, 10-50720, 10-50721,
                                                10-50722 and 10-50723)

## CERTIFICATE OF SERVICE

      I, H. Kent Aguillard, do hereby certify that a copy of the Notice of Appearance and Request for Notices was this date forwarded to Gulf Fleet Holdings, Inc. 2623 SE Evangeline Thrwy, Lafayette, LA 70508; Benjamin W. Kadden, 601 Poydras Street, Ste. 2775, New Orleans, LA 70130; Christopher T. Caplinger, 601 Poydras Street, Ste. 2775, New Orleans, LA 70130; Stewart F. Peck, 601 Poydras Street, Ste. 2775, New Orleans, LA 70130; Hugh Massey Ray, III, 600 Travis St., Ste. 7000, Houston, TX 77002, Paul D. Moak, 600 Travis St., Ste. 7000, Houston, TX 77002; Ruth A. Van Meter, 600 Travis St., Ste. 7000, Houston, TX 77002; and the Office of the U.S. Trustee, 300 Fannin Street, Suite 3196, Shreveport, LA 71101; via U.S. mail postage pre-paid and properly addressed this 9th day of June, 2010.

                                                /s/ *H. Kent Aguillard*
                                                H. Kent Aguillard

Gulf Fleet Holdings, Inc.
2623 SE Evangeline Thrwy
Lafayette, LA 70508

Benjamin W. Kadden
601 Poydras Street, Ste. 2775
New Orleans, LA 70130

Christopher T. Caplinger
601 Poydras Street, Ste. 2775
New Orleans, LA 70130

Stewart F. Peck
601 Poydras Street, Ste. 2775
New Orleans, LA 70130

Hugh Massey Ray, III
600 Travis St., Ste. 7000
Houston, TX 77002

Paul D. Moak
600 Travis St., Ste. 7000
Houston, TX 77002

Ruth A. Van Meter
600 Travis St., Ste. 7000
Houston, TX 77002

Office of the U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101