UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
    GULF FLEET HOLDINGS, INC., et al.    CASE NO. 10-50713
        Debtors    CHAPTER 11

    (Jointly Administered w/ Case No. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723)

UNITED STATES TRUSTEE'S OBJECTION TO THE UNSECURED
CREDITORS' COMMITTEE'S APPLICATION TO EMPLOY COUNSEL

COMES NOW R. Michael Bolen, the United States Trustee for Region 5 (hereinafter "UST"), through undersigned counsel, and objects to the application of the unsecured creditors' committee (hereinafter "committee") to employ McKool Smith, P.C. as counsel, and in support thereof states the following:

1.

The debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on May 14, 2010. The cases were joined for administration on May 25, 2010.[1]

2.

On May 26, 2010, the committee filed an application to employ McKool Smith, P.C. (hereinafter "McKool") as counsel.

3.

The committee seeks to employ McKool at billing rates for associates, staff attorneys, and

---

[1] Upon information and belief, not all debtors joined for administration in this case have unsecured claims pending against them. Any compensation awarded on behalf of the committee should be charged only to those debtors who have unsecured claims.

senior counsel between $250 and $425 per hour. McKool's billing rates for principals of the law firm range between $450 and $750 per hour.

4.

The bankruptcy court is authorized by the Bankruptcy Code to review and control the amount of professional compensation to be awarded under 11 U.S.C. §330. *In re Property Company of America Joint Venture*, 110 B.R. 244, 249, 22 Collier Bankr. Cas.2d 688, 4 Tex. Bankr. Ct. Rep. 183 (Bankr. N.D. Tex. 1990).

5.

Based on McKool's first invoice for services rendered to the committee, dated June 10, 2010, McKool is billing for three of the four attorneys at hourly rates of $515.00, $620.00, and $750.00. McKool billed for services of a fourth attorney at an hourly rate of $325.00. The invoice covered legal services rendered only during the last week of May 2010. The total invoice (exclusive of expenses) was $32,546.00.

6.

The rates requested by McKool appear excessive in view of the services to be performed in this case. The court should either deny the application to employ or set the appropriate rates for McKool. Alternatively, the court should grant the application to employ, but reserve the rate issue until such time as McKool files an application for compensation.

7.

The undersigned spoke to one of McKool's attorneys, Hugh Ray, III, about McKool's proposed hourly rates in an attempt to obtain a voluntary reduction in McKool's rates for this case but the attempt was unsuccessful.

WHEREFORE, the UST objects to the committee's application to employ McKool based on the proposed rates of compensation and requests an order denying the application as filed and granting such other relief as the Court deems just and proper.

Date: June 14, 2010

Respectfully submitted,
R. MICHAEL BOLEN
United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: /s/ *Leonard W. Copeland*
Leonard W. Copeland

Leonard W. Copeland, WA Bar No. 23706
Trial Attorney, Office of U. S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
leonard.w.copeland@usdoj.gov
Telephone No. (318) 676-3456
Direct Telephone No. (318) 676-3484
Facsimile No. (318) 676-3212

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *United States Trustee's Objection to the Unsecured Creditors' Committee's Application to Employ Counsel* has been either mailed by first class mail, postage prepaid, or transmitted by CM/ECF to the following parties:

Ronald J. Savoie
Jackson & Jackson, P.L.L.C.
111 Founders Dr., Suite 400
Baton Rouge, LA 70810

Benjamin W. Kadden
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Christopher T. Caplinger
601 Poydras St., Ste 2775
New Orleans, LA 70130

Stewart F. Peck
601 Poydras, #2775
New Orleans, LA 70130

Hudson Drydocks, Inc.
Wendle Huddleston
1809 West Garner Street
Morgan City, LA 70380

Cummins Mid-South, LLC
Mark Whitehead
3770 South Perkins Road
Memphis, TN 38118

NREC Power Systems
Bryan F. Chaisson
P.O. Box 3016
5222 Hwy 311
Houma, LA 70361-3010

Genesis Offshore, LLC
Eric P. Tanzberger
807 Lakespur Drive
Sugar Land, TX 77479

Doerle Food Services, LLC
Christie Boutte
113 Kol Drive
Broussard, LA 70518

Fleet Operators, Inc.
David E. Barousse, Jr.
P.O. Box 350
Morgan City, LA 70381

Rhett G. Campbell
Demetra L. Liggins
Thompson & Knight, LLP
333 Clay Street, Suite 3300r
Houston, TX 77002

R. Patrick Vance
Mark A. Mintz
Jones, Walker, Waechter, Poitevent, Carrere
& Denegre, LLC
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170

Henry A. King
King, Krebs & Jurgens, PLLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Timothy S. Madden
Madden, King, LeBlanc & Bland, PLLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Robert J. Stefani
King, Krebs & Jurgens, PLLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

| | |
|---|---|
| Joseph P. Hebert<br>Liskow & Lewis<br>P.O. Box 52008<br>Lafayette, LA 70503 | Steven J. Solomon, Esq.<br>Gray Robinson, P.A.<br>1221 Brickell Ave., Suite 1600<br>Miami, FL 33131 |
| Philip K. Jones, Esq.<br>Liskow & Lewis<br>One Shell Square<br>701 Poydras Street, Ste. 5000<br>New Orleans, LA 70139 | Paul D. Moak<br>Hugh Massey Ray, III<br>Ruth A. Van Meter<br>600 Travis St., Ste 7000<br>Houston, TX 77002 |
| Alan H. Katz<br>Entergy Services, Inc.<br>639 Loyola Ave., 26th Floor<br>New Orleans, LA 70113 | Thomas B. Thompson<br>Assistant United States Attorney<br>Western District of Louisiana<br>800 Lafayette Street, Suite 2200<br>Lafayette, LA 70501 |
| Michael J. McGinnis<br>El Paso Corporation<br>1001 Louisiana, Ste. 1540B<br>Houston, TX 77002 | |
| H. Kent Aguillard<br>Attorney at Law<br>P. O. Box 391<br>Eunice, LA 70535 | |

| | |
|---|---|
| Date:   June 14, 2010 | */s/ Sheila A. Augusta*<br>Sheila A. Augusta, Paralegal Specialist<br>Office of the United States Trustee<br>300 Fannin Street, Suite 3196<br>Shreveport, LA 71101<br>Telephone No. (318) 676-3456 |