UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

In re:  GULF FLEET HOLDINGS, INC., *et al.*　　　CASE NO. 10-50713

　　　　DEBTORS　　　　　　　　　　　　　　　CHAPTER 11

　　　　　　　　　　　　　　　　　　　　　　　**(Jointly Administered with
　　　　　　　　　　　　　　　　　　　　　　　Case Nos. 10-50714, 10-50715
　　　　　　　　　　　　　　　　　　　　　　　10-50716, 10-50717. 10-50718,
　　　　　　　　　　　　　　　　　　　　　　　10-50719, 10-50720, 10-50721,
　　　　　　　　　　　　　　　　　　　　　　　10-50722, and 10-50723)**

NOTICE OF HEARING OF MOTION
TO REVIEW APPOINTMENT OF THE CREDITORS COMMITTEE

　　　An Unsecured Creditor, Thoma-Sea Boat Builders, L.L.C., has filed an Motion to Review Appointment to the Creditors Committee in this matter.
.
　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

　　　Hearing is set for June 22, 2010 at 1:30 p.m. in the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division. The Mover intends to introduce evidence at this hearing.

　　　Any party opposing the motion must object, in writing in a timely manner and must serve the attorney for the movant by US Mail or by email:

　　　　　　　Ronald J. Savoie
　　　　　　　Jackson & Jackson PLLC
　　　　　　　111 Founders Drive, Suite 400
　　　　　　　Baton Rouge, LA 70810

　　　　　　　ronnie@jlaw.net


You must also serve any other party entitled to notice of the objection.


If you or your attorney do not take these steps, the court may decide that you do not oppose the

Page 1

relief sought in the motion or objection and may enter an order granting that relief.

Date: June 17, 2010                                /s/ Ronald J. Savoie
                                                   Ronald J. Savoie
                                                   Jackson & Jackson PLLC
                                                   111 Founders Drive, Suite 400
                                                   Baton Rouge, LA 70810

## CERTIFICATE OF SERVICE

This certifies that a copy of this Notice of Hearing was electronically served to the following persons on June 17, 2010:

Office of U.S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

Alan H. Katz
akatz@entergy.com

Benjamin W. Kadden
bkadden@lawla.com

Demetra L. Liggins
demetra.liggins@tklaw.com

H. Kent Aguillard
kaguillard@yhalaw.com

Henry A. King
hking@kingkrebs.com

Hugh Massey Ray, III
hmray@mckiilsmith.com

Joseph P. Hebert
jphebert@liskow.com

Leonard William Copeland
leonard.w.copeland@usdoj.com

Mark A. Mintz

mmintz@joneswalker.com

Paul D. Moak
pmoak@mckoolsmith.com

Phillip K. Jones, Jr.
Pkjones@liskow.com

R. Patrick Vance
pvance@joneswalker.com

Rhett G. Campbell
rhett.campbell@tklaw.com

Robert J. Stefani
rstefanie@kingkrebs.com

Ruth A. Van Meter
rvanmeter@mckoolsmith.com

Steven J. Solomon
steven.solomon@gray-robinson.com

Stewart F. Peck
speck@lawla.com

Timothy S. Madden
tmadden@klb-law.com

Page 2

10-50713 - #147   File 06/17/10   Enter 06/17/10 15:48:34   Main Document   Pg 2 of 3

/s/ Ronald J. Savoie