UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 10-50713 |
| | * | |
| GULF FLEET HOLDINGS, INC., et al., | * | CHAPTER 11 |
| | * | |
| Debtor | * | (Jointly Administered w/ Case Nos. |
| | * | 10-50714, 10-50715, 10-50716, |
| | * | 10-50717, 10-50718, 10-50719, |
| | * | 10-50720, 10-50721, 10-50722, |
| | * | 10-50723) |

**************************************************************************

## LIMITED PLACEHOLDER OBJECTION OF BANK ONE EQUITY INVESTORS – BIDCO, INC. AND LBC CREDIT PARTNERS II, L.P. TO CERTAIN PROVISIONS PROPOSED BY COLLATERAL AGENT, LENDERS AND SUBORDINATE LENDERS FOR FORM OF FINAL CASH COLLATERAL ORDER

NOW INTO COURT, through undersigned counsel, come **Bank One Equity Investors – BIDCO, Inc.** ("BIDCO") and **LBC Credit Partners II, L.P.** ("LBC Credit"), in limited objection to certain provisions proposed by the Senior Lenders to be included in the final form of a final cash collateral, and respectfully state:

1.

As a prepetition lender, BIDCO holds as collateral a first preferred ship mortgage on the vessel *Gulf Sabre*. The *Gulf Sabre* is owned by Debtor Gulf Fleet, LLC.

2.

As Lender and as Administrative Agent and as Collateral Agent for a prepetition loan, LBC Credit holds as collateral a first preferred ship mortgage on the vessel *Gulf Sun*. The *Gulf Sun* is owned by Debtor Gulf Fleet Offshore, LLC.

3.

BIDCO and LBC Credit are aware of, and have been provided reasonable opportunity to comment on, at least two drafts of a proposed final cash collateral order that were circulated by the Senior Bank Parties.

4.

BIDCO and LBC Credit are uncertain as to whether a dispute still exists with the Senior Bank Parties as to certain provisions of the proposed final cash collateral, namely the expansive definition of "Cash Collateral."

5.

The position of BIDCO and LBC Credit as to any expansive definition of "Cash Collateral" is simple:

A.  There exist or will exist certain monies, *e.g.*, proceeds, products, offspring, rents or profits, on which BIDCO or LBC Credit holds a valid and perfected first lien under its applicable vessel mortgage, and which proceeds, products, offspring, rents and profits are described in each vessel mortgage;

B.  Such proceeds, products, offspring, rents or profits should not be drawn into an overly expansive definition of "Cash Collateral" in the proposed final cash collateral order so as to benefit the Senior Lenders; and

C.  Inasmuch as BIDCO and LBC Credit, respectively, do not consent to the use of those proceeds, products, offspring, rents or profits by the Debtors, the overly expansive definition of "Cash Collateral" must be modified to remove any implication that such items are in fact "Cash Collateral."

6.

Obviously BIDCO and LBC Credit would be agreeable to language that adequately addresses the concerns set forth in paragraph 5 above. Consequently, this limited objection is being filed for placeholder purposes only.

7.

Inasmuch as BIDCO and LBC Credit have not seen a final version of a proposed final cash collateral order from either the Senior Lenders or the Debtors, BIDCO and LBC Credit reserve the right to make further objections for changes made to yet-uncirculated drafts of the proposed order.

For the above reasons, at this time BIDCO and LBC Credit object on a limited basis to those provisions defining "Cash Collateral" and sought by the Senior Lenders to be included in the form of the final cash collateral order.

Filed this 18th day of June, 2010.

Respectfully submitted,

LISKOW & LEWIS

By:

Philip K. Jones, Esq.
Liskow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: pkjones@liskow.com

-and-

/s/Joseph P. Hebert
Joseph P. Hebert (LA Bar #6734; TX Bar #00789095)
P.O. Box 52008
Lafayette, LA 70505-2008
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Fax: (337) 267-2399
Email: jphebert@liskow.com

Attorneys for Bank One Equity Investors – BIDCO, Inc.
and LBC Credit Partners II, L.P.