## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 10-50713 |
| GULF FLEET HOLDING, INC., et al. | § | (Chapter 11) |
| | § | (Jointly Administered) |
| **Debtors** | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE:

The following individuals and firms appear as counsel for ODYSSEA MARINE, INC., a creditor in the above-referenced case, and hereby enter an appearance on behalf of ODYSSEA MARINE, INC. in this case, and request that all service made or required to be made in this case, be served upon them at the following addresses:

<div style="text-align:center;">

Thomas S. Henderson
BURLESON COOKE, LLP
711 Louisiana, Suite 1701
Houston, Texas 77002
Telephone: 713-227-9500
Facsimile: 713-620-3023
thenderson@tsh-atty.com

</div>

And

William P. Gibbens
Andrea V. Timpa
SCHONEKAS, EVANS, MCGOEY & MCEACHIN, L.L.C
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130
Telephone: 504-680-6050
Facsimile: 504-680-6051
billy@semmlaw.com
andrea@semmlaw.com

DATED: June 22, 2010

Respectfully submitted,

*s/Andrea V. Timpa*
Andrea V. Timpa, 29455
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY
 & McEACHIN, L.L.C.
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 680-6050
andrea@semmlaw.com
billy@semmlaw.com

COUNSEL FOR ODYSSEA MARINE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served on the following parties by

ECF filing or first class mail on the 22nd day of June, 2010.

*s/ Andrea V. Timpa*
Andrea V. Timpa

# Gulf Fleet Holdings, Inc., et al.
# Case No. 10-50713 (Jointly Administered)
# Service List

<div style="columns:2">

Counsel for Debtors

Benjamin W. Kadden
Christopher T. Caplinger
Stewart F. Peck
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130

U.S. Trustee

Leonard W. Copeland
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

Counsel for Comerica Bank

R. Patrick Vance
Mark A. Mintz
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLC
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170

Rhett G. Campbell
Demetra L. Liggins
Thompson & Knight, LLP
333 Clay Street, Suite 3300r
Houston, TX 77002

Counsel for Creditors Committee

Hugh M. Ray III
Paul D. Moak
Ruth A. Van Meter
McCool Smith P.C.
600 Travis Street, Suite 7000
Houston, TX 77002

Creditors Committee

Hudson Drydocks, Inc.
Wendle Huddleston
1809 West Gamer Street
Morgan City, LA 70380

Cummins Mid-South, LLC
Mark Whitehead
3770 South Perkins Road
Memphis, TN 38118

NREC Power Systems
Bryan F. Chaisson
P.O. Box 3016
5222 Hwy 311
Houma, LA 70361-3010

Genesis Offshore, LLC
Eric P. Tanzberger
807 Lakespur Drive
Sugar Land, TX 77479

Doerle Food Services, LLC
Christie Boutte
113 Kol Drive
Broussard, LA 70518

Parties Requesting Notice

Henry A. King
Timothy S. Madden
Robert J. Stephan
King, Krebs & Jurgens, PLLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Joseph P. Hebert
Liskow & Lewis
P.O. Box 52008
Lafayette, LA 70503

</div>

Philip K. Jones, Esq.
Liskow & Lewis
One Shell Square
701 Poydras Street, Ste. 5000
New Orleans, LA 70139

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, FL 33131

Michael McGinniss
El Paso Corporation
1001 Louisiana, Suite 1540B
Houston, TX 77002

H. Kent Aguillard
P.O. Box 391
Eunice, LA 70535

Alan H. Katz
Asst. General Counsel
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA 700113