
MINUTE ENTRY

10-50713 Gulf Fleet Holdings, Inc. and Gulf Ocean Marine Services, LLC    Chapter: 11

(1) Application to Employ McKool Smith, PC. as Counsel to Committee on behalf of Official Committee of Unsecured Creditors

(2) Motion to Review Appointment to Creditors Committee on behalf of Thoma-Sea Boat Builders, L.L.C.

(3) Application to Employ William Blair & Company, L.L.C. as Financial Advisor and Investment Banker on behalf of Gulf Fleet Holdings, et al

(4) Motion to Use Cash Collateral Motion for Emergency Interim Use of Cash Collateral and Grant Replacement Liens Pursuant to Section 363(c) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) on behalf of Gulf Fleet Holdings, et al

APPEARANCES:

Stewart F. Peck representing DIP
Leonard William Copeland representing Office of U. S. Trustee
Hugh Massey Ray III and Paul D. Moak representing Official Committee of Unsecured Creditors
Rhett Campbell, Demetra Liggins & Pat Vance for Comerica
Ronald Savoie for Thoma-Sea Boat Builders
Kent Aguillard for Fleet Operators
Louis Phillips for Brightpoint Capital
JP Hebert for BIDCO

RULING: (1) Application is approved as modified. Ray to submit order. (2) Motion is granted in part - a representative of Thoma-Sea Boat Builders will be added to the committee as a non-voting member. Savoie to submit order. (3) Application to employ William Blair is continued to July 14, 2010, at 9:00 a.m. (4) Motion is use cash collateral is continued to July 14, 2010, at 9:00 a.m. Interim order to be submitted by the parties.

All matters currently scheduled for July 13, 2010 are rescheduled for July 14, 2010, at 9:00 a.m.

Date:   June 22, 2010