UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:  CASE NO. 10-50713

GULF FLEET HOLDINGS, INC., et al.  CHAPTER 11

DEBTORS  (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723)

## AMENDED NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtors have filed an Application for Order Authorizing Employment of Patrick J. Gros, CPA as Accountant for the Debtors, *Nunc Pro Tunc*, Pursuant to Section 327(a) of the Bankruptcy Code in the above-captioned matter.

**PLEASE TAKE NOTICE** that all objections to said Motion must be filed with the Court and served on counsel for the Debtor, Stewart F. Peck, 601 Poydras Street, Suite 2775, New Orleans, Louisiana, 70130, no later than seven (7) calendar days prior to the noticed hearing date.

**PLEASE TAKE FURTHER NOTICE** that a hearing on said Motion will be held on the **14th of July 2010 at 9:00 o'clock a.m.** in the United States Courthouse, United States Bankruptcy Court for the Western District of Louisiana - Lafayette Division, 214 Jefferson Street, Lafayette, Louisiana 70501.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com
*Attorneys for the Debtor*

757454_1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Hearing on the Application for Order Authorizing Employment of Patrick J. Gros, CPA as Accountant for the Debtors, *Nunc Pro Tunc*, Pursuant to Section 327(a) of the Bankruptcy Code has been served upon the parties that receive electronic notice via the Court's CM/ECF System, as well as those parties listed on the attached service list via first class mail on this 23rd day of June 2010.

_____

2

10-50713 - #164 File 06/23/10 Enter 06/23/10 15:43:00 Main Document Pg 2 of 5

| | |
|---|---|
| Adriatic Marine, LLC<br>P. O. Box 259<br>Harvey, LA 70059 | BNA Marine Services<br>P. O. Box 150<br>Morgan City, LA 70380 |
| BrasCrew Service deRecrutamento<br>Av. Venezuela<br>27-10 andar-Centro<br>Rio de Janeiro<br>Cep: 20.081-311<br>Brasil | Coastal Distributors, Inc.<br>503 Amarillo Drive<br>Houma, LA 70360 |
| Coastal States FFST, Inc.<br>P. O. Box 1293<br>Amelia, LA 70340-1293 | Cummins Mid-South, LLC<br>P. O. Box 842316<br>Dallas, TX 75284-2316 |
| Doerle Food Services, LLC<br>113 Kol Drive<br>Broussard, LA 70518 | Fleet Operators, Inc.<br>P. O. Drawer 350<br>Morgan City, LA 70381 |
| FPS, Inc. – New Orleans<br>821 Industry Road<br>Kenner, LA 70062 | Genesis Offshore<br>P. O. Box 1660<br>Gray, LA 70359 |
| Hudson Offshore<br>P. O. Box 1781<br>Morgan City, LA 70381 | NREC Power Systems<br>P.O. Box 3016<br>Houma, LA 70361 |
| Odyssea Marine, Inc.<br>2500 City West Blvd. Suite 1225<br>Houston, TX 77042 | Port Logistic Agencia Maritima<br>Av. Venezuela, 27-10 andar<br>Centro-Rio de Janeiro<br>Cep: 20.081-311 Brasil |

| | |
|---|---|
| Qorval<br>2210 Vanderbilt Beach Road<br>Suite 1206<br>Naples, FL 34109 | Star Tech Marine Electronics, Inc.<br>Fidelity Working Capital, LLC<br>P. O. Box 2671<br>Baton Rouge, LA 70821 |
| Stewart Supply, Inc.<br>P. O. Drawer L<br>Morgan City, LA 70381 | Thoma-Sea Ship Builders, LLC<br>P. O. Box 399<br>Bourg, LA 70343 |
| Vacco Marine, Inc.<br>P. O. Box 8032<br>Houma, LA 70361 | White & Case LLP<br>200 South Biscayne Blvd.<br>Suite 4900<br>Miami, FL 33131 |
| Bank of America, N.A.<br>GA&-903-03-03<br>1355 Windward Concourse<br>Alpharetta, GA 30005 | Bank One Equity Investors-Bidco, Inc.<br>Attn: Nemo Viso<br>236 Third Street<br>Baton Rouge, LA 70301 |
| Bank of America<br>P. O. Box 45224<br>Jacksonville, FL 32232-5224 | Brightpoint Capital<br>Attn: Jeff Zanarini<br>1001 Brickell Bay Drive, 32nd Floor<br>Miami, FL 33131 |
| LBC Credit Partners<br>Attn: Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 | Comerica Bank<br>Attn: David Balderach<br>910 Louisiana Street, Suite 410<br>Houston, TX 77002 |
| Comerica Bank<br>P. O. Box 650282<br>Dallas, TX 75265-0282 | Office of the United States Trustee<br>300 Fanin Street, Room 3196<br>Shreveport, LA 71101 |

Limited Service List – In re Gulf Fleet Holdings, Inc., et al.

R. Patrick Vance
Mark A. Mintz
Jones, Walker, Waechter, et al.
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170

Joseph P. Hebert, Esq.
Liskow & Lewis
P.O. Box 52008
Lafayette, LA 70505-2008

Phillip K. Jones, Esq.
Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139

Michael J. McGinnis
Senior Attorney
El Paso Corporation
1001 Louisiana, Suite 1540B
Houston, Texas 77002

Thomas S. Henderson
Burleson Cooke, LLP
711 Louisiana, Suite 1701
Houston, TX 77002

Henry A. King, Timothy S. Madden and
Robert J. Stefani
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, FL 33131

Alan H. Katz, Asst. General Counsel
Entergy Services, Inc.
639 Loyola Ave., 26th Floor
New Orleans, LA 70113

H. Kent Aquillard
P.O. Box 391
Eunice, LA 70535