UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-50713 |
| GULF FLEET HOLDINGS, INC., et al. | CHAPTER 11 |
| DEBTORS | (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

## AMENDED NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtors have filed an Application for Order Authorizing Employment of Akerman Senterfitt as Special Counsel for the Debtors, *Nunc Pro Tunc*, Pursuant to Section 327(e) of the Bankruptcy Code in the above-captioned matter.

**PLEASE TAKE NOTICE** that all objections to said Motion must be filed with the Court and served on counsel for the Debtor, Stewart F. Peck, 601 Poydras Street, Suite 2775, New Orleans, Louisiana, 70130, no later than seven (7) calendar days prior to the noticed hearing date.

**PLEASE TAKE FURTHER NOTICE** that a hearing on said Motion will be held on the **14th of July 2010 at 9:00 o'clock a.m.** in the United States Courthouse, United States Bankruptcy Court for the Western District of Louisiana - Lafayette Division, 214 Jefferson Street, Lafayette, Louisiana 70501.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com
*Attorneys for the Debtor*

757445_1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Notice of Hearing on the Application for Order Authorizing Employment of Akerman Senterfitt as Special Counsel for the Debtors, *Nunc Pro Tunc*, Pursuant to Section 327(e) of the Bankruptcy Code has been served upon the parties that receive electronic notice via the Court's CM/ECF System, as well as those parties listed on the attached service list via first class mail on this 23rd day of June 2010.

_____

Adriatic Marine, LLC
P. O. Box 259
Harvey, LA 70059

BNA Marine Services
P. O. Box 150
Morgan City, LA 70380

BrasCrew Service deRecrutamento
Av. Venezuela
27-10 andar-Centro
Rio de Janeiro
Cep: 20.081-311
Brasil

Coastal Distributors, Inc.
503 Amarillo Drive
Houma, LA 70360

Coastal States FFST, Inc.
P. O. Box 1293
Amelia, LA 70340-1293

Cummins Mid-South, LLC
P. O. Box 842316
Dallas, TX 75284-2316

Doerle Food Services, LLC
113 Kol Drive
Broussard, LA 70518

Fleet Operators, Inc.
P. O. Drawer 350
Morgan City, LA 70381

FPS, Inc. – New Orleans
821 Industry Road
Kenner, LA 70062

Genesis Offshore
P. O. Box 1660
Gray, LA 70359

Hudson Offshore
P. O. Box 1781
Morgan City, LA 70381

NREC Power Systems
P.O. Box 3016
Houma, LA 70361

Odyssea Marine, Inc.
2500 City West Blvd. Suite 1225
Houston, TX 77042

Port Logistic Agencia Maritima
Av. Venezuela, 27-10 andar
Centro-Rio de Janeiro
Cep: 20.081-311 Brasil

Qorval
2210 Vanderbilt Beach Road
Suite 1206
Naples, FL 34109

Star Tech Marine Electronics, Inc.
Fidelity Working Capital, LLC
P. O. Box 2671
Baton Rouge, LA 70821

Stewart Supply, Inc.
P. O. Drawer L
Morgan City, LA 70381

Thoma-Sea Ship Builders, LLC
P. O. Box 399
Bourg, LA 70343

Vacco Marine, Inc.
P. O. Box 8032
Houma, LA 70361

White & Case LLP
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131

Bank of America, N.A.
GA&-903-03-03
1355 Windward Concourse
Alpharetta, GA 30005

Bank One Equity Investors-Bidco, Inc.
Attn: Nemo Viso
236 Third Street
Baton Rouge, LA 70301

Bank of America
P. O. Box 45224
Jacksonville, FL 32232-5224

Brightpoint Capital
Attn: Jeff Zanarini
1001 Brickell Bay Drive, 32nd Floor
Miami, FL 33131

LBC Credit Partners
Attn: Chris Calabrese
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2868

Comerica Bank
Attn: David Balderach
910 Louisiana Street, Suite 410
Houston, TX 77002

Comerica Bank
P. O. Box 650282
Dallas, TX 75265-0282

Office of the United States Trustee
300 Fanin Street, Room 3196
Shreveport, LA 71101

R. Patrick Vance
Mark A. Mintz
Jones, Walker, Waechter, et al.
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170

Joseph P. Hebert, Esq.
Liskow & Lewis
P.O. Box 52008
Lafayette, LA 70505-2008

Phillip K. Jones, Esq.
Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139

Michael J. McGinnis
Senior Attorney
El Paso Corporation
1001 Louisiana, Suite 1540B
Houston, Texas 77002

Thomas S. Henderson
Burleson Cooke, LLP
711 Louisiana, Suite 1701
Houston, TX 77002

Henry A. King, Timothy S. Madden and
Robert J. Stefani
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, FL 33131

Alan H. Katz, Asst. General Counsel
Entergy Services, Inc.
639 Loyola Ave., 26th Floor
New Orleans, LA 70113

H. Kent Aquillard
P.O. Box 391
Eunice, LA 70535