IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 10-50713 |
| GULF FLEET HOLDING, INC., et al. | § | (Chapter 11) |
| | § | (Jointly Administered) |
| Debtors | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE:

The following individuals and firms appear as counsel for ODYSSEA MARINE, INC., a creditor in the above-referenced case, and hereby enter an appearance on behalf of ODYSSEA MARINE, INC. in this case, and requests that all service made or required to be made in this case, be served upon them at the following addresses:

Thomas S. Henderson
BURLESON COOKE, LLP
711 Louisiana, Suite 1701
Houston, Texas 77002
Telephone: 713-227-9500
Facsimile: 713-620-3023

Billy Gibbens
SCHONEKAS, EVANS, MCGOEY & MCEACHIN, L.L.C
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130
Telephone: 504-680-6050
Facsimile: 504-680-6051

DATED: June 23, 2010

BURLESON COOKE, L.L.P.

By: /s/ T S Henderson
Thomas S. Henderson

South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002-2716
Telephone: (713) 227-9500
Facsimile:   (713) 620-3023

COUNSEL FOR ODYSSEA MARINE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on the following parties by ECF filing on the 23rd day of June, 2010 .

/s/ T S Henderson
Thomas S. Henderson

Counsel for Debtors

Benjamin W. Kadden
Christopher T. Caplinger
Stewart F. Peck
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130

U.S. Trustee

Leonard W. Copeland
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

Counsel for Comerica Bank

R. Patrick Vance
Mark A. Mintz
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLC
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170

Rhett G. Campbell
Demetra L. Liggins
Thompson & Knight, LLP
333 Clay Street, Suite 3300r
Houston, TX 77002

Counsel for Creditors Committee

Hugh M. Ray III
Paul D. Moak
Ruth A. Van Meter
McCool Smith P.C.
600 Travis Street, Suite 7000
Houston, TX 77002

Parties Requesting Notice

Henry A. King
Timothy S. Madden
Robert J. Stefani
King, Krebs & Jurgens, PLLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Joseph P. Hebert
Liskow & Lewis
P.O. Box 52008
Lafayette, LA 70503

Philip K. Jones, Esq.
Liskow & Lewis
One Shell Square
701 Poydras Street, Ste. 5000
New Orleans, LA 70139

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, FL 33131

H. Kent Aguillard
P.O. Box 391
Eunice, LA 70535

Alan H. Katz
Asst. General Counsel
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA 700113