UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                        CASE NO. 10-50713

GULF FLEET HOLDINGS, INC., et al.       CHAPTER 11

                DEBTORS                 (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723)

**AFFIDAVIT OF DENNIS O. FRANTZ IN SUPPORT OF DEBTORS'
APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
OF DENNIS O. FRANTZ AS VALUATION CONSULTANT
AND EXPERT WITNESS AND BROKER FOR THE DEBTOR**

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

**DENNIS O. FRANTZ**, being duly sworn, deposes and says:

1. I am owner and president of Frantz Marine, a commercial vessel sales and consulting firm which maintains offices at 139 Acadian Lane, Mandeville, Louisiana 70471.

2. To the best of my knowledge, except as described in this Rule 2014 Statement, neither I, Frantz Marine, nor any employee of Frantz Marine, insofar as I have been able to ascertain, have any connection with the above-captioned Debtors and Debtors-in-Possession, to any creditors of the Debtors' estates, or any party in interest, their attorneys or accountants or the United States Trustee.

3. To the best of my knowledge, I have not had a prior association with the Debtors, their offices, directors, shareholders, or any creditor in these cases.

4. In addition to the hourly rates set forth in the Application, I charge clients for all reimbursable expenses incurred, including photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail, computer and data bank time, word processing, travel, lodging, the catering of meetings and business meetings, postage, printing, transcripts, filing fees, document retrieval, etc. Subject to this Court's order(s) with respect to the reimbursement of such expenses, I will be seeking reimbursement of all such charges incurred.

5. No promises have been received by myself as to compensation in connection with this case. I do not have any agreement with any other entity to share with such entity any compensation received in connection with this case.

6. Insofar as I have been able to ascertain, I, Frantz Marine, and the employees of Frantz Marine, do not represent any other entity having an interest adverse to the Debtors in connection with these cases.

7. Based on the foregoing, to the best of my knowledge, neither I nor Frantz Marine hold or represent an adverse interest to the Debtors or their creditors and are therefore disinterested and qualified for the employment proposed in the Application.

_____
DENNIS O. FRANTZ

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 24th DAY OF
JUNE 2010.

_____
NOTARY PUBLIC

**BENJAMIN W. KADDEN**
**NOTARY PUBLIC**
My Commission Expires at Death
LA BAR No. 29927/ Notary No. 83546

2