UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

In Re:     GULF FLEET HOLDINGS, INC.            CASE NO: 10-50713
                                                                               CHAPTER 11

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICES ON BEHALF OF BAYOU STATE MARINE & INDUSTRIAL SUPPLY, INC

Now comes **BAYOU STATE MARINE & INDUSTRIAL SUPPLY, INC.** appearing herein through its undersigned counsel pursuant to Bankruptcy Rule 9010(b).

BAYOU STATE MARINE & INDUSTRIAL SUPPLY, INC. is a party in interest and hereby requests copies of all notices sent by the clerk or any other person pursuant to Bankruptcy Rule 2002 and 9007 and further requests to be placed on the master mailing matrix in this case.

Copies of all notices and other pleadings should be sent to BAYOU STATE MARINE & INDUSTRIAL SUPPLY, INC. as follows:

    **BAYOU STATE MARINE & INDUSTRIAL SUPPLY, INC.**
    c/o Craig A. Ryan
    Onebane Law Firm
    1200 Camellia Blvd., Suite 300
    Lafayette, LA 70508

Lafayette, Louisiana, this 25th day of June, 2010

                                     _____
                                     CRAIG A. RYAN (20354)
                                     THE ONEBANE LAW FIRM
                                     1200 Camellia Blvd., Suite 300
                                     Lafayette, LA 70508
                                     (337) 266-1272
                                     (337) 266-1232 Fax
                                     Attorneys for BAYOU STATE MARINE
                                     & INDUSTRIAL SUPPLY, INC.

3196909.1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

In Re:     **GULF FLEET HOLDINGS, INC.**                        **CASE NO: 10-50713**
                                                                                                            **CHAPTER 11**

---

## CERTIFICATE OF SERVICE

I, CRAIG A. RYAN, hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notices has been served upon those parties that receive notice via the Court's CM/ECF System, as well as those parties listed on the attached service list, this 25th day of June, 2010.

                                          ONEBANE LAW FIRM
                                          A Professional Corporation

                                          _____
                                          CRAIG A. RYAN (20,354)
                                          1200 Camellia Blvd., Suite 300
                                          Lafayette, Louisiana 70508
                                          (337) 266-1272
                                          (337) 266-1232 Fax
                                          Attorneys for BAYOU STATE MARINE
                                          & INDUSTRIAL SUPPLY, INC.

3196909.1

Adriatic Marine, LLC
P. O. Box 259
Harvey, LA 70059

BNA Marine Services
P. O. Box 150
Morgan City, LA 70380

BrasCrew Service deRecrutamento
Av. Venezuela
27-10 andar-Centro
Rio de Janeiro
Cep: 20.081-311
Brasil

Coastal Distributors, Inc.
503 Amarillo Drive
Houma, LA 70360

Coastal States FFST, Inc.
P. O. Box 1293
Amelia, LA 70340-1293

Cummins Mid-South, LLC
P. O. Box 842316
Dallas, TX 75284-2316

Doerle Food Services, LLC
113 Kol Drive
Broussard, LA 70518

Fleet Operators, Inc.
P. O. Drawer 350
Morgan City, LA 70381

FPS, Inc. – New Orleans
821 Industry Road
Kenner, LA 70062

Genesis Offshore
P. O. Box 1660
Gray, LA 70359

Hudson Offshore
P. O. Box 1781
Morgan City, LA 70381

NREC Power Systems
P.O. Box 3016
Houma, LA 70361

Odyssea Marine, Inc.
2500 City West Blvd. Suite 1225
Houston, TX 77042

Port Logistic Agencia Maritima
Av. Venezuela, 27-10 andar
Centro-Rio de Janeiro
Cep: 20.081-311 Brasil

Qorval
2210 Vanderbilt Beach Road
Suite 1206
Naples, FL 34109

Star Tech Marine Electronics, Inc.
Fidelity Working Capital, LLC
P. O. Box 2671
Baton Rouge, LA 70821

Stewart Supply, Inc.
P. O. Drawer L
Morgan City, LA 70381

Thoma-Sea Ship Builders, LLC
P. O. Box 399
Bourg, LA 70343

Vacco Marine, Inc.
P. O. Box 8032
Houma, LA 70361

White & Case LLP
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131

Bank of America, N.A.
GA&-903-03-03
1355 Windward Concourse
Alpharetta, GA 30005

Bank One Equity Investors-Bidco, Inc.
Attn: Nemo Viso
236 Third Street
Baton Rouge, LA 70301

Bank of America
P. O. Box 45224
Jacksonville, FL 32232-5224

Brightpoint Capital
Attn: Jeff Zanarini
1001 Brickell Bay Drive, 32nd Floor
Miami, FL 33131

LBC Credit Partners
Attn: Chris Calabrese
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2868

Comerica Bank
Attn: David Balderach
910 Louisiana Street, Suite 410
Houston, TX 77002

Comerica Bank
P. O. Box 650282
Dallas, TX 75265-0282

Office of the United State Trustee
300 Fanin Street, Room 3196
Shreveport, LA 71101

R. Patrick Vance
Mark A. Mintz
Jones, Walker, Waechter, et al.
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170

Joseph P. Hebert, Esq.
Liskow & Lewis
P.O. Box 52008
Lafayette, LA 70505-2008

Phillip K. Jones, Esq.
Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139

Michael J. McGinnis
Senior Attorney
El Paso Corporation
1001 Louisiana, Suite 1540B
Houston, Texas 77002

Henry A. King, Timothy S. Madden and
Robert J. Stefani
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, FL 33131

Alan H. Katz, Asst. General Counsel
Entergy Services, Inc.
639 Loyola Ave., 26th Floor
New Orleans, LA 70113