# United States Bankruptcy Court
## Western District of Louisiana

In re  **Gulf Fleet Holdings, Inc.**         Case No.   **10-50713**

Debtor(s)      Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $3,913,265.70 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $1,453,568.67 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $31,143.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $63,328,363.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| TOTAL | | 20 | $3,913,265.70 | $64,813,075.56 | |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Gulf Fleet Holdings, Inc.**                         Case No.    **10-50713**

Debtor(s)                       Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re    **Gulf Fleet Holdings, Inc.**                       Case No.     **10-50713**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**    continuation sheets attached to the Schedule of Real Property

In re   **Gulf Fleet Holdings, Inc.**                              Case No. _____**10-50713**_____

_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash - In Office** | - | 1,432.09 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Comerica Bank Operating Account- No. 1881139057** P.O. Box 650282, Dallas, TX 75265-0282 | - | 8,280.26 |
| | | **Comerica Bank Payroll Account  - No. 1881139073** P.O. Box 650282, Dallas, TX 75265-0282 | - | 9,470.40 |
| | | **Comerica Bank Lockbox Account - No. 1881319303** P.O. Box 650282, Dallas, TX 75265-0282 | - | 196,460.64 |
| | | **Iberia Bank Operating Account - No. 807005538** 200 W. Congress Street, Lafayette, LA 70501 | - | 1,172,899.58 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Gulf Worker - Miss Hayley generator failure** 1/15/2010 | - | 222,681.11 |
| | | **Gulf Ocean Marine Services - ERT Larry Moore vessel grounding** 3/21/2010 | - | 51,511.19 |

Sub-Total >     1,662,735.27
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

In re **Gulf Fleet Holdings, Inc.**          Case No. _____ **10-50713** _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Location: 2623 SE Evangeline Thrwy, Lafayette LA 70508**<br><br>**See attached Exhibit "GFH B16"** | - | 2,250,530.43 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                              Sub-Total >      **2,250,530.43**
                                          (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re   **Gulf Fleet Holdings, Inc.**                                        ,     Case No. _____**10-50713**_____

                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Claim for Damage to Generator on the M/V/ Miss Hayley against: Sotreq CV, C&T ADUANEIROS LTDA and Figwal Transportes Internacionais Ltda** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                          Sub-Total >         **0.00**
                                          (Total of this page)

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

                                                      Total >       **3,913,265.70**

                                    (Report also on Summary of Schedules)

**Gulf Fleet Holdings, Inc.**
**Accounts Receivable as of 5/13/10**

EXHIBIT
GFH B16

| Customer Name | Document Number | Document Type | Document Date | Current Trx Amount |
|---|---|---|---|---|
| El Paso E & P Co. | 12505 | Sales / Invoices | 4/15/2010 | $142,500.00 |
| El Paso E & P Co. | 12540 | Sales / Invoices | 4/30/2010 | $142,500.00 |
| El Paso E & P Co. | 12555AA | Sales / Invoices | 5/13/2010 | $123,500.00 |
| Energy Resource Technology | 12480A | Sales / Invoices | 3/31/2010 | $51,989.61 |
| Energy Resource Technology | 12496 | Sales / Invoices | 4/12/2010 | $86,800.00 |
| Energy Resource Technology | 12508 | Sales / Invoices | 4/15/2010 | $79,500.00 |
| Energy Resource Technology | 12533 | Sales / Invoices | 4/20/2010 | $10,770.00 |
| Energy Resource Technology | 12537 | Sales / Invoices | 4/30/2010 | $79,500.00 |
| Energy Resource Technology | 12552 | Sales / Invoices | 5/7/2010 | $84,000.00 |
| Energy Resource Technology | 12560AA | Sales / Invoices | 5/13/2010 | $68,900.00 |
| Energy XXI | 12477 | Sales / Invoices | 3/31/2010 | $60,800.00 |
| Energy XXI | 12488 | Sales / Invoices | 3/31/2010 | $7,466.72 |
| Energy XXI | 12507 | Sales / Invoices | 4/15/2010 | $57,000.00 |
| Energy XXI | 12541 | Sales / Invoices | 4/30/2010 | $49,083.34 |
| Energy XXI | 12556AA | Sales / Invoices | 5/13/2010 | $49,400.00 |
| Energy XXI | 12557AA | Sales / Invoices | 5/13/2010 | $15,000.00 |
| Harvey Gulf International | 12535 | Sales / Invoices | 4/26/2010 | $24,895.76 |
| K&K Offshore | 12495 | Sales / Invoices | 4/12/2010 | $7,104.12 |
| Kevin Gros Consulting | 12558AA | Sales / Invoices | 5/13/2010 | $48,885.38 |
| Kilgore Marine | 12546 | Sales / Invoices | 4/27/2010 | $7,083.30 |
| Kilgore Marine | 12553 | Sales / Invoices | 5/11/2010 | $29,966.68 |
| Otto Candies, LLC | 12509 | Sales / Invoices | 4/15/2010 | $22,500.04 |
| Otto Candies, LLC | 12545 | Sales / Invoices | 4/30/2010 | $58,500.00 |
| Otto Candies, LLC | 12559AA | Sales / Invoices | 5/13/2010 | $52,000.00 |
| Sandridge Offshore | 12489 | Sales / Invoices | 3/31/2010 | $6,845.85 |
| Sandridge Offshore | 12494 | Sales / Invoices | 4/8/2010 | $12,000.00 |
| Sandridge Offshore | 12513 | Sales / Invoices | 4/16/2010 | $7,491.70 |
| Sandridge Offshore | 12514 | Sales / Invoices | 4/16/2010 | $8,035.54 |

| | | | |
|---|---|---|---|
| Sandridge Offshore | 12547 Sales / Invoices | 4/28/2010 | $6,000.00 |
| Sandridge Offshore | 12550 Sales / Invoices | 5/7/2010 | $7,150.00 |
| Tetra Technologies, Inc. | 12478 Sales / Invoices | 3/31/2010 | $56,000.00 |
| Tetra Technologies, Inc. | 12510 Sales / Invoices | 4/15/2010 | $52,500.00 |
| Tetra Technologies, Inc. | 12539 Sales / Invoices | 4/30/2010 | $52,500.00 |
| Tetra Technologies, Inc. | 12561AA Sales / Invoices | 5/13/2010 | $45,500.00 |
| Viking Maritime, Inc. | 12497 Sales / Invoices | 4/12/2010 | $850.00 |
| Viking Maritime, Inc. | 12498 Sales / Invoices | 4/12/2010 | $325.00 |
| Viking Maritime, Inc. | 12499 Sales / Invoices | 4/12/2010 | $950.00 |
| Viking Maritime, Inc. | 12501 Sales / Invoices | 4/14/2010 | $1,131.76 |
| Viking Maritime, Inc. | 12502 Sales / Invoices | 4/14/2010 | $205.73 |
| Viking Maritime, Inc. | 12503 Sales / Invoices | 4/14/2010 | $2,340.80 |
| Viking Maritime, Inc. | 12504 Sales / Invoices | 4/14/2010 | $2,340.80 |
| Viking Maritime, Inc. | 12506 Sales / Invoices | 4/15/2010 | $86,250.00 |
| Viking Maritime, Inc. | 12516 Sales / Invoices | 4/19/2010 | $9,591.01 |
| Viking Maritime, Inc. | 12518 Sales / Invoices | 4/19/2010 | $940.71 |
| Viking Maritime, Inc. | 12519 Sales / Invoices | 4/19/2010 | $3,416.25 |
| Viking Maritime, Inc. | 12521 Sales / Invoices | 4/19/2010 | $1,188.00 |
| Viking Maritime, Inc. | 12523 Sales / Invoices | 4/19/2010 | $6,639.33 |
| Viking Maritime, Inc. | 12524 Sales / Invoices | 4/19/2010 | $1,210.00 |
| Viking Maritime, Inc. | 12525 Sales / Invoices | 4/19/2010 | $2,072.80 |
| Viking Maritime, Inc. | 12528 Sales / Invoices | 4/19/2010 | $1,309.00 |
| Viking Maritime, Inc. | 12529 Sales / Invoices | 4/19/2010 | $1,980.00 |
| Viking Maritime, Inc. | 12530 Sales / Invoices | 4/19/2010 | $5,431.19 |
| Viking Maritime, Inc. | 12531 Sales / Invoices | 4/19/2010 | $93.57 |
| Viking Maritime, Inc. | 12511 Sales / Invoices | 4/19/2010 | $3,465.00 |
| Viking Maritime, Inc. | 12515 Sales / Invoices | 4/19/2010 | $515.51 |
| Viking Maritime, Inc. | 12517 Sales / Invoices | 4/19/2010 | $2,328.70 |
| Viking Maritime, Inc. | 12520 Sales / Invoices | 4/19/2010 | $173.45 |
| Viking Maritime, Inc. | 12522 Sales / Invoices | 4/19/2010 | $2,410.10 |
| Viking Maritime, Inc. | 12526 Sales / Invoices | 4/19/2010 | $5,267.07 |
| Viking Maritime, Inc. | 12527 Sales / Invoices | 4/19/2010 | $3,912.28 |
| Viking Maritime, Inc. | 12532 Sales / Invoices | 4/19/2010 | $644.72 |
| Viking Maritime, Inc. | 12534 Sales / Invoices | 4/26/2010 | $400.00 |

| | | | |
|---|---|---|---|
| Viking Maritime, Inc. | 12536 Sales / Invoices | 4/30/2010 | $86,250.00 |
| Viking Maritime, Inc. | 12548 Sales / Invoices | 4/30/2010 | $7,500.00 |
| Viking Maritime, Inc. | 12549 Sales / Invoices | 4/30/2010 | $7,204.12 |
| Viking Maritime, Inc. | 12538 Sales / Invoices | 5/1/2010 | $77,350.00 |
| Viking Maritime, Inc. | 12542 Sales / Invoices | 5/1/2010 | $83,850.00 |
| Viking Maritime, Inc. | 12543 Sales / Invoices | 5/1/2010 | $25,000.00 |
| Viking Maritime, Inc. | 12544 Sales / Invoices | 5/1/2010 | $104,000.00 |
| Viking Maritime, Inc. | 12551 Sales / Invoices | 5/7/2010 | $2,618.00 |
| Viking Maritime, Inc. | 12554 Sales / Invoices | 5/11/2010 | $17,700.37 |
| Viking Maritime, Inc. | 12562 Sales / Invoices | 5/13/2010 | $51,680.00 |
| Viking Maritime, Inc. | 12565AA Sales / Invoices | 5/13/2010 | $32,291.74 |
| Western Geco | 12316 Sales / Invoices | 11/30/2009 | $329.13 |
| Western Geco | 000000000635 Payments | 4/9/2010 | ($6,293.75) |
| | Total Accounts Receivable | | $2,250,530.43 |

B6D (Official Form 6D) (12/07)

In re    **Gulf Fleet Holdings, Inc.**                                      ,        Case No.    **10-50713**
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Revolving Loan | | | | | |
| Comerica Bank P.O. Box 650282 Dallas, TX 75265-0282 | X | - | Location: 2623 SE Evangeline Thrwy, Lafayette LA 70508 See attached Exhibit "GFH B16" | | | | | |
| | | | Value $              2,250,530.43 | | | | 1,453,568.67 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 1,453,568.67 | 0.00 |
| | Total (Report on Summary of Schedules) | 1,453,568.67 | 0.00 |

In re   **Gulf Fleet Holdings, Inc.**                                               ,     Case No.    **10-50713**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___<u>2</u>___ continuation sheets attached

In re     **Gulf Fleet Holdings, Inc.**

_____,

Case No. ____**10-50713**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | | 4,466.00 |
| Ralph Bohm 8345 NW 66th Street, #2069 Miami, FL 33166 | - | | | | | | | | 4,466.00 | 0.00 |
| Account No. | | | | | | | | | | 2,305.80 |
| William Durant P. O. Box 15111 Pensacola, FL 32514 | - | | | | | | | | 2,305.80 | 0.00 |
| Account No. | | | | | | | | | | 1,796.67 |
| Luis Gonzalez 918 Lancaster Lake Drive Houston, TX 77073 | - | | | | | | | | 1,796.67 | 0.00 |
| Account No. | | | | | | | | | | 5,646.67 |
| Shane Landry 416 Normandy Lafayette, LA 70503 | - | | | | | | | | 5,646.67 | 0.00 |
| Account No. | | | | | | | | | | 4,979.33 |
| Kenneth Stanley P. O. Box 149 Mauriceville, TX 77626 | - | | | | | | | | 4,979.33 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 19,194.47 | 19,194.47 | 0.00 |
|---|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re **Gulf Fleet Holdings, Inc.**          Case No. __**10-50713**__
                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Alan Strunk 239 N. Anguilla Pawcatuck, CT 06379 | - | | | | | | 5,040.00 | 5,040.00 | 0.00 |
| Account No. | | | | | | | | | |
| Silingile Tshokolo 6723 King Court Columbus, OH 43229 | - | | | | | | 2,181.67 | 2,181.67 | 0.00 |
| Account No. | | | | | | | | | |
| Juan Velasquez 5040 Warren Drive New Orleans, LA 70127 | - | | | | | | 224.00 | 224.00 | 0.00 |
| Account No. | | | | | | | | | |
| Jeffrey Wesney 432 Jack Spratt Road Livingston, TX 77351 | - | | | | | | 4,503.33 | 4,503.33 | 0.00 |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 11,949.00 | 11,949.00 0.00 |
| Total (Report on Summary of Schedules) | 31,143.47 | 31,143.47 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re    **Gulf Fleet Holdings, Inc.**        Case No. \_\_\_\_**10-50713**_____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **26073** | | | | | | | | |
| **AHS Walk in Clinic Inc.** P.O. Box 51776 Lafayette, LA 70505 | | - | | | | | | 208.00 |
| Account No. **1204640023** | | | | | | | | |
| **American Express** P.O. Box 650448 Dallas, TX 75265 | | - | | | | | | 7.00 |
| Account No. **051910-1** | | | | | | | | |
| **Bank of America** 1355 Windward Concourse Alpharetta, GA 30005 | | - | | | | | | 3,507.95 |
| Account No. | | | | **12/08/2008** **Guarantor Secured by Gulf Sabre -** **Gulf Sabre Term Facility** | | | | |
| **Bank One Equity Investors -** **Bidco, Inc.** **Attn: Nemo Viso** 236 Third St. Baton Rouge, LA 70801 | X | - | | | | | | 3,948,067.01 |
| | | | | Subtotal (Total of this page) | | | | 3,951,789.96 |

  **8**   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gulf Fleet Holdings, Inc.**

Debtor

Case No. **10-50713**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **75001, 75010, 75091, 75249** <br><br> **Bayou State Marine & Industrial Supply** <br> **P.O. Box 343** <br> **Erath, LA 70533** | | - | | | | | 9,876.80 |
| Account No. **1440, 1441** <br><br> **Bengal Barges LLC** <br> **P.O. Box 81593** <br> **Lafayette, LA 70598** | | - | | | | | 2,000.00 |
| Account No. **438334, 439160, 439020, 440450** <br><br> **Bluewater Rubber & Gasket Co** <br> **P.O. Drawer 190** <br> **Houma, LA 70361** | | - | | | | | 16,028.23 |
| Account No. **107497** <br><br> **Breaux Petroleum Product, Inc.** <br> **P.O. Box 589** <br> **Lockport, LA 70374** | | - | | | | | 27,360.00 |
| Account No. <br><br> **Brightpoint Capital** <br> **Attn: Jeff Zanarini** <br> **1001 Brickell Bay Drive** <br> **32nd Floor** <br> **Miami, FL 33131** | | | **5/1/2007** <br> **All vessels are collateral - Guarantor on Term Note** | | | | 7,600,165.30 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,655,430.33

B6F (Official Form 6F) (12/07) - Cont.

In re **Gulf Fleet Holdings, Inc.**
Case No. **10-50713**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **2004722349-00** <br><br> **C T Corporation** <br> **PO Box 4349** <br> **Carol Stream, IL 60197-4349** | | - | | | | | | 31.20 |
| Account No. **100809-1** <br><br> **Chubb Group of Insurance Companies** <br> **P.O. Box 7247-0180** <br> **Philadelphia, PA 19170-0180** | | - | | | | | | 6,198.55 |
| Account No. **114230, 114469, 114492, 114731** <br><br> **Coastal Distributors, Inc.** <br> **503 Amarillo Drive** <br> **Houma, LA 70360** | | - | | | | | | 34,965.41 |
| Account No. **6330, 6477, 6476** <br><br> **Coastal States FFST, Inc.** <br> **P.O. Box 1293** <br> **Amelia, LA 70340-1293** | | - | | | | | | 45,202.63 |
| Account No. <br><br> **Comerica Bank** <br> **Attn: David Balderach** <br> **910 Louisiana St., Ste. 410** <br> **Houston, TX 77002** | X | - | | 5/1/07 <br> **Guaranty of Term Loan - All vessels are collateral** | | | | 35,994,134.03 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,080,531.82

B6F (Official Form 6F) (12/07) - Cont.

In re **Gulf Fleet Holdings, Inc.**        Case No. **10-50713**

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | | | | | |
| **Comerica Mastercard** P.O. Box 551669 Detroit, MI 48255-1669 | | | | | | | | 11,231.53 |
| Account No. **GFH0310** | | - | | | | | | |
| **Compliance Background Screening Services** A Division of The Facet Group 200 South Audubon Blvd. Lafayette, LA 70503 | | | | | | | | 35.60 |
| Account No. **1285** | | - | | | | | | |
| **D&B Architecture, LLC** PO Box 1259 Broussard, LA 70518 | | | | | | | | 7,296.66 |
| Account No. **134, 135** | | - | | | | | | |
| **D.M.H. Enterprises, LLC** PO Box 81593 Lafayette, LA 70598 | | | | | | | | 1,500.00 |
| Account No. **69222652, 70123471** | | - | | | | | | |
| **Day's Inn - Lafayette** 2501 SE Evangeline Thru Lafayette, LA 70508 | | | | | | | | 100.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)      **20,163.79**

In re   **Gulf Fleet Holdings, Inc.**                        ,      Case No. _____**10-50713**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **1730562, 1730616, 1730563** | | | | | | | | | |
| **Doerle Food Services, L.L.C.** **113 Kol Drive** **Broussard, LA 70518** | - | | | | | | | | 2,094.07 |
| Account No. **574772** | | | | | | | | | |
| **ES&H Consulting & Trng Group** **1007 Ranch Road** **620 South #202** **Austin, TX 78734** | - | | | | | | | | 12,600.00 |
| Account No. **040110-1** | | | | | | | | | |
| **Exec U Care** **P. O. Box 533204** **Charlotte, NC 28290** | - | | | | | | | | 2,504.54 |
| Account No. **2292** | | | | | | | | | |
| **Ferro Management, Inc.** **230 W. Wilkerson Ferry Rd.** **Lucedale, MS 39452** | - | | | | | | | | 9,100.00 |
| Account No. **P44C4143282** | | | | | | | | | |
| **FPS, Inc.-New Orleans** **821 Industry Road** **Kenner, LA 70062** | - | | | | | | | | 5,221.20 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,519.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Gulf Fleet Holdings, Inc.**        Case No. **10-50713**
_____
               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | 1/13/2010<br>2010 Convertible Subordinated Note | | | | |
| **Gulf Fleet Financing, LLC**<br>**Attn: Jeff Zanarini**<br>**1001 Brickell Bay Drive**<br>**32nd Floor**<br>**Miami, FL 33131** | | | | | | | | | 8,743,307.25 |
| Account No. **32369** | | - | | | | | | | |
| **H.I.G. Capital**<br>**1001 Brickell Bay Drive**<br>**27th Floor**<br>**Miami, FL 33131** | | | | | | | | | 8,473.83 |
| Account No. **31714** | | - | | | | | | | |
| **Halo Life First**<br>**701 Sl Alexander Street**<br>**New Orleans, LA 70119** | | | | | | | | | 8,331.80 |
| Account No. **4346** | | - | | | | | | | |
| **Industrial Alliance Services LLC**<br>**1301 St. Patrick Hwy.**<br>**Thibodaux, LA 70301** | | | | | | | | | 2,674.00 |
| Account No. **4810010820, 4810010854** | | - | | | | | | | |
| **International Marine Systems**<br>**P. O. Box 310**<br>**Galliano, LA 70354** | | | | | | | | | 1,868.61 |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,764,655.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gulf Fleet Holdings, Inc.**                         Case No.   **10-50713**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2.50E+13** <br><br> KVH Industries Inc. <br> P. O. Box 741040 <br> Atlanta, GA 30374 | | - | | | | | | 862.00 |
| Account No. **50148-1, 50148-2, 50148-3, 501** <br><br> Lafayette Electrical & Marine Supply <br> 1107 Ninth Street <br> Lafayette, LA 70598 | | - | | | | | | 883.48 |
| Account No. <br><br> LBC Credit Partners <br> Attention Chris Calabrese <br> Cira Centre <br> 2929 Arch Street <br> Philadelphia, PA 19104-2868 | X | - | | 10/08/2008 <br> Guaranty of Gulf Fleet Offshore, LLC Gulf Sun Term Loan Facility - Gulf Sun is collateral | | | | 6,188,232.73 |
| Account No. **1003108491, 3003301430, 300430** <br><br> Marlink <br> 3027 Marina Bay Drive <br> Suite 390 <br> League City, TX 77573 | | - | | | | | | 2,515.73 |
| Account No. **54502** <br><br> Offshore Suppliers LLC <br> P. O. Box 821 <br> Metairie, LA 70004 | | - | | | | | | 1,879.09 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            6,194,373.03

In re     **Gulf Fleet Holdings, Inc.**                                          Case No. ___**10-50713**___
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **3887** <br><br> **Pneumatic Specialties** <br> **829 Saadi Street** <br> **Houma, LA 70363** | | - | | | | | | 1,740.94 |
| Account No. <br><br> **Gary Rolbiecki** <br> **through his attorney, R. Todd Elias** <br> **Gordon, Elias & Seely, LLP** <br> **1811 Bering Drive, Suite 300** <br> **Houston, TX 77057** | X | - | | | X | X | X | 550,000.00 |
| Account No. **48557** <br><br> **Sir Speedy** <br> **100 East Vermilion Street** <br> **Suite 102** <br> **Lafayette, LA 70501** | | - | | | | | | 450.20 |
| Account No. **18855** <br><br> **Sonoco Wholesale Grocers** <br> **P. O. Box 1021** <br> **Houma, LA 70361** | | - | | | | | | 450.92 |
| Account No. **28247** <br><br> **Southern Crane & Hydraulics LLC** <br> **P. O. Box 39** <br> **Bourg, LA 70343** | | - | | | | | | 2,066.00 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 554,708.06 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Gulf Fleet Holdings, Inc.__        Case No. ____10-50713____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **12832** <br><br> **Southern Telecom** <br> **P. O. Box 2271** <br> **Morgan City, LA 70381** | | - | | | | | | 14,447.00 |
| Account No. **19346, 19542, 19542CM** <br><br> **Star Tech Marine Electronics, Inc.** <br> **Fidelity Working Capital, LLC** <br> **P. O. Box 2671** <br> **Baton Rouge, LA 70821** | | - | | | | | | 57,574.73 |
| Account No. **1681125E2618** <br><br> **State Farm Insurance** <br> **Attn: Vickie** <br> **920 Kaliste Saloom Road** <br> **Lafayette, LA 70508** | | - | | | | | | 60.00 |
| Account No. **906, 907, 906, 907, 936, 936** <br><br> **T&M Boat Rentals, LLC** <br> **403 Woodburn Lane** <br> **Berwick, LA 70342** | | - | | | | | | 130.00 |
| Account No. **4497** <br><br> **Tideland** <br> **6805 Highway 182** <br> **Morgan City, LA 70380** | | - | | | | | | 2,979.40 |

| | | |
|---|---|---|
| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 75,191.13 |
| | Total (Report on Summary of Schedules) | 63,328,363.42 |

In re    **Gulf Fleet Holdings, Inc.**        Case No.    **10-50713**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Gulf Sabre TracPhone v7<br>12/1/2008 - 12/1/2011 |
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Gulf Quest TracPhone v7<br>2/1/2009 - 2/1/2012 |
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Gulf Fury TracPhone v7<br>3/1/2009 - 2/29/2012 |
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Gulf Provider TracPhone v7<br>4/1/2009 - 3/31/2012 |
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Miss Hayley TracPhone v7<br>4/1/2009 - 3/31/2012 |
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Gulf Storm TracPhone v7<br>7/1/2009 - 6/30/2012 |
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Gulf Service TracPhone v7<br>8/6/2009 - 8/5/2012 |
| KVH Industries<br>50 Enterprise Drive<br>Middletown, RI 02842 | Miss Emma Jo TracPhone v7<br>8/18/2009 - 8/17/2012 |
| KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842 | Gulf Tiger TracPhone v7<br>2/1/2010 - 1/31/2013 |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Gulf Fleet Holdings, Inc.**          Case No.    **10-50713**

                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**P.O. Box 650282**<br>**Dallas, TX 75265-0282** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste. 410**<br>**Houston, TX 77002** |
| **Gulf Fleet Management, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Marine, Inc.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors -**<br>**Bidco, Inc.**<br>**Attn: Nemo Viso**<br>**236 Third St.**<br>**Baton Rouge, LA 70801** |
| **Gulf Fleet, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Ocean Marine Services, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Service, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re   **Gulf Fleet Holdings, Inc.**        Case No. _____**10-50713**_____

_____,

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gulf Wind, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Worker, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Hercules Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Hercules Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Gary Rolbiecki**<br>**through his attorney, R. Todd Elias**<br>**Gordon, Elias & Seely, LLP**<br>**1811 Bering Drive, Suite 300**<br>**Houston, TX 77057** |
| **Star Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attention Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Gulf Fleet Holdings, Inc.**

Debtor(s)

Case No.    **10-50713**

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **22**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   July 6, 2010       Signature    *Michael E Prejean*

                                       **Michael Prejean**
                                       **Chief Financial Officer**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com