# United States Bankruptcy Court
## Western District of Louisiana

In re    **Gulf Fleet Management, LLC**                                     ,      Case No.    **10-50714**

                                              Debtor            Chapter            **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 943,256.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,078,482.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 59,760.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 43,933,156.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 943,256.00 | | |
| Total Liabilities | | | | 45,071,399.20 | |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Gulf Fleet Management, LLC**       Case No.    **10-50714**

               Debtor        Chapter           **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Gulf Fleet Management, LLC**        Case No.   **10-50714**

                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **Gulf Fleet Management, LLC**            Case No. \_\_\_\_**10-50714**_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Atmos Energy | - | 100.00 |
| | | Entergy | - | 150.00 |
| | | Atmos Energy | - | 75.00 |
| | | Entergy Meter #F136889 | - | 255.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Office Furnishings | - | 18,376.00 |
| | | Computer Equipment | - | 12,350.00 |
| | | Software | - | 2,100.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >      **33,406.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re   **Gulf Fleet Management, LLC**                          Case No.    **10-50714**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **0.00**<br>(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Gulf Fleet Management, LLC**               ,      Case No.    **10-50714**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Chevy Crew Cab VIN 1GCHC23U211104377 | - | 2,500.00 |
| | | 2005 C2500 VIN 1GCHK23000F189821 | - | 2,500.00 |
| | | 2005 Chevy HD Crew Cab VIN 1GCHC23275F857794 | - | 8,000.00 |
| | | 2006 Toyota Tacoma VIN 3TMKU72NX6M005842 | - | 11,000.00 |
| | | 2008 3500 Chev Crew Cab S/N VIN IGCJC336381132269 | - | 22,000.00 |
| | | 2007 Chev Express (1GAHG39U171139430) VIN 1GHGU171139430 | - | 10,000.00 |
| | | 2009 25" Gooseneck Dovetail Trailer VIN 5YHGU25238M000352 | - | 5,000.00 |
| 26. Boats, motors, and accessories. | | Reel Cajun - 65' Viking Sport | - | 700,000.00 |
| | | Rods, Reels & Tackle - Reel Cajun | - | 2,000.00 |
| | | Spare Propeller - Reel Cajun | - | 4,000.00 |
| | | MSI - Spare Engine-6036500(nov) | - | 10,000.00 |
| | | MSI-Spare Engine-6037962 | - | 10,000.00 |

Sub-Total >      787,000.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Gulf Fleet Management, LLC**                  Case No.   **10-50714**

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | P&K-2 Spare 6" Shafts | - | 12,000.00 |
| | | Michael Mire-Spare Propeller Breeze | - | 60,000.00 |
| | | Spare Injectors | - | 20,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Office appliances/equipment | - | 3,850.00 |
| | | Golf Cart (HEL0208) | - | 2,000.00 |
| | | Forklift (FUQ211256) | - | 10,000.00 |
| | | Generator (QT10068JNSN) | - | 5,000.00 |
| | | 2000 Southern Mobile Home (SSDA1341774) | - | 10,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 122,850.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 943,256.00 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Gulf Fleet Management, LLC**                              Case No.    **10-50714**

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Reel Cajun - 65' Viking Sport | | | | | |
| **Bank of America, N.A.**<br>**GA&-903-03-03**<br>**1355 Windward Concourse**<br>**Alpharetta, GA 30005** | - | | | | | | | | | |
| | | | | | Value $          **700,000.00** | | | | **1,078,482.38** | **378,482.38** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

  **0**    continuation sheets attached

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,078,482.38 | 378,482.38 |
| Total<br>(Report on Summary of Schedules) | 1,078,482.38 | 378,482.38 |

In re   **Gulf Fleet Management, LLC**                           Case No.    **10-50714**
_____,
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**5**    continuation sheets attached

In re    **Gulf Fleet Management, LLC**                                          Case No.    **10-50714**
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Bea Angelle 116 Stutes Road Duson, LA 70529 | - | | | | | | 1,534.62 | 1,534.62 |
| | | | | | | | 1,534.62 | 0.00 |
| Account No. | | | | | | | | |
| Mark Crutcher 200 Julian Circle Lafayette, LA 70507 | - | | | | | | 3,846.16 | 3,846.16 |
| | | | | | | | 3,846.16 | 0.00 |
| Account No. | | | | | | | | |
| Christopher Dugas 1304 E. Bayou Parkway 5B Lafayette, LA 70508 | - | | | | | | 2,115.39 | 2,115.39 |
| | | | | | | | 2,115.39 | 0.00 |
| Account No. | | | | | | | | |
| Sammie Faulk 127 Mccain Road Lake Charles, LA 70607 | - | | | | | | 1,292.32 | 1,292.32 |
| | | | | | | | 1,292.32 | 0.00 |
| Account No. | | | | | | | | |
| Dixie Fleming P. O. Box 81186 Lafayette, LA 70598 | - | | | | | | 1,255.19 | 1,255.19 |
| | | | | | | | 1,255.19 | 0.00 |

Sheet  **1**  of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          | 10,043.68 | 10,043.68 |
|---|---|
| 10,043.68 | 0.00 |

In re  **Gulf Fleet Management, LLC**
_____
Debtor

Case No.  **10-50714**
_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | | |
| **Account No.**<br><br>James Gondron<br>616 W. Main<br>Broussard, LA 70518 | - | | | | | | | | 1,607.69 | | 1,607.69 |
| | | | | | | | | | 1,607.69 | 0.00 | |
| **Account No.**<br><br>Tracy Gunsch<br>102 Mizelle Street<br>Lafayette, LA 70503 | - | | | | | | | | 2,807.69 | | 2,807.69 |
| | | | | | | | | | 2,807.69 | 0.00 | |
| **Account No.** 042910-1<br><br>Harkness, Jay<br>2902 Castlerock Ct.<br>Pearland, TX 77584 | | | | | | | | | 5,082.28 | | 5,082.28 |
| | | | | | | | | | 5,082.28 | 0.00 | |
| **Account No.**<br><br>Houghton James<br>407 St. Peter Street<br>Patterson, LA 70392 | - | | | | | | | | 3,161.54 | | 3,161.54 |
| | | | | | | | | | 3,161.54 | 0.00 | |
| **Account No.**<br><br>Kathleen Hunter<br>P. O. Box 1262<br>Galliano, LA 70354 | - | | | | | | | | 1,644.23 | | 1,644.23 |
| | | | | | | | | | 1,644.23 | 0.00 | |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 14,303.43 | 14,303.43 |
|---|---|---|
| | 14,303.43 | 0.00 |

In re __Gulf Fleet Management, LLC__ _____, Case No. ___10-50714_____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Wages, salaries, and commissions__

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | |
| Robert Hunter 212 Elm Drive Raceland, LA 70394 | - | | | | | | 3,230.77 | |
| | | | | | | | 3,230.77 | 0.00 |
| Account No. | | | | | | | | |
| Derrick Langlinais 5124 Loy Road Maurice, LA 70555 | - | | | | | | 1,575.00 | |
| | | | | | | | 1,575.00 | 0.00 |
| Account No. | | | | | | | | |
| Eric Madison 311 Easy Street Franklin, LA 70538 | - | | | | | | 3,076.93 | |
| | | | | | | | 3,076.93 | 0.00 |
| Account No. | | | | | | | | |
| Jessie Manuel P. O. Box 82387 Lafayette, LA 70598 | - | | | | | | 858.00 | |
| | | | | | | | .858.00 | 0.00 |
| Account No. | | | | | | | | |
| Adelia Dede Matte 2808 Orangewood Drive Abbeville, LA 70510 | - | | | | | | 1,538.46 | |
| | | | | | | | 1,538.46 | 0.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 10,279.16 | |
|---|---|---|---|
| | (Total of this page) | 10,279.16 | 0.00 |

In re   **Gulf Fleet Management, LLC**                            Case No.   **10-50714**

                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | | | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **032710-1, 043010** <br><br> **Michael Prejean** <br> **114 Durham Drive** <br> **Lafayette, LA 70508** | - | | | | | | | 61.00 | 61.00 |
| | | | | | | | | **61.00** | **0.00** |
| Account No. <br><br> **Sharlene Monic** <br> **207 Southeast Street** <br> **Abbeville, LA 70510** | - | | | | | | | 1,269.23 | 1,269.23 |
| | | | | | | | | **1,269.23** | **0.00** |
| Account No. <br><br> **Ryan Pecoraro** <br> **113 Teche Drive** <br> **Lafayette, LA 70503** | - | | | | | | | 2,823.08 | 2,823.08 |
| | | | | | | | | **2,823.08** | **0.00** |
| Account No. <br><br> **Michael Prejean** <br> **114 Durham Drive** <br> **Lafayette, LA 70508** | - | | | | | | | 6,538.47 | 6,538.47 |
| | | | | | | | | **6,538.47** | **0.00** |
| Account No. <br><br> **Sanford Ross** <br> **220 Emile Street** <br> **Abbeville, LA 70510** | - | | | | | | | 3,076.93 | 3,076.93 |
| | | | | | | | | **3,076.93** | **0.00** |

Sheet  **4**   of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                                    Subtotal                **13,768.71**

(Total of this page)    **13,768.71**         **0.00**

In re  **Gulf Fleet Management, LLC**                                  Case No. ___**10-50714**___

_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Rachel Russell 503 Farmington Drive Lafayette, LA 70503 | | | - | | | | | 1,384.62 | |
| | | | | | | | 1,384.62 | | 0.00 |
| Account No. | | | | | | | | | |
| Tricia Sagrera 111 Edie Ann Lafayette, LA 70508 | | | - | | | | | 1,923.08 | |
| | | | | | | | 1,923.08 | | 0.00 |
| Account No. | | | | | | | | | |
| Jason Sims 702 Edna Street Waveland, MS 39576 | | | - | | | | | 2,307.69 | |
| | | | | | | | 2,307.69 | | 0.00 |
| Account No. | | | | | | | | | |
| Glenda Thibodeaux 111 Pathway Lane Lafayette, LA 70506 | | | - | | | | | 2,211.54 | |
| | | | | | | | 2,211.54 | | 0.00 |
| Account No. | | | | | | | | | |
| Shannon Willis 165 St. Phillip Ct. Houma, LA 70364 | | | - | | | | | 3,538.46 | |
| | | | | | | | 3,538.46 | | 0.00 |

Sheet _**5**_ of _**5**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 11,365.39 | 11,365.39 |
| | | 0.00 |
| Total (Report on Summary of Schedules) | 59,760.37 | 59,760.37 |
| | | 0.00 |

In re   **Gulf Fleet Management, LLC**            Case No.   **10-50714**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **16299, 16461** <br><br> **A+ Cajun Answering Service, Inc.** <br> **106 Kol Drive** <br> **Unit F** <br> **Broussard, LA 70518** | - | | | | | | 190.00 |
| Account No. **25568** <br><br> **AHS Walk in Clinic Inc.** <br> **P.O. Box 51776** <br> **Lafayette, LA 70505** | - | | | | | | 385.00 |
| Account No. **19861** <br><br> **AIM Technologies, LLC** <br> **P.O. Box 10858** <br> **New Orleans, LA 70181** | - | | | | | | 495.00 |
| Account No. **1204640001, 1204640002, 120464** <br><br> **American Express** <br> **P.O. Box 650448** <br> **Dallas, TX 75265** | - | | | | | | 347.63 |

  **13**  continuation sheets attached

Subtotal<br>(Total of this page)    **1,417.63**

In re   **Gulf Fleet Management, LLC**                           Case No.   **10-50714**

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **050310-1, 050310-1**<br><br>AT&T<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | | - | | | | | 2,119.29 |
| Account No. **831994751**<br><br>AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | | - | April-May<br>Company Cell Phones | | | | 2,054.29 |
| Account No. **20-000199573-0186768-8**<br><br>Atmos Energy<br>P.O. Box 9001949<br>Louisville, KY 40290 | | - | 4/13 - 5/12<br>Natural Gas | | | | 18.31 |
| Account No. **051310-1, 051310-2**<br><br>Atmos Energy<br>P.O. Box 9001949<br>Louisville, KY 40290 | | - | | | | | 32.12 |
| Account No. **20-000180031-0104468-6**<br><br>Atmos Entergy<br>P.O. Box 9001949<br>Louisville, KY 40290 | | - | 4/13 - 5/12<br>Natural Gas | | | | 13.81 |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **4,237.82**

In re   **Gulf Fleet Management, LLC**                                 Case No.    **10-50714**

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **051910-1** <br><br> **Bank of America** <br> **1355 Windward Concourse** <br> **Alpharetta, GA 30005** | - | | | | | | 5,702.23 |
| Account No. **19** <br><br> **Bengal Aviation Management Services, LLC** <br> **P.O. Box 81593** <br> **Lafayette, LA 70598** | - | | | | | | 2,680.25 |
| Account No. **1446, 1447** <br><br> **Bengal Barges LLC** <br> **P.O. Box 81593** <br> **Lafayette, LA 70598** | - | | | | | | 21,714.00 |
| Account No. **9845225, 050110-1** <br><br> **Canon Financial Services, Inc.** <br> **14904 Collections Center Dr.** <br> **Chicago, IL 60693** | - | | | | | | 620.92 |
| Account No. **1195731** <br><br> **Carter Chambers LLC** <br> **P.O. Box 935076** <br> **Atlanta, GA 31193-5076** | - | | | | | | 30.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **30,747.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gulf Fleet Management, LLC**      Case No. **10-50714**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **050910-1** | | | | | | | |
| **Cavalier Business Communications** P.O. Box 105615 Atlanta, GA 30348 | | - | | | | | 798.61 |
| Account No. **543101572, 543104603, 54310764** | | | | | | | |
| **Cintas Corporation #543** P.O. Box 91508 Lafayette, LA 70509-2590 | | - | | | | | 344.04 |
| Account No. **2194044, 2256137** | | | | | | | |
| **Cobra Professionals Inc.** 6421 Perkins Blvd., Suite 2A Baton Rouge, LA 70808 | | - | | | | | 247.25 |
| Account No. | | | Revolving Loan - Accounts Receivable | | | | |
| **Comerica Bank** P.O. Box 650282 Dallas, TX 75265-0282 | X | - | | | | | 1,453,568.67 |
| Account No. | | | 5/1/07 Guaranty of Term Loan - All Debtors' Vessels are Collateral | | | | |
| **Comerica Bank** Attn: David Balerach 910 Louisiana St., Ste 410 Houston, TX 77002 | X | - | | | | | 35,994,134.03 |

Sheet no. **3** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,449,092.60**

In re   **Gulf Fleet Management, LLC**                                            Case No.     **10-50714**

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Comerica Mastercard**<br>P.O. Box 551669<br>Detroit, MI 48255-1669 | - | | | | | | 4,171.75 |
| **Account No. 169473, 171221, 172819**<br><br>**Copy & Camera Technologies**<br>P.O. Box 2067<br>Lafayette, LA 70502 | - | | | | | | 907.70 |
| **Account No. 050110-1**<br><br>**Cox Communications, Inc.**<br>P.O. Box 9001079<br>Louisville, KY 40290-1079 | - | | | | | | 59.70 |
| **Account No. 712-1653900, 712-1657644, 726-**<br><br>**Crowe Horwath LLP**<br>P.O. Box 145415<br>Cincinnati, OH 45250 | - | | | | | | 30,050.98 |
| **Account No. AR53512**<br><br>**Digitech Office Machines, Inc.**<br>PO Box 82599<br>Lafayette, LA 70598-2599 | - | | | | | | 1,328.08 |

Sheet no. **4** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)             **36,518.21**

In re  **Gulf Fleet Management, LLC**                          Case No. _____**10-50714**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **1026** <br><br> **Discovery Group** <br> **702 Weyer St.** <br> **Gretna, LA 70053** | | - | | | | | | | 3,445.00 |
| Account No. <br><br> **DMH Leasing II, LLC** <br> **P.O. Box 81593** <br> **Lafayette, LA 70598** | | - | | | 3/1/06 <br> **Lafayette Office Lease Rental** <br> **2623 SE Evangeline Thwy** <br> **Lafayette, LA  70508** | | | | 6,000.00 |
| Account No. **37946233** <br><br> **Entergy** <br> **P.O. Box 8103** <br> **Baton Rouge, LA 70891** | | - | | | 4/9 - 5/10 <br> **Office Electricity** | | | | 87.81 |
| Account No. <br><br> **Entergy** <br> **P.O. Box 8103** <br> **Baton Rouge, LA 70891** | | - | | | 4/9 - 5/10 <br> **Office Electricity** | | | | 101.02 |
| Account No. **74160870** <br><br> **Entergy** <br> **P.O. Box 8103** <br> **Baton Rouge, LA 70891** | | - | | | 4/9 - 5/10 | | | | 30.90 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,664.73

In re **Gulf Fleet Management, LLC**        Case No. **10-50714**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 38617593<br><br>Entergy<br>P.O. Box 8103<br>Baton Rouge, LA 70891 | | - | | | 4/9 - 5/10<br>**Office Electricity** | | | | 875.90 |
| Account No. 22501966915, 75002390049, 1850<br><br>Entergy<br>PO Box 8103<br>Baton Rouge, LA 70891 | | - | | | | | | | 1,095.63 |
| Account No. 15472, 15554, 15608-PRE<br><br>Enterprise Data Concepts LLC<br>1018 Harding Street<br>Suite 105<br>Lafayette, LA 70503 | | - | | | | | | | 3,205.25 |
| Account No. 050110-1<br><br>Exec U Care<br>P. O. Box 533204<br>Charlotte, NC 28290 | | - | | | | | | | 3,166.81 |
| Account No. 39170, 39774, 40418<br><br>ExtermaTrim Exterminating Inc.<br>P. O. Box 1056<br>Elton, LA 70532 | | - | | | | | | | 156.00 |

Sheet no. **6** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,499.59**

In re   **Gulf Fleet Management, LLC**                       ,      Case No.   **10-50714**

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **050710-1** <br><br> **Gexa Energy** <br> **P. O. Box 659410** <br> **San Antonio, TX 78265** | - | | | | | | 20.22 |
| Account No. **8567** <br><br> **Global Training & Environmental, Inc.** <br> **319 Mecca Drive** <br> **Lafayette, LA 70508** | - | | | | | | 300.00 |
| Account No. **051510-2** <br><br> **Greater Lafourche Port Commission** <br> **P. O. Box 490** <br> **16829 East Main Street** <br> **Galliano, LA 70354** | - | | | | | | 32.31 |
| Account No. **11534, 11583** <br><br> **Green Acres Lawn Care Inc.** <br> **108 Warwicke** <br> **Lafayette, LA 70508** | - | | | | | | 640.00 |
| Account No. **32369, 33125, 33293, 33349, 33** <br><br> **H.I.G. Capital** <br> **1001 Brickell Bay Drive** <br> **27th Floor** <br> **Miami, FL 33131** | - | | | | | | 45,965.13 |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal <br>                                   (Total of this page)    **46,957.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gulf Fleet Management, LLC**                                    Case No. _____**10-50714**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **76828, 77438** | | | | | | | | |
| **Hi Tech Office Products, Inc.** **P. O. Box 61925** **Lafayette, LA 70596** | | - | | | | | | 854.52 |
| Account No. **022810-1, 022810-2, 113009-3** | | | | | | | | |
| **Hillman, Michael A** **111 Kimball Drive** **Lafayette, LA 70508** | | - | | | | | X | 6,859.82 |
| Account No. **339761, 399875, 400843, 400863** | | | | | | | | |
| **Himel Motor Supply** **1912 Jefferson** **Lafayette, LA 70501** | | - | | | | | | 164.32 |
| Account No. **31035337367969700, 41035337367** | | | | | | | | |
| **Kentwood Springs** **P. O. Box 660579** **Dallas, TX 75266** | | - | | | | | | 194.56 |
| Account No. **17399** | | | | | | | | |
| **Laborde & Neuner** **One Petroleum Center** **Suite 200** **Lafayette, LA 70503** | | - | | | | | | 3,320.22 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,393.44

In re   **Gulf Fleet Management, LLC**        Case No.   **10-50714**

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9562**<br><br>**Lafayette Locksmith Service Inc.**<br>**411 Kaliste Saloom Rd**<br>**Lafayette, LA 70508** | | - | | | | | 109.96 |
| Account No. **8786313148**<br><br>**Lafayette Utility System**<br>**P.O. Box 4024**<br>**Lafayette, LA 70502-4024** | | - | 4/25 - 5/14<br>Office Electricity, water, sewer | | | | 414.24 |
| Account No.<br><br>**LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** | X | - | 10/08/2008<br>Guaranty of Gulf Fleet Offshore, LLC Gulf Sun Term Loan; Gulf Sun is collateral | | | | 6,188,232.73 |
| Account No. **042910-1**<br><br>**LUS**<br>**Lafayette Utilities System**<br>**P. O. Box 4024**<br>**Lafayette, LA 70502** | | - | | | | | 234.00 |
| Account No. **16824, 16907, 16985, 16985CR**<br><br>**M & S Janitorial**<br>**P. O. Box 1215**<br>**Youngsville, LA 70592** | | - | | | | | 300.00 |

Sheet no. **9** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      6,189,290.93

B6F (Official Form 6F) (12/07) - Cont.

In re __Gulf Fleet Management, LLC__ , Case No. ___10-50714___
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1002105522, 1003109688, 100411 | | | | | | | | |
| Marlink 3027 Marina Bay Drive Suite 390 League City, TX 77573 | | - | | | | | | 144.00 |
| Account No. 1368 | | | | | | | | |
| Ocean Aviation, LLC P. O. Box 81593 Lafayette, LA 70598 | | - | | | | | | 2,700.00 |
| Account No. 9732-7 | | | | | | | | |
| PJB Lawn Services 11228 Hwy 1 Lockport, LA 70374 | | - | | | | | | 220.96 |
| Account No. 25504 | | | | | | | | |
| Positive Printing Inc. 111 Rees Street Breaux Bridge, LA 70517 | | - | | | | | | 48.60 |
| Account No. 47074, 47084, 47084CR | | | | | | | | |
| Qorval 2210 Vanderbilt Beach Road Suite 1206 Naples, FL 34109 | | - | | | | | | 87,969.07 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
| 91,082.63 |

In re    **Gulf Fleet Management, LLC**                                      Case No. ___**10-50714**___
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **53330** <br><br> **Safety & Training Consultants LLC** <br> **219 Venture Blvd.** <br> **Houma, LA 70360** | | - | | | | | 120.00 |
| Account No. **23518, 23533** <br><br> **ServiceMaster Building Maintenance** <br> **P. O. Box 80783** <br> **Lafayette, LA 70598** | | - | | | | | 712.00 |
| Account No. **3002651, 3002793** <br><br> **ShredMasters LLC** <br> **9202 S. Northshore Drive** <br> **Suite 200** <br> **Knoxville, TN 37922** | | - | | | | | 110.00 |
| Account No. **182272, 184776, 176785** <br><br> **St Martin Oil & Gas Inc** <br> **2040 Terrace Highway** <br> **Saint Martinville, LA 70582** | | - | | | | | 5,678.66 |
| Account No. **B0446683-1, B0543081-1, B06243** <br><br> **State of Louisiana -** <br> **Office of Motor Vehicles** <br> **P.O. Box 64886** <br> **Baton Rouge, LA 70896** | | - | | | | | 142.68 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,763.34

In re    **Gulf Fleet Management, LLC**                                    Case No. ___**10-50714**___
                                                                     ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **28596** | | | | | | | | | |
| Terry Wall Enterprises Inc P. O. Box 80082 Lafayette, LA 70598 | - | | | | | | | | 37.80 |
| Account No. **100509-1** | | | | | | | | | |
| Texas Gulf Coast Chapter 50 Briar Hollow Lane, Suite 310 W Houston, TX 77027 | - | | | | | | | | 500.00 |
| Account No. **100616** | | | | | | | | | |
| Vector Graphics Inc. 1309 West Pinhook Road Lafayette, LA 70503 | - | | | | | | | | 210.60 |
| Account No. | | | | | 2010 Legal and Contracts Professional | | | | |
| Voorhies & Labbe' PLC Attn: Gerald Gaudet P.O. Box 3527 Lafayette, LA 70502-3527 | - | | | | | | | | 11,464.68 |
| Account No. **147-0492083-2147-8** | | | | | 5/1 - 5/13 Waste Disposal | | | | |
| Waste Management P.O. Box 9001054 Louisville, KY 40290-1054 | - | | | | | | | | 112.82 |

Sheet no. __**12**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    12,325.90

In re  **Gulf Fleet Management, LLC**

Case No. **10-50714**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | W J | J C | | | | | |
| Account No. **935732, 936727** | | | | | | | | | |
| **White & Case LLP** **200 South Biscayne Blvd.** **Suite 4900** **Miami, FL 33131** | - | | | | | | | | **35,164.57** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **35,164.57** |
| Total (Report on Summary of Schedules) | | **43,933,156.45** |

In re **Gulf Fleet Management, LLC**                                    Case No. ___**10-50714**___
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon Financial**<br>**P.O. Box 4004**<br>**Carol Stream, IL 60197** | **Copier (irc3480i)**<br>**9/20/2008 - 9/20/2011** |
| **DMH Leasing II, LLC**<br>**P.O. Box 81593**<br>**Lafayette, LA 70598** | **Lafayette Office**<br>**2623 SE Evangeline Thwy**<br>**Lafayette, LA 70508**<br>**3/1/06 - 2/28/2016** |
| **Greater Lafource Port Commission**<br>**108 A. O. Rappelet Road**<br>**Port Fourchon, LA 70357** | **Land for shore-based office**<br>**10/25/2006 - 10/24/2016** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Gulf Fleet Management, LLC**                                    Case No. ___**10-50714**___
_____,
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**P.O. Box 650282**<br>**Dallas, TX 75265-0282** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balerach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** |
| **Gulf Fleet Holdings, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Ocean Marine Services, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Service, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Wind, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Worker, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

**1**
____ continuation sheets attached to Schedule of Codebtors

In re    **Gulf Fleet Management, LLC**         Case No.    __10-50714__

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hercules Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Star Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Gulf Fleet Management, LLC**

Debtor(s)

Case No.  **10-50714**

Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _July 6, 2010_

Signature  _Michael E. Prejean_

**Michael Prejean**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy