# United States Bankruptcy Court
## Western District of Louisiana

In re    **Gulf Fleet, LLC**

_____,
                           Debtor

Case No.    **10-50715**

Chapter            **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,088,277.60 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 39,950,801.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 37,931.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 43,902,384.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 2,088,277.60 | | |
| Total Liabilities | | | | 83,891,116.92 | |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Gulf Fleet, LLC**                               Case No.    **10-50715**

                                        Debtor                       Chapter               **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Gulf Fleet, LLC**        Case No.    __10-50715__

                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Gulf Fleet, LLC**                        Case No.     **10-50715**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          <b>0.00</b><br>(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re    **Gulf Fleet, LLC**                                             Case No.    **10-50715**
_____,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Gulf Fleet, LLC**                                         Case No.    **10-50715**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Gulf Sabre:**<br><br>**US Coast Guard Certificate of Inspection 10/24/2010**<br>**US Coast Guard Certificate of Documentation 11/30/2010**<br>**American Bureau of Shipping Load Line Certificate 10/30/2013**<br>**American Bureau of Shipping Class Certificate 10/30/2013**<br><br>**Master Everett:**<br><br>**US Coast Guard Certificate of Inspection 7/24/2013**<br>**US Coast Guard Certificate of Documentation 7/31/2011**<br>**American Bureau of Shipping Load Line Certificate 7/24/2013**<br>**American Bureau of Shipping Class Certificate N/A** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **Master Everett (Due to uncertainty surrounding the current federal moratorium on drilling in the Gulf of Mexico, at this time the management of the Debtor cannot determine the value of the Master Everett)** | - | Unknown |
| | | **Fan Beam (Serial #UCU2-1131) - Master Everett** | - | 20,000.00 |
| | | **Gulf Sabre** | - | 1,720,000.00 |
| | | **Two (2) Refrigerated Containers ($5k ea.) - Gulf Sabre** | - | 10,000.00 |
| | | **Three (3) Anchor Marine 4' x 8' Foam Fendors ($3k ea.) - Gulf Sabre** | - | 9,000.00 |

Sub-Total >    1,759,000.00<br>(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re __Gulf Fleet, LLC_____,   Case No. ___10-50715_____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Gulf Sabre - Fuel 121,140 gallons** **Master Everett - Fuel 16,059 gallons** | - | 329,277.60 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 329,277.60 |
| (Total of this page) | |
| Total > | 2,088,277.60 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Gulf Fleet, LLC**            Case No. **10-50715**

_____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO.<br><br>**Bank One Equity Investors-BIDCO**<br>**Attn: Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** | X | N A | | **12/8/2008**<br><br>**Guaranty of Term Loan**<br><br>**Gulf Sabre**<br><br>VALUE     **$1,720,000.00** | | | | $3,954,647.13 | $2,234,647.13 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| ACCOUNT NO. <br><br> Comerica Bank <br> Attn: David Balderach <br> 910 Louisiana Street, Suite 410 <br> Houston, TX 77002 | X | | N A | | 5/1/07 <br><br> **Guaranty of Term Loan** <br><br> **Master Everett (Due to uncertainty surrounding the current federal moratorium on drilling in the Gulf of Mexico, at this time the management of the Debtor cannot determine the value of the Master Everett)** | | | | | |
| | | | | | VALUE        **$0.00** | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO. <br><br> Greenwood Marine Management LLC <br> P.O. Box 505 <br> Morgan City, LA 70381 | | | N A | | 1/5/2010 <br><br> **Maritime Lien - Labor and Materials on the M/V Gulf Sabre** <br><br> **Gulf Sabre** | | | | | |
| | | | | | VALUE    **$1,720,000.00** | | | | **$2,020.00** | **$2,020.00** |
| | | | | | Total(s) <br> (Use only on last page) | | | | **$39,950,801.16** | **Unknown** |
| | | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re   **Gulf Fleet, LLC**                                       Case No.    **10-50715**
                                              ,
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                           **4**      continuation sheets attached

In re  **Gulf Fleet, LLC**                                           Case No. __**10-50715**__

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| James Billotte 5213 Campbell Drive Pittsburgh, PA 15236 | - | | | | | | | 1,358.00 |
| | | | | | | | 1,358.00 | 0.00 |
| Account No. | | | | | | | | |
| Ralph Bohm 8345 NW 66th Street, #2069 Miami, FL 33166 | - | | | | | | | 1,218.00 |
| | | | | | | | 1,218.00 | 0.00 |
| Account No. | | | | | | | | |
| Clayton Carlson 2604 Glenlea Street Lake Charles, LA 70605 | - | | | | | | | 1,437.33 |
| | | | | | | | 1,437.33 | 0.00 |
| Account No. | | | | | | | | |
| James Gardner 4505 Prestwood Drive Olney, MD 20832 | - | | | | | | | 980.00 |
| | | | | | | | 980.00 | 0.00 |
| Account No. | | | | | | | | |
| Alvin Glass 663 Lancewood Drive W Mobile, AL 36609 | - | | | | | | | 458.27 |
| | | | | | | | 458.27 | 0.00 |

Sheet _**1**_ of _**4**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                   5,451.60

5,451.60
0.00

In re    **Gulf Fleet, LLC**                  Case No. ___**10-50715**___

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Luis Gonzalez <br> 918 Lancaster Lake Drive <br> Houston, TX 77073 | | - | | | | | 490.00 <br><br> 490.00 | 490.00 | 0.00 |
| Account No. <br><br> Brett Huettl <br> 11 Rollins Drive <br> Palm Coast, FL 32137 | | - | | | | | 6,160.00 <br><br> 6,160.00 | 6,160.00 | 0.00 |
| Account No. <br><br> Shane Landry <br> 416 Normandy <br> Lafayette, LA 70503 | | - | | | | | 1,540.00 <br><br> 1,540.00 | 1,540.00 | 0.00 |
| Account No. <br><br> Jorge Martinez <br> 4400 West Airport Blvd. <br> Apt. 805 <br> Houston, TX 77045 | | - | | | | | 2,943.27 <br><br> 2,943.27 | 2,943.27 | 0.00 |
| Account No. <br><br> Ruben Odom <br> 470 Fairland Avenue <br> Fairhope, AL 36532 | | - | | | | | 571.20 <br><br> 571.20 | 571.20 | 0.00 |

Sheet __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 11,704.47 |
| (Total of this page) | 11,704.47 | 0.00 |

In re    **Gulf Fleet, LLC**                                    Case No.    **10-50715**
_____,
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | |
| Dennis Ralph 685 Hillcrest Drive Lumberton, TX 77657 | - | | | | | | | 5,600.00 |
| | | | | | | | 5,600.00 | 0.00 |
| Account No. | | | | | | | | |
| William Risor P. O. Box 1427 Escatawpa, MS 39552 | - | | | | | | | 2,419.20 |
| | | | | | | | 2,419.20 | 0.00 |
| Account No. | | | | | | | | |
| Flor Soriano 2328 Cedar Drive La Marque, TX 77568 | - | | | | | | | 2,788.33 |
| | | | | | | | 2,788.33 | 0.00 |
| Account No. | | | | | | | | |
| Kenneth Stanley P. O. Box 149 Mauriceville, TX 77626 | - | | | | | | | 1,358.00 |
| | | | | | | | 1,358.00 | 0.00 |
| Account No. | | | | | | | | |
| Jimmy Tallent 4204 Longhorn Drive Baytown, TX 77521 | - | | | | | | | 1,584.33 |
| | | | | | | | 1,584.33 | 0.00 |

Sheet **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 13,749.86 |
|---|---|
| (Total of this page) | 13,749.86 | 0.00 |

In re    **Gulf Fleet, LLC**                                           ,     Case No.    **10-50715**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Silingile Tshokolo 6723 King Court Columbus, OH 43229 | - | | | | | | 595.00 | 595.00 |
| | | | | | | | 595.00 | 0.00 |
| Account No. | | | | | | | | |
| Kyle Twitchell 2230  143 Pl SW Lynnwood, WA 98087 | - | | | | | | 1,120.00 | 1,120.00 |
| | | | | | | | 1,120.00 | 0.00 |
| Account No. | | | | | | | | |
| Juan Velasquez 5040 Warren Drive New Orleans, LA 70127 | - | | | | | | 1,344.00 | 1,344.00 |
| | | | | | | | 1,344.00 | 0.00 |
| Account No. | | | | | | | | |
| Michael Yocom 812 Hollow Creek Drive Newbern, TN 38059 | - | | | | | | 3,966.67 | 3,966.67 |
| | | | | | | | 3,966.67 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 7,025.67 | 7,025.67 / 0.00 |
| Total (Report on Summary of Schedules) | 37,931.60 | 37,931.60 / 0.00 |

In re __Gulf Fleet, LLC__        Case No. ___10-50715___

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx9614, xxxxxxx9410, x6310**<br><br>**ABS Americas**<br>**P.O. Box 201614**<br>**Houston, TX 77216** | | - | | | | | | 3,067.00 |
| Account No. **xx4211**<br><br>**Action Specialties, LLC**<br>**7915 Highway 90 West**<br>**New Iberia, LA 70560** | | - | | | | | | 27.76 |
| Account No. **7995**<br><br>**Adams Towing Corporation**<br>**P.O. Box 168**<br>**Morgan City, LA 70381** | | - | | | | | | 400.00 |
| Account No. **x8949, x9455, x9992, x0041, 20**<br><br>**Advanced Logistics, LLC**<br>**2014 West Pinhook Road**<br>**Suite 310**<br>**Lafayette, LA 70508** | | - | | | | | | 2,638.50 |

__10__   continuation sheets attached

                                                      Subtotal      6,133.26<br>                                                      (Total of this page)

In re   **Gulf Fleet, LLC**                                        Case No.   **10-50715**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5353, x5568**<br><br>**AHS Walk in Clinic Inc.**<br>**2014 West Pinhook Road**<br>**Suite 310**<br>**Lafayette, LA 70508** | | - | | | | | 576.00 |
| Account No. **xxxxxx0017, xxxxxx0019**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | - | | | | | 15.00 |
| Account No. **x9423, x9718**<br><br>**Bayou Signs Outdoor, LLC**<br>**1305 Ridgefield Road**<br>**Thibodaux, LA 70301** | | - | | | | | 141.94 |
| Account No. **x3853, x3885, x4130, x4255, 74**<br><br>**Bayou State Marine & Industrial Supply**<br>**P.O. Box 343**<br>**Erath, LA 70533** | | - | | | | | 3,217.86 |
| Account No. **xx7456, xxx242-A**<br><br>**Bluewater Rubber & Gasket Co**<br>**P.O. Drawer 190**<br>**Houma, LA 70361** | | - | | | | | 50.31 |

Sheet no. __1__ of __10__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)       **4,001.11**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gulf Fleet, LLC**                                    Case No. **10-50715**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8664, xxx9649**<br><br>**Carter Chambers LLC**<br>**P.O. Box 935076**<br>**Atlanta, GA 31193-5076** | - | | | | | | 643.06 |
| Account No. **xxxxx1572, xxxxx4603, xxxx0764**<br><br>**Cintas Corporation #543**<br>**P.O. Box 91508**<br>**Lafayette, LA 70509-2590** | - | | | | | | 672.00 |
| Account No. **xx3855, xx3985, xx3994, xx3995**<br><br>**Coastal Distributors, Inc.**<br>**503 Amarillo Drive**<br>**Houma, LA 70360** | - | 088 | | | | | 14,118.01 |
| Account No. **x6947**<br><br>**Coastal Refrigeration & Air Conditioning**<br>**P.O. Box 165**<br>**Creole, LA 70632** | - | 089 | | | | | 677.05 |
| Account No. **8403, 8931, 8955, 8998, 9316,**<br><br>**Coastwide Electric, Inc.**<br>**P.O. Box 1076**<br>**Amelia, LA 70340** | - | 088 | | | | | 13,224.77 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    29,334.89

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Gulf Fleet, LLC**                      ,        Case No.   **10-50715**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Comerica Bank P.O. Box 650282 Dallas, TX 75265-0282 | X | - | | | | | | 1,453,568.67 |
| Account No. | | | | | | | | |
| Comerica Bank Attn: David Balderach 910 Louisiana Street, Suite 410 Houston, TX 77002 | X | - | | | | | | 35,994,134.03 |
| Account No. xxxxxxxxxxxxxxxx0000 | | | | | | | | |
| Comerica Mastercard P.O. Box 551669 Detroit, MI 48255-1669 | | - | | | | | | 66.22 |
| Account No. xxx-x5195, xxx-x5332, xxx-6940 | | | | | | | | |
| Cummins Midsouth, LLC PO Box 842316 Dallas, TX 75284-2316 | | - | | | | | X | 50,386.33 |
| Account No. xxxx6392, xxxxx5453 | | | | | | | | |
| Day's Inn - Lafayette 2501 SE Evangeline Thru Lafayette, LA 70508 | | - | | | | | | 100.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **37,498,255.25**

In re __Gulf Fleet, LLC__ , Case No. __10-50715__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8331, xxx8332, xxx8338, 167**<br><br>Doerle Food Services, L.L.C.<br>113 Kol Drive<br>Broussard, LA 70518 | | - | | | | | | 3,961.80 |
| Account No. **x1605**<br><br>Don Abney, Inc.<br>PO Box 2222<br>Patterson, LA 70392 | | - | | | | | | 11,180.35 |
| Account No. **xx1581, xx1605, xx1678**<br><br>Express Weld, LLC<br>18692 West Main Street<br>Galliano, LA 70354 | | - | | | | | | 22,066.91 |
| Account No. **x8224, x8280, x8921, xx677-2**<br><br>Fire & Safety Specialists, Inc.<br>P. O. Box 60639<br>Lafayette, LA 70596 | | - | | | | | | 12,778.72 |
| Account No. **xxxx2210**<br><br>Fire Protection Service Inc.<br>P. O. Box 5218<br>Houston, TX 77262 | | - | | | | | | 3,333.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 53,320.78

In re    **Gulf Fleet, LLC**                                                    Case No.    **10-50715**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx7890**  <br><br> **GHX Industrial, LLC** <br> **P. O. Box 4346** <br> **Houston, TX 77210** | | - | | | | | | 114.22 |
| Account No. **xxxxxx0511**  <br><br> **Grainger** <br> **Department 85664772** <br> **P. O. Box 419267** <br> **Kansas City, MO 64141** | | - | | | | | | 157.89 |
| Account No. **7143, 7157, 7167**  <br><br> **Hudson Drydocks, Inc.** <br> **P. O. Box 1781** <br> **Morgan City, LA 70381** | | - | | | | | | 8,266.21 |
| Account No. **xxxxxxxxxx3004, xxxxxxxxxx3103**  <br><br> **KVH Industries Inc.** <br> **P. O. Box 741040** <br> **Atlanta, GA 30374** | | - | | | | | | 2,618.07 |
| Account No. **xxxxxx97-00**  <br><br> **L&L Oil & Gas Services, LLC** <br> **P. O. Box 201617** <br> **Dallas, TX 75320** | | - | | | | | | 920.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of                                    Subtotal                    12,076.39
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gulf Fleet, LLC**                                        Case No.____**10-50715**____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **x6297, x4710, x7729, x7748, 47** | | - | | | | | | |
| **Lafayette Electrical & Marine Supply** **1107 Ninth Street** **Lafayette, LA 70598** | | | | | | | | 1,149.03 |
| Account No. | | - | | 10/08/08 Guaranty of Gulf Fleet Offshore, LLC Gulf Sun Term Loan Facility; Gulf Sun in Collateral | | | | |
| **LBC Credit Partners** **Attn: Chris Calabrese** **Cira Centre** **2929 Arch Street** **Philadelphia, PA 19104-2868** | | | | | | | | 6,188,232.73 |
| Account No. **x4856** | | - | | | | | | |
| **LeBlanc & Associates, Inc.** **132 Intracoastal Drive** **Houma, LA 70363** | | | | | | | | 1,797.04 |
| Account No. **xA-232** | | - | | | | | | |
| **Machine Support USA** **P. O. Box 79367** **Baltimore, MD 21279** | | | | | | | | 4,160.00 |
| Account No. **9029** | | - | | | | | | |
| **Marine Applications Inc** **P.O. Box 448** **Morgan City, LA 70381** | | | | | | | | 3,536.00 |

| Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,198,874.80 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

In re   **Gulf Fleet, LLC**                                             Case No.   **10-50715**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x0303** | | | | | | | | |
| Marine Fab & Repair Inc. 503 Amarillo Drive Lafayette, LA 70598 | - | | | | | | | 3,244.00 |
| Account No. **xxxxxx5511, xxxxxx9680, xx0411** | | | | | | | | |
| Marlink 3027 Marina Bay Drive Suite 390 League City, TX 77573 | - | | | | | | | 3,245.89 |
| Account No. **xxxx0225** | | | | | | | | |
| McMaster-Carr Supply Co P. O. Box 7690 Chicago, IL 60680 | - | | | | | | | 1,234.03 |
| Account No. **5679** | | | | | | | | |
| Offshore Services of Acadiana, LLC P.O. Box 676649 Dallas, TX 75267 | - | | | | | | | 735.00 |
| Account No. **x4084** | | | | | | | | |
| Offshore Suppliers LLC P. O. Box 821 Metairie, LA 70004 | - | | | | | | | 3,527.22 |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **11,986.14**

In re    **Gulf Fleet, LLC**             Case No. _____ **10-50715** _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J c | | | | | | |
| Account No. **x1932, x3775, x4348, x4569** | | - | | | | | | |
| Pneumatic Specialties 829 Saadi Street Houma, LA 70363 | | | | | | | | 9,237.50 |
| Account No. **xx3198** | | - | | | | | | |
| Power Specialties, Inc. 325 Chennault Street Morgan City, LA 70380 | | | | | | | | 302.39 |
| Account No. **x9134, xxxxxxxxxxxx9998, xNRRC** | | - | | | | | | |
| Rolls-Royce 200 James Drive W Saint Rose, LA 70087 | | | | | | | | 50,012.56 |
| Account No. **7218, 7219** | | - | | | | | | |
| Separator Spares and Equipment LLC 144 Intracoastal Drive Houma, LA 70363 | | | | | | | | 8,456.00 |
| Account No. **x8796, x8819, x8833, x8850, 18** | | - | | | | | | |
| Sonoco Wholesale Grocers P. O. Box 1021 Houma, LA 70361 | | | | | | | | 6,325.47 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal    74,333.92
(Total of this page)

In re  **Gulf Fleet, LLC**                                        Case No.  **10-50715**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x8404** | | | | | | | | |
| Southern Crane & Hydraulics LLC P. O. Box 39 Bourg, LA 70343 | - | | | | | | | 788.29 |
| Account No. **x0145, x0147** | | | | | | | | |
| Spectro-Scan, Inc. 109 Cleveland Street Houma, LA 70363 | - | | | | | | | 130.00 |
| Account No. **xxx7969** | | | | | | | | |
| T&B Repairs, Inc. 413 Mecca Dr. Lafayette, LA 70598 | - | | | | | | | 78.85 |
| Account No. **xxxxxxx-xx01-01** | | | | | | | | |
| Taylor's Industrial Specialties, Inc. P. O. Box 1274 Morgan City, LA 70381 | - | | | | | | | 862.81 |
| Account No. **4435, 4464, 4508** | | | | | | | | |
| Tideland 6805 Highway 182 Morgan City, LA 70380 | - | | | | | | | 2,653.30 |

Sheet no.  **9**  of  **10**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,513.25**

10-50713 - #197  File 07/06/10  Enter 07/06/10 20:06:33  Main Document  Pg 24 of 29

B6F (Official Form 6F) (12/07) - Cont.

In re __Gulf Fleet, LLC__            Case No. __10-50715__

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x9684** | | | | | | | | |
| Trussco, Inc. 2388 Momentum Place Chicago, IL 60689 | | - | | | | | | 8,474.92 |
| Account No. **xxx6634, xxx1980** | | | | | | | | |
| W&O The Right Fit P. O. Box 933067 Atlanta, GA 31193 | | - | | | | | | 1,079.45 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal (Total of this page)      **9,554.37**

           Total (Report on Summary of Schedules)      **43,902,384.16**

In re   **Gulf Fleet, LLC**                           Case No.     **10-50715**

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **Gulf Fleet, LLC**
                                                                                          Case No. ___**10-50715**___
_____
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**P.O. Box 650282**<br>**Dallas, TX 75265-0282** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **Gulf Fleet Management, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn: Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |
| **Gulf Fleet Marine, Inc.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn: Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |
| **Gulf Fleet Offshore, Inc.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn: Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |
| **Gulf Ocean Marine Services, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn: Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |
| **Gulf Service, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn: Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |
| **Gulf Wind, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn: Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

In re  **Gulf Fleet, LLC**
                                                                    Case No.____**10-50715**_____
_____,
                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gulf Worker, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn:  Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |
| **Hercules Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn:  Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |
| **Star Marine**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **Bank One Equity Investors-BIDCO**<br>**Attn:  Nemo Viso**<br>**236 Third Street**<br>**Baton Rouge, LA 70801** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Gulf Fleet, LLC**                              Case No.    **10-50715**

                                Debtor(s)          Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ July 6, 2010 _____          Signature _____

                                      **Michael Prejean**
                                      **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy