# United States Bankruptcy Court
## Western District of Louisiana

In re   **Gulf Fleet Offshore, LLC**

Debtor(s)

Case No.   **10-50716**

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $1,514,530.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $42,191,204.07 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $43,722,336.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 21 | $1,514,530.40 | $85,913,540.77 | |

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Gulf Fleet Offshore, LLC**       Case No.   __10-50716__
<br>                                           Debtor(s)          Chapter   __11__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re    **Gulf Fleet Offshore, LLC**                Case No.     **10-50716**

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Gulf Fleet Offshore, LLC**             Case No.     **10-50716**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      <b>0.00</b>
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

In re   **Gulf Fleet Offshore, LLC**                              Case No.   __10-50716__
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re __Gulf Fleet Offshore, LLC__ Case No. __10-50716__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Gulf Carrier**<br>**US Coast Guard Certificate of Inspection 12/12/2011**<br>**US Coast Guard Certificate of Documentation 4/30/2011**<br><br>**Gulf Sun**<br>**US Coast Guard Certificate of Inspection 10/23/2011**<br>**US Coast Guard Certificate of Documentation 3/31/2010**<br>**American Bureau of Shipping Load Line Certificate 9/20/2012**<br>**American Bureau of Shippping Class Certificate 9/20/2012** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **Gulf Carrier** | - | 720,000.00 |
| | | **5 ton Pedestal Crane - Gulf Carrier** | - | 10,000.00 |
| | | **Gulf Sun** | - | 720,000.00 |
| | | **Laser Fan Beam MDL1000 - Gulf Sun** | - | 25,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Gulf Carrier - Fuel 8,543 gallons**<br>**Gulf Sun - Fuel 7,928 gallons** | - | 39,530.40 |
| 31. Animals. | X | | | |

| | | | Sub-Total > | 1,514,530.40 |
|---|---|---|---|---|
| | | | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Gulf Fleet Offshore, LLC**                    Case No.    **10-50716**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 |
| | (Total of this page) | |
| | Total > | 1,514,530.40 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Gulf Fleet Offshore, LLC** _____ Case No. **10-50716**
                                              Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. | | | | 2/24/2010 | | | | | |
| **BNA Marine Services, LLC** **P.O. Box 150** **Morgan City, LA 70380** | | | N A | **Maritime Lien - Labor and materials on the M/V Gulf Carrier** **Gulf Carrier** | | | | | |
| | | | | VALUE $720,000.00 | | | | $8,837.31 | $8,837.31 |
| ACCOUNT NO. | | | | 5/1/07 | | | | | |
| **Comerica Bank** **Attn: David Balderach** **910 Louisiana St., Ste 410** **Houston, TX 77002** | X | | N A | **Guaranty of Term Loan to Gulf Fleet Holdings** **Gulf Carrier** **(Cross-Collateralized Debt)** | | | | | |
| | | | | VALUE $720,000.00 | | | | $35,994,134.03 | $35,274,134.03 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

In re   **Gulf Fleet Offshore, LLC**                                    Case No.   **10-50716**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| ACCOUNT NO. <br><br> Comerica Bank <br> Attn:  David Balderach <br> 910 Louisiana St., Ste 410 <br> Houston, TX 77002 | X | N | A | 5/1/07 <br><br> **Guaranty of Term Loan to Gulf Fleet Holdings** <br><br> **Gulf Sun (Cross-Collateralized Debt)** | | | | | |
| | | | | VALUE          $720,000.00 | | | | $35,994,134.03 | $35,994,134.03 |
| ACCOUNT NO. <br><br> LBC Credit Partners <br> Attn:  Chris Calabrese <br> Cira Centre <br> 2929 Arch Street <br> Philadelphia, PA 19104-2868 | X | N | A | 10/08/08 <br><br> **Term Facility Secured by Gulf Sun** <br><br> **Gulf Sun** | | | | | |
| | | | | VALUE          $720,000.00 | | | | $6,188,232.73 | $5,468,232.73 |
| | | | | Total(s) <br> (Use only on last page) | | | | $42,191,204.07 | $40,751,204.07 |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Gulf Fleet Offshore, LLC**                                   Case No.     **10-50716**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

In re    **Gulf Fleet Offshore, LLC**                                Case No.    **10-50716**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **264211** <br><br>**Action Specialties, LLC**<br>**7915 Highway 90 West**<br>**New Iberia, LA 70560** | | - | | | | | 27.78 |
| Account No. **23291** <br><br>**Adam's Repair Service, Inc.**<br>**706 Teche Road**<br>**Morgan City, LA 70380** | | - | | | | | 425.00 |
| Account No. **7995, 8000, 8001, 8007** <br><br>**Adams Towing Corporation**<br>**P.O. Box 168**<br>**Morgan City, LA 70381** | | - | | | | | 2,200.00 |
| Account No. **18943, 19503, 19449, 19449CR** <br><br>**Advanced Logistics, LLC**<br>**2014 West Pinhook Road**<br>**Suite 310**<br>**Lafayette, LA 70508** | | - | | | | | 1,236.00 |
| | | | | Subtotal <br> (Total of this page) | | | 3,888.78 |

  **8**   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gulf Fleet Offshore, LLC**                                          Case No.    **10-50716**
                                                                    ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **161031** <br><br> **American Claims Services, Inc.** <br> P.O. Box 1265 <br> Destrehan, LA 70047 | | - | | | | | | 6.30 |
| Account No. **1204640020** <br><br> **American Express** <br> P.O. Box 650448 <br> Dallas, TX 75265 | | - | | | | | | 5.00 |
| Account No. **146501** <br><br> **Appliance Parts Co., Inc.** <br> 1515 N. Bertrand <br> Lafayette, LA 70506 | | - | | | | | | 44.97 |
| Account No. **29423, 29718** <br><br> **Bayou Signs Outdoor, LLC** <br> 1305 Ridgefield Road <br> Thibodaux, LA 70301 | | - | | | | | | 141.94 |
| Account No. **73887, 73887, 73959, 73959, 74** <br><br> **Bayou State Marine & Industrial Supply** <br> P.O. Box 343 <br> Erath, LA 70533 | | - | | | | | | 1,398.79 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,597.00 |

In re   **Gulf Fleet Offshore, LLC**          Case No.   **10-50716**

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7896081 <br><br> **Binswanger Glass #078** <br> **5224 Ave S** <br> **Galveston, TX 77551** | | - | | | | | 466.56 |
| Account No. 431528 <br><br> **Bluewater Rubber & Gasket Co** <br> **P.O. Drawer 190** <br> **Houma, LA 70361** | | - | | | | | 855.38 |
| Account No. 1192359, 1193064, 1193067, 119 <br><br> **Carter Chambers LLC** <br> **P.O. Box 935076** <br> **Atlanta, GA 31193-5076** | | - | | | | | 1,172.64 |
| Account No. 543845398, 543838950, 54383898 <br><br> **Cintas Corporation #543** <br> **P.O. Box 91508** <br> **Lafayette, LA 70509-2590** | | - | | | | | 439.16 |
| Account No. 113854, 113854, 113855, 113859 <br><br> **Coastal Distributors, Inc.** <br> **503 Amarillo Drive** <br> **Houma, LA 70360** | | - | | | | | 536.44 |

Sheet no. __2__ of __8__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)       **3,470.18**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re    **Gulf Fleet Offshore, LLC**                        Case No.    **10-50716**

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9299**<br><br>**Coastwide Electric, Inc.**<br>**P.O. Box 1076**<br>**Amelia, LA 70340** | | - | | | | | | **166.00** |
| Account No.<br><br>**Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** | X | - | | 5/1/07<br>**Guaranty of Term Loan; All Debtors' Vessels are collateral for loan** | | | | **35,994,134.03** |
| Account No.<br><br>**Comerica Bank**<br>**P.O. Box 650282**<br>**Oxford, AR 72565-0282** | X | - | | **Revolving Loan Accounts Receivable** | | | | **1,453,568.67** |
| Account No. **-1054031**<br><br>**Comerica Mastercard**<br>**P.O. Box 551669**<br>**Detroit, MI 48255-1669** | | - | | | | | | **667.57** |
| Account No. **14678**<br><br>**Crown Decal Printers**<br>**141 Decal Street**<br>**Lafayette, LA 70508** | | - | | | | | | **457.92** |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
     (Total of this page)      **37,448,994.19**

B6F (Official Form 6F) (12/07) - Cont.

In re　　**Gulf Fleet Offshore, LLC**　　　　　　　　　　　　　　Case No.　　**10-50716**
　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **462995** | | | | | | | | |
| **Delta Rigging & Tools** Dept. 5335 PO Box 4228 Houston, TX 77210 | | - | | | | | | 53.52 |
| Account No. **1665347, 1665346, 1665913, 168** | | | | | | | | |
| **Doerle Food Services, L.L.C.** 113 Kol Drive Broussard, LA 70518 | | - | | | | | | 4,472.25 |
| Account No. **W44C4179879** | | | | | | | | |
| **FPS, Inc.-New Orleans** 821 Industry Road Kenner, LA 70062 | | - | | | | | | 2,384.25 |
| Account No. **49160** | | | | | | | | |
| **Gear Services, Inc.** P. O. Box 3073 Harvey, LA 70058 | | - | | | | | | 18,736.62 |
| Account No. **12005692, 12007889** | | | | | | | | |
| **GHX Industrial, LLC** P. O. Box 4346 Houston, TX 77210 | | - | | | | | | 38.54 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 25,685.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gulf Fleet Offshore, LLC**                                     Case No.    **10-50716**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3276-1549 | | | | | | | |
| Greenwood Marine Management, Inc.<br>P. O. Box 505<br>Morgan City, LA 70381 | - | | | | | | 675.00 |
| Account No. 7164, 7165, 7165 | | | | | | | |
| Hudson Drydocks, Inc.<br>P. O. Box 1781<br>Morgan City, LA 70381 | - | | | | | | 729.50 |
| Account No. 46497, 46490 | | | | | | | |
| Lafayette Electrical & Marine Supply<br>1107 Ninth Street<br>Lafayette, LA 70598 | - | | | | | | 650.60 |
| Account No. | | | 10/08/08<br>Guaranty of Gulf Fleet Offshore, LLC<br>Gulf sun Term Loan Facility; Gulf Sun is<br>Collateral | | | | |
| LBC Credit Partners<br>Attn:  Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 | X - | | | | | | 6,188,232.73 |
| Account No. 1769 | | | | | | | |
| Malin International Ship Repair &<br>Drydo<br>320  77th Street<br>Galveston, TX 77554 | - | | | | | | 855.19 |

Sheet no.  **5**   of  **8**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **6,191,143.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gulf Fleet Offshore, LLC**                                  Case No. ___**10-50716**___
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3002300951, 1002105511, 300330** **Marlink** **3027 Marina Bay Drive** **Suite 390** **League City, TX 77573** | | - | | | | | | 4,819.17 |
| Account No. **101210** **MNI Diesel Inc.** **P. O. Box 266334** **Houston, TX 77207** | | - | | | | | | 473.14 |
| Account No. **13561, 13837** **NREC Power Systems** **1042 Paysphere Circle** **Chicago, IL 60674** | | - | | | | | | 4,627.36 |
| Account No. **20785** **Oil Filtration Systems, Inc.** **111 Parkway Drive** **Boerne, TX 78006** | | - | | | | | | 13,792.25 |
| Account No. **20753** **Oil Purification Specialists, Inc.** **111 Parkway Drive** **Boerne, TX 78006** | | - | | | | | | 10,500.00 |

Sheet no. _**6**_ of _**8**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           34,211.92

In re     **Gulf Fleet Offshore, LLC**        Case No.    **10-50716**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5564** <br><br> **Picciola & Associates Inc.** <br> **P. O. Box 687** <br> **Cut Off, LA 70345** | | - | | | | | 4,375.00 |
| Account No. **3409** <br><br> **Pneumatic Specialties** <br> **829 Saadi Street** <br> **Houma, LA 70363** | | - | | | | | 702.00 |
| Account No. **143119** <br><br> **Power Specialties, Inc.** <br> **325 Chennault Street** <br> **Morgan City, LA 70380** | | - | | | | | 526.35 |
| Account No. **18595, 18756** <br><br> **Premium Electronic Services, Inc.** <br> **P. O. Box 1711** <br> **La Porte, TX 77572** | | - | | | | | 1,717.05 |
| Account No. **30247, 30774** <br><br> **Rio Marine Inc.** <br> **5301 Polk St., Bldg. #12** <br> **Houston, TX 77023** | | - | | | | | 1,584.37 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,904.77**

In re   **Gulf Fleet Offshore, LLC**          Case No.   **10-50716**

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **258** | | | | | | | | | |
| **South Coast Diesel** P. O. Box 3740 Houma, LA 70361 | | - | | | | | | | 2,510.72 |
| Account No. **4464, 4508** | | | | | | | | | |
| **Tideland** 6805 Highway 182 Morgan City, LA 70380 | | - | | | | | | | 360.94 |
| Account No. **507458JUN10** | | | | | | | | | |
| **United States Coast Guard Vessel Insp.** P. O. 70952 Charlotte, NC 28272 | | - | | | | | | | 1,470.00 |
| Account No. **10-001-01** | | | | | | | | | |
| **Vessel Construction Management** 3708 Government St. Ocean Springs, MS 39564 | | - | | | | | | | 100.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 4,441.66 |
| Total (Report on Summary of Schedules) | 43,722,336.70 |

In re   **Gulf Fleet Offshore, LLC**                                    Case No.   **10-50716**

                                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Gulf Fleet Offshore, LLC**        Case No.   **10-50716**
_____ ,
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**P.O. Box 650282**<br>**Oxford, AR 72565-0282** |
| **Gulf Fleet Holdings, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Holdings, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Management, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Management, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Marine, Inc.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

2
_____ continuation sheets attached to Schedule of Codebtors

In re     Gulf Fleet Offshore, LLC                                    Case No.    **10-50716**
                                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gulf Fleet Marine, Inc.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Ocean Marine Services, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Ocean Marine Services, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Service, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Service, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Wind, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Wind, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn:  Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Codebtors

In re     **Gulf Fleet Offshore, LLC**                               Case No.      **10-50716**

---

                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

---

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gulf Worker, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Worker, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Hercules Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Hercules Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Star Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Star Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Louisiana

In re    __Gulf Fleet Offshore, LLC__                          Case No.    __10-50716__

                                       Debtor(s)                 Chapter     __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __July 6, 2010__                   Signature __Michael E Prejean__

                                           **Michael Prejean**
                                           **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.