B6B (Official Form 6B) (12/07)

In re  **Gulf Fleet Offshore, LLC**                                   , Case No.  **10-50716**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) |  |

  **3**   continuation sheets attached to the Schedule of Personal Property

In re **Gulf Fleet Offshore, LLC**                                      , Case No. **10-50716**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                                        Sub-Total >        **0.00**
                                                                                        (Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Gulf Fleet Offshore, LLC**, Case No. **10-50716**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Michael Hillman, Darlene Hillman, Grant Hillman, and/or additional parties to be identified for breach of contract, breach of fiduciary duties, fraud, conversion, unfair trade practices, other torts, unjust enrichment, injunctive relief, spoilation of records, and for other claims for damages related to the allegations set forth in the Reconventional Demand filed in Michael A. Hillman, et al. v. Gulf Fleet Holdings, et al., Case No. 20101270 previously pending before the 15th Judicial District for the State of Louisiana.** | - | **Unknown** |
| | | **Intercompany debt due from Gulf Fleet Marine, Inc.** | - | **177,660.02** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Gulf Carrier**<br>**US Coast Guard Certificate of Inspection 12/12/2011**<br>**US Coast Guard Certificate of Documentation 4/30/2011** | - | **Unknown** |
| | | **Gulf Sun**<br>**US Coast Guard Certificate of Inspection 10/23/2011**<br>**US Coast Guard Certificate of Documentation 3/31/2010**<br>**American Bureau of Shipping Load Line Certificate 9/20/2012**<br>**American Bureau of Shippping Class Certificate 9/20/2012** | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **Gulf Carrier - Official No. 507458**<br>**Gross Tonnage 393, Net Tonnage 267**<br>**Year Built 1967, Year Rebuilt 1997** | - | **720,000.00** |
| | | **5 ton Pedestal Crane - Gulf Carrier** | - | **10,000.00** |

Sub-Total > **907,660.02**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re  **Gulf Fleet Offshore, LLC**  ,   Case No.   **10-50716**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Gulf Sun - Official No. 569386**<br>**Gross Tonnage 311, Net Tonnage 212**<br>**Year Built 1975, Year Rebuilt 1997** | - | 720,000.00 |
| | | **Laser Fan Beam MDL1000 - Gulf Sun** | - | 25,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Gulf Carrier - Fuel 8,543 gallons**<br>**Gulf Sun - Fuel 7,928 gallons** | - | 39,530.40 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | **784,530.40** |
| | Total > | **1,692,190.42** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Gulf Fleet Offshore, LLC**      Case No. **10-50716**

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | Husband, Wife, Joint or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BNA Marine Services, LLC**<br>**P.O. Box 150**<br>**Morgan City, LA 70380** | | **NA** | **2/24/2010**<br><br>**Maritime Lien - Labor and materials on the M/V Gulf Carrier**<br><br>**Gulf Carrier - Official No. 507458**<br>**Gross Tonnage 393, Net Tonnage 267**<br>**Year Built 1967, Year Rebuilt 1997**<br><br>VALUE     **$720,000.00** | | | | **$8,837.31** | **Unknown** |

Sheet 1 of 3 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** | **X** | **N A** | **5/1/07**<br><br>**Guaranty of Term Loan to Gulf Fleet Holdings**<br><br>**Gulf Carrier - Official No. 507458**<br>**Gross Tonnage 393, Net Tonnage 267**<br>**Year Built 1967, Year Rebuilt 1997**<br><br>VALUE  $720,000.00 | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO.<br><br>**Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** | **X** | **N A** | **5/1/07**<br><br>**Guaranty of Term Loan to Gulf Fleet Holdings**<br><br>**Gulf Sun - Official No. 569386**<br>**Gross Tonnage 311, Net Tonnage 212**<br>**Year Built 1975, Year Rebuit 1997**<br><br>VALUE  $720,000.00 | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO.<br><br>**LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** | **X** | **N A** | **10/08/08**<br><br>**Term Facility Secured by Gulf Sun**<br><br>**Gulf Sun - Official No. 569386**<br>**Gross Tonnage 311, Net Tonnage 212**<br>**Year Built 1975, Year Rebuit 1997**<br><br>VALUE  $720,000.00 | | | | **$6,188,232.73** | **$5,468,232.73** |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Power Specialties**<br>**325 Cheannault Street**<br>**Morgan City, LA 70380** | | N A | **2/19/2010**<br><br>**Maritime Lien**<br><br>**Gulf Carrier - Official No. 507458**<br>**Gross Tonnage 393, Net Tonnage 267**<br>**Year Built 1967, Year Rebuilt 1997**<br><br>VALUE **$720,000.00** | | | | **$526.35** | **Unknown** |
| | | | Total(s)<br>(Use only on last page) | | | | **$42,191,730.42**<br>(Report also on Summary of Schedules) | **Unknown**<br>If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 3 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/10)

In re  **Gulf Fleet Offshore, LLC**                                ,   Case No.  **10-50716**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Gulf Fleet Offshore, LLC**, Case No. **10-50716**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>American Recovery<br>Station 1 Box 10254<br>Houma, LA 70363 | | - | | | | | 120.00 |
| Account No.<br><br>Beier & Associates, Inc.<br>2605 N. Concord Rd.<br>Belle Chasse, LA 70037 | | - | | | | | 14,919.25 |
| Account No.<br><br>Comerica Bank<br>Attn: David Balderach<br>910 Louisiana St., Ste 410<br>Houston, TX 77002 | X | - | 5/01/07<br>Guaranty of Term Loan - All Debtors' Vessels are Collateral | X | | | 35,994,134.03 |
| Account No.<br><br>Comerica Bank<br>P.O. Box 650282<br>Dallas, TX 75265-0282 | X | - | Revolving Loan - Accounts Receivable | X | | | 1,453,568.67 |

__4__ continuation sheets attached

Subtotal (Total of this page) **37,462,741.95**

10-50713 - #269 File 07/23/10 Enter 07/23/10 16:50:10 Main Document Pg 9 of 16

In re  **Gulf Fleet Offshore, LLC**                                  ,      Case No.  **10-50716**
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Cummins Midsouth, LLC**<br>PO Box 842316<br>Dallas, TX 75284-2316 | - | | | | | X | 135,769.80 |
| Account No.<br>**Fleet Operators, Inc.**<br>P. O. Drawer 350<br>Morgan City, LA 70381 | - | | | | | | 312,000.00 |
| Account No.<br>**Gulf Fleet Holdings, Inc.**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | - | | | | | | 807,904.45 |
| Account No.<br>**Gulf Ocean Marine Services, L.L.C.**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | - | | | | | | 846,983.78 |
| Account No.<br>**Gulf Service, L.L.C.**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | - | | | | | | 635,536.15 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,738,194.18**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gulf Fleet Offshore, LLC**, Case No. **10-50716**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Gulf Wind, L.L.C.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | - | | | | | | 1,287,947.81 |
| Account No.<br>**Gulf Worker, L.L.C.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | - | | | | | | 63,344.73 |
| Account No.<br>**Hudson Drydocks, Inc.**<br>**P. O. Box 1781**<br>**Morgan City, LA 70381** | - | | | | | | 614,431.07 |
| Account No.<br>**International Paint LLC**<br>**22429 Network Place**<br>**Chicago, IL 60673** | - | | | | | | 26,181.50 |
| Account No.<br>**John W. Stone Oil Distributors LLC**<br>**Dept. 322**<br>**P. O. Box 4869**<br>**Houston, TX 77210** | - | | | | | | 126.50 |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,992,031.61**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gulf Fleet Offshore, LLC**,  Case No. **10-50716**
              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>L&L Oil & Gas Services, LLC<br>P. O. Box 201617<br>Dallas, TX 75320 | | - | | | | | 24,804.76 |
| Account No.<br>Marine Fab & Repair Inc.<br>503 Amarillo Drive<br>Lafayette, LA 70598 | | - | | | | | 8,268.53 |
| Account No.<br>Marlink<br>3027 Marina Bay Drive<br>Suite 390<br>League City, TX 77573 | | - | | | | | 45,678.52 |
| Account No.<br>Rio Marine Inc.<br>5301 Polk St., Bldg. #12<br>Houston, TX 77023 | | - | | | | | 26,105.82 |
| Account No.<br>South Coast Diesel<br>P. O. Box 3740<br>Houma, LA 70361 | | - | | | | | 25,500.00 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **130,357.63**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com  Best Case Bankruptcy

In re  **Gulf Fleet Offshore, LLC**  ,  Case No. __10-50716__
           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Spectro-Scan, Inc.<br>109 Cleveland Street<br>Houma, LA 70363 | | - | | | | | 1,703.00 |
| Account No.<br><br>Star Marine, L.L.C.<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | | - | | | | | 37,877.41 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **39,580.41**

Total (Report on Summary of Schedules)    **42,362,905.78**

B6G (Official Form 6G) (12/07)

In re  **Gulf Fleet Offshore, LLC**                                      Case No.  **10-50716**
                                           Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

**\*\*Some of the Contracts and Leases listed below may have expired pursuant to their terms and/or may not otherwise be executory contracts subject to assumption or rejection by the Debtor.  Those contracts are listed in an abundance of caution and should not be deemed an admission that they are executory contracts and the Debtor reserves all rights with respect thereto. \*\***

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Veritas DCG**<br>10300 Town Park Drive<br>Houston, TX 77072 | **Master Time Charter Agreement by and between Gulf Fleet Offshore, LLC and Veritas DGC dated June 5, 2001** |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

In re **Gulf Fleet Offshore, LLC**, Case No. **10-50716**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana St., Ste 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**P.O. Box 650282**<br>**Dallas, TX 75265-0282** |
| **Gulf Fleet Holdings, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Management, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Marine, Inc.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Ocean Marine Services, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

**1** continuation sheets attached to Schedule of Codebtors

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gulf Service, LLC**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | **LBC Credit Partners**<br>Attn: Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 |
| **Gulf Wind, LLC**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | **LBC Credit Partners**<br>Attn: Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 |
| **Gulf Worker, LLC**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | **LBC Credit Partners**<br>Attn: Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 |
| **Hercules Marine, LLC**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | **LBC Credit Partners**<br>Attn: Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 |
| **Star Marine, LLC**<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | **LBC Credit Partners**<br>Attn: Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors