B6B (Official Form 6B) (12/07)

In re  **Gulf Ocean Marine Services, LLC**  , Case No. __**10-50718**__
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Comerica Bank Account - No. 1881139065** **P.O. Box 650282, Dallas, TX  75265-0282** | - | 936.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  **936.00**
(Total of this page)

__**5**__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Gulf Ocean Marine Services, LLC** , Case No. **10-50718**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Membership Interest in Gulf Fleet, L.L.C., Hercules Marine, L.L.C., Gulf Worker, L.L.C., Gulf Service, L.L.C., Gulf Wind, L.L.C., Star Marine, L.L.C. and 100% stock ownership in Gulf Fleet Marine, Inc.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re **Gulf Ocean Marine Services, LLC**, Case No. **10-50718**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Michael Hillman, Darlene Hillman, Grant Hillman, and/or additional parties to be identified for breach of contract, breach of fiduciary duties, fraud, conversion, unfair trade practices, other torts, unjust enrichment, injunctive relief, spoilation of records, and for other claims for damages related to the allegations set forth in the Reconventional Demand filed in Michael A. Hillman, et al. v. Gulf Fleet Holdings, et al., Case No. 20101270 previously pending before the 15th Judicial District for the State of Louisiana.** | - | **Unknown** |
| | | **Intercompany debt due from Gulf Fleet Management, L.L.C.** | - | **183,346.81** |
| | | **Intercompany debt due from Gulf Fleet Offshore, L.L.C.** | - | **846,983.78** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total > **1,030,330.59**
(Total of this page)

Sheet **2** of **5** continuation sheets attached
to the Schedule of Personal Property

In re **Gulf Ocean Marine Services, LLC**, Case No. **10-50718**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Miss Sydney:**<br><br>**US Coast Guard Certificate of Inspection 7/28/2011**<br>**US Coast Guard Certificate of Documentation 5/31/2011**<br>**American Bureau of Shipping Load Line Certificate 7/27/2011**<br>**American Bureau of Shipping Class Certificate 7/27/2011**<br><br>**Gulf Scout:**<br><br>**US Coast Guard Certificate of Inspection 4/15/2015**<br>**US Coast Guard Certificate of Documentation 10/31/2010**<br>**American Bureau of Shipping Load Line Certificate 2/28/2015**<br>**American Bureau of Shipping Class Certificate 2/28/2015**<br><br>**Gulf Breeze:**<br><br>**US Coast Guard Certificate of Inspection 3/20/2012**<br>**US Coast Guard Certificate of Documentation 10/31/2010**<br>**American Bureau of Shipping Load Line Certificate N/A**<br>**American Bureau of Shipping Class Certificate N/A**<br><br>**ERT Larry Moore:**<br><br>**US Coast Guard Certificate of Inspection 7/26/2010**<br>**US Coast Guard Certificate of Documentation 10/31/2010**<br>**American Bureau of Shipping Load Line Certificate 7/31/2014**<br>**American Bureau of Shipping Class Certificate N/A**<br><br>**Gulf Ranger:**<br><br>**US Coast Guard Certificate of Inspection 4/27/2012**<br>**US Coast Guard Certificate of Documentation 10/31/2010**<br>**American Bureau of Shipping Load Line Certificate N/A**<br>**American Bureau of Shipping Class Certificate N/A** | - | **Unknown** |

Sub-Total > **0.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re **Gulf Ocean Marine Services, LLC**, Case No. **10-50718**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Gulf Pride:** | - | **Unknown** |
| | | **US Coast Guard Certificate of Inspection 1/19/2011** **US Coast Guard Certificate of Documentation 1/31/2011** **American Bureau of Shipping Load Line Certificate 2/28/2014** **American Bureau of Shipping Class Certificate N/A** | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **Gulf Pride Official No. 90** **Gross Tonnage 90, Net Tonnage 50** **Year Built 1999** | - | **1,400,000.00** |
| | | **Three (3) Anchor Marine 4' x 8' Foam Fendors ($3k ea.) - Gulf Pride** | - | **9,000.00** |
| | | **Gulf Scout Official No. 578990** **Gross Tonnage 292, Net Tonnage 198** **Year Built 1976** | - | **1,200,000.00** |
| | | **Miss Sydney Official No. 571404** **Gross Tonnage 197, Net Tonnage 134** **Year Built 1978, Year Rebuit 2006** | - | **800,000.00** |
| | | **Gulf Ranger Official No. 686616** **Gross Tonnage 90, Net Tonnage 61** **Year Built 1985** | - | **1,000,000.00** |
| | | **ERT Larry Moore Official No. 1025598** **Gross Tonnage 97, Net Tonnage 66** **Built 1994** | - | **1,200,000.00** |
| | | **Gulf Breeze Official No. 693013** **Gross Tonnage 98, Net Tonnage 67** **Year Built 1985** | - | **400,000.00** |
| 27. Aircraft and accessories. | X | | | |
| | | | Sub-Total > (Total of this page) | **6,009,000.00** |

Sheet **4** of **5** continuation sheets attached
to the Schedule of Personal Property

In re **Gulf Ocean Marine Services, LLC** , Case No. **10-50718**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Gulf Scout - Fuel 10,331 gallons<br>Miss Sydney - Fuel 10,534 gallons<br>Gulf Ranger - Fuel 22,243 gallons<br>ERT Larry Moore - Fuel 5,738 gallons<br>Gulf Breeze - Fuel 4,821 gallons<br>Gulf Pride - Fuel 5,604 gallons | - | 142,202.40 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **142,202.40** |
| Total > | **7,182,468.99** |

Sheet **5** of **5** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Gulf Ocean Marine Services, LLC**                                                     Case No.  **10-50718**
                                                       Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BNA Marine Services, LLC<br>P.O. Box 150<br>Morgan City, LA 70380** | | N A | **4/5/2010<br><br>Maritime Lien - Labor and materials on the M/V Gulf Scout<br><br>Gulf Scout Official No. 578990<br>Gross Tonnage 292, Net Tonnage 198<br>Year Built 1976**<br><br>VALUE           **$1,200,000.00** | | | | **$35,982.64** | **Unknown** |

Sheet 1 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Comerica Bank** <br> **Attn: David Balderach** <br> **910 Louisiana Street, Suite 410** <br> **Houston, TX 77002** | **X** | **NA** | **5/1/07** <br><br> **Guaranty of Term Loan** <br><br> **Miss Sydney Official No. 571404** <br> **Gross Tonnage 197, Net Tonnage 134** <br> **Year Built 1978, Year Rebuit 2006** <br><br> VALUE     **$800,000.00** | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO. <br><br> **Comerica Bank** <br> **Attn: David Balderach** <br> **910 Louisiana Street, Suite 410** <br> **Houston, TX 77002** | **X** | **NA** | **5/1/07** <br><br> **Guaranty of Term Loan** <br><br> **Gulf Scout Official No. 578990** <br> **Gross Tonnage 292, Net Tonnage 198** <br> **Year Built 1976** <br><br> VALUE     **$1,200,000.00** | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO. <br><br> **Comerica Bank** <br> **Attn: David Balderach** <br> **910 Louisiana Street, Suite 410** <br> **Houston, TX 77002** | **X** | **NA** | **5/1/07** <br><br> **Guaranty of Term Loan** <br><br> **Gulf Ranger Official No. 686616** <br> **Gross Tonnage 90, Net Tonnage 61** <br> **Year Built 1985** <br><br> VALUE     **$1,000,000.00** | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO. <br><br> **Comerica Bank** <br> **Attn: David Balderach** <br> **910 Louisiana Street, Suite 410** <br> **Houston, TX 77002** | **X** | **NA** | **5/1/07** <br><br> **Guaranty of Term Loan** <br><br> **Gulf Pride Official No. 90** <br> **Gross Tonnage 90, Net Tonnage 50** <br> **Year Built 1999** <br><br> VALUE     **$1,400,000.00** | | | | **$35,994,134.03** | **Unknown** |

Sheet 2 of 4 total sheets in Schedule of Creditors Holding Secured Claims

**B6D (Official Form 6D) (12/07) - Cont.**
In re  **Gulf Ocean Marine Services, LLC**                                                         Case No.  **10-50718**
                                          Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** | X | N A | **5/1/07**<br>**Guaranty of Term Loan**<br>**ERT Larry Moore Official No. 1025598**<br>**Gross Tonnage 97, Net Tonnage 66**<br>**Built 1994**<br><br>VALUE  $1,200,000.00 | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO.<br><br>**Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** | X | N A | **5/1/07**<br>**Guaranty of Term Loan**<br>**Gulf Breeze Official No. 693013**<br>**Gross Tonnage 98, Net Tonnage 67**<br>**Year Built 1985**<br><br>VALUE  $400,000.00 | | | | **$35,994,134.03** | **Unknown** |
| ACCOUNT NO.<br><br>**Power Specialties**<br>**325 Chennault Street**<br>**Morgan City, LA 70380** | | N A | **3/22/2010**<br>**Maritime Lien**<br>**ERT Larry Moore Official No. 1025598**<br>**Gross Tonnage 97, Net Tonnage 66**<br>**Built 1994**<br><br>VALUE  $1,200,000.00 | | | | **$27,311.43** | **Unknown** |
| ACCOUNT NO.<br><br>**Power Specialties**<br>**325 Chennault Street**<br>**Morgan City, LA 70380** | | N A | **3/19/2010**<br>**Maritime Lien**<br>**Gulf Scout Official No. 578990**<br>**Gross Tonnage 292, Net Tonnage 198**<br>**Year Built 1976**<br><br>VALUE  $1,200,000.00 | | | | **$7,110.63** | **Unknown** |

Sheet 3 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

10-50713 - #288  File 07/28/10  Enter 07/28/10 11:51:29  Main Document  Pg 9 of 14

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HWJC (Husband, Wife, Joint or Community) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Star Tech Marine Electronics, LLC**<br>**3295 First Street**<br>**Berwick, LA 70342** | | NA | **5/25/2010**<br><br>**Maritime Lien - Labor and materials on the M/V ERT Larry Moore**<br><br>**ERT Larry Moore Official No. 1025598**<br>**Gross Tonnage 97, Net Tonnage 66**<br>**Built 1994**<br><br>VALUE $1,200,000.00 | | | | **$462.50** | **Unknown** |
| ACCOUNT NO.<br><br>**Star Tech Marine Electronics, LLC**<br>**3295 First Street**<br>**Berwick, LA 70342** | | NA | **5/25/2010**<br><br>**Maritime Lien - Labor and materials on the M/V Gulf Breeze**<br><br>**Gulf Breeze Official No. 693013**<br>**Gross Tonnage 98, Net Tonnage 67**<br>**Year Built 1985**<br><br>VALUE $400,000.00 | | | | **$1,700.00** | **Unknown** |
| ACCOUNT NO.<br><br>**Star Tech Marine Electronics, LLC**<br>**3295 First Street**<br>**Berwick, LA 70342** | | NA | **5/25/2010**<br><br>**Maritime Lien - Labor and materials on the M/V Gulf Scout**<br><br>**Gulf Scout Official No. 578990**<br>**Gross Tonnage 292, Net Tonnage 198**<br>**Year Built 1976**<br><br>VALUE $1,200,000.00 | | | | **$5,938.25** | **Unknown** |
| | | | Total(s)<br>(Use only on last page) | | | | **$36,072,639.48**<br>(Report also on Summary of Schedules) | **Unknown**<br>If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 4 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6F (Official Form 6F) (12/07)

In re **Gulf Ocean Marine Services, LLC**, Case No. **10-50718**
                                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Comerica Bank<br>Attn: David Balderach<br>910 Louisiana Street, Suite 410<br>Houston, TX 77002 | X | - | 5/1/07<br>Guaranty of Term Loan - All Debtors' Vessels are Collateral | X | | | 35,994,134.03 |
| Account No.<br><br>Comerica Bank<br>P.O. Box 650282<br>Dallas, TX 75265 | X | - | Revolving Loan - Accounts Receivable | X | | | 1,453,568.67 |
| Account No.<br><br>Gulf Fleet Holdings, Inc.<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 | | - | | | | | 25,464.18 |
| Account No.<br><br>LBC Credit Partners<br>Attn: Chris Calabrese<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2868 | X | - | 10/08/08<br>Guaranty of Gulf Fleet Offshore, LLC Gulf Sun Term Loan Facility - Gulf Sun is Collateral | X | | | 6,188,232.73 |

**0** continuation sheets attached

| | Subtotal (Total of this page) | 43,661,399.61 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 43,661,399.61 |

In re   **Gulf Ocean Marine Services, LLC**                                   Case No.   **10-50718**
                                        Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

**\*\*Some of the Contracts and Leases listed below may have expired pursuant to their terms and/or may not otherwise be executory contracts subject to assumption or rejection by the Debtor. Those contracts are listed in an abundance of caution and should not be deemed an admission that they are executory contracts and the Debtor reserves all rights with respect thereto. \*\***

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Geo-Prakla, a division of Schlumberger Technology Company** | Charter Party Agreement by and between Gulf Ocean Marine Services, LLC and Geo=Prakla, a division of Schlumberger Technology Company dated January 5, 1999 |
| **H.I.G. Capital, LLC** <br> 1001 Brickell Bay Drive, 27th Floor <br> Miami, FL 33131 | Professional Services Agreement dated May 1, 2007 by and between Gulf Ocean Marine Services, LLC (successor by merger of Gulf Fleet Acquisition, Inc.) and H.I.G. Capital, LLC |
| **H.I.G. Capital, LLC** <br> 1001 Brickell Bay Dr., 27th Floor <br> Miami, FL 33131 | Consulting Services Agreement, dated May 1, 2007, by and between Gulf Ocean Marine Services, LLC (successor by merger of Gulf Fleet Acquisition, Inc.) and H.I.G. Capital, LLC |
| **Unocal** | Master Time Charter and Marine Services Agreement by and between Gulf Ocean Marine Services, LLc and Unocal dated January 5, 1997 |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

In re  **Gulf Ocean Marine Services, LLC**  ,  Case No.  **10-50718**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**Attn: David Balderach**<br>**910 Louisiana Street, Suite 410**<br>**Houston, TX 77002** |
| **All Other Jointly Administered Debtors** | **Comerica Bank**<br>**P.O. Box 650282**<br>**Dallas, TX 75265** |
| **Gulf Fleet Holdings, Inc.**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

1
___ continuation sheets attached to Schedule of Codebtors

In re **Gulf Ocean Marine Services, LLC**, Case No. **10-50718**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gulf Fleet Management, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Fleet, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Service, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Wind, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Gulf Worker, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Hercules Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |
| **Star Marine, LLC**<br>**2623 SE Evangeline Thrwy**<br>**Lafayette, LA 70508** | **LBC Credit Partners**<br>**Attn: Chris Calabrese**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104-2868** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Codebtors