**UNITED STATES BANKRUPTCY COURT**
**WESTERN  DISTRICT OF LOUISIANA - LAFAYETTE/OPELOUSAS DIVISION**

| | | |
|---|---|---|
| IN RE: | * | NO: 10-50713 |
| | | |
| GULF FLEET HOLDINGS, INC., ET AL. | * | Jointly Administered (with Case Nos. 10-50714, 10-50715, 10-50716, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, and 10-50723) |
| | | |
| DEBTORS | * | CHAPTER 11 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), and 9010(b), the undersigned hereby requests that appearance of the undersigned be entered on behalf of Bank of America, N.A.,  and placed on the Court's mailing list and e-mail notice list in the captioned matter; that all notices given and required to be served in this case and any other pleadings brought before the Court with respect to these proceedings, be sent to:

> BERRIGAN, LITCHFIELD, SCHONEKAS,
> MANN & TRAINA,  L.L.C.
>
> BY:      /s/Arthur S. Mann, III
>       ARTHUR S. MANN, III (#9094)
>       201 St. Charles Avenue, Suite 4204
>       Place St. Charles
>       New Orleans, LA  70170
>       504/568-0541
>       ATTORNEY FOR BANK OF AMERICA N.A.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA - LAFAYETTE/OPELOUSAS DIVISION**

| | | |
|---|---|---|
| IN RE: | * | NO: 10-50713 |
| GULF FLEET HOLDINGS, INC., ET AL. | * | Jointly Administered (with Case Nos. 10-50714, 10-50715, 10-50716, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, and 10-50723) |
| DEBTORS | * | CHAPTER 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appearance and Request for Notice filed by Bank of America, N.A., has been served via electronic mail to the parties listed below:

Christopher T. Caplinger, on behalf of Debtor
ccaplinger@lawla.com

U.S. Trustee, Western District
USTPRegion05.SH.ECF@usdoj.gov

I do hereby further certify that a copy of the Notice of Appearance and Request for Notice, filed by Bank of America, N.A., has been served by first class U.S. Mail, postage prepaid, to the parties listed below:

Gulf Fleet Management, LLC and Michael A. Hillman, 2623 SE Evangeline Thrway, Lafayette, LA 70508, Debtor, Debtor.

New Orleans, Louisiana this 12th day of October, 2010.

BERRIGAN, LITCHFIELD, SCHONEKAS,
MANN & TRAINA, L.L.C.

BY:    /s/Arthur S. Mann, III
      ARTHUR S. MANN, III (#9094)
      201 St. Charles Avenue, Suite 4204
      Place St. Charles
      New Orleans, LA 70170
      504/568-0541