UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA - LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | NO: 10-50713 |
| GULF FLEET HOLDINGS, INC., ET AL. | * | Jointly Administered (with Case Nos. 10-50714, 10-50715, 10-50716, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, and 10-50723) |
| DEBTORS | * | CHAPTER 11 |

*************************************************************************

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that Bank of America, N.A. has filed a Motion to lift the Stay in the above referenced matter.

**NOTICE IS FURTHER GIVEN** that a hearing is set before the Honorable Robert Summerhays, at the United States Bankruptcy Court, 214 Jefferson Street, Suite 100, Lafayette, Louisiana on the 9th day of November, 2010 at 10:00 o'clock a.m., to consider and rule on said Motion and any written opposition thereto. A hearing will be held on the Motion IF AND ONLY IF an Answer, Objection or Opposition to the Motion is filed with the Clerk's Office and mailed to Movant's counsel named below within seventeen (17) days of the date of mailing shown on Movant's certificate of mailing of the Motion to Lift the Stay. **The final date to answer, object or oppose the Motion, referred to as the RESPONSE DEADLINE, is October 29, 2010.**

NEW ORLEANS, LOUISIANA this 12th day of October, 2010.

        BY ORDER OF THE COURT:

        BERRIGAN, LITCHFIELD, SCHONEKAS,
        MANN & TRAINA, LLC

        BY:    /s/Arthur S. Mann, III
             ARTHUR S. MANN, III (9094)
             201 St. Charles Avenue, Suite 4204
             Place St. Charles
             New Orleans, LA 70170
             504/568-0541

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA - LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | NO: 10-50713 |
| GULF FLEET HOLDINGS, INC., ET AL. | * | Jointly Administered (with Case Nos. 10-50714, 10-50715, 10-50716, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, and 10-50723) |
| DEBTORS | * | CHAPTER 11 |

*****************************************************************************

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Motion for Relief from the Stay or for Adequate Protection, together with all attachments thereto, filed by Bank of America, N.A., together with the Notice of the Hearing of said motion was served via electronic mail to the parties listed below:

Christopher T. Caplinger, on behalf of Debtor
ccaplinger@lawla.com

Stewart F. Peck, on behalf of Debtor
speck@lawla.com

U.S. Trustee, Western District
USTPRegion05.SH.ECF@usdoj.gov

    I do hereby further certify that a copy of the Motion for Relief from the Stay or for Adequate Protection, together with all attachments thereto, filed by Bank of America, N.A., together with the Notice of Hearing of said motion has been served by first class U.S. Mail, postage prepaid, to the party listed below:

Gulf Fleet Management, LLC and Michael A. Hillman, 2623 SE Evangeline Thrway, Lafayette, LA 70508, Debtor.

    New Orleans, Louisiana this 12th day of October, 2010.

                                              BERRIGAN, LITCHFIELD, SCHONEKAS,
                                              MANN & TRAINA, LLC

                                   BY:    /s/Arthur S. Mann, III
                                              ARTHUR S. MANN, III (9094)
                                              201 St. Charles Avenue, Suite 4204
                                              Place St. Charles
                                              New Orleans, LA 70170
                                              504/568-0541