UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-50713 |
| GULF FLEET HOLDINGS, INC., et al. | CHAPTER 11 |
| DEBTORS | (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtors have filed a Second Motion to Increase the Period in Which the Debtors Have to File a Plan of Reorganization and to Increase the Exclusive Period in Which the Plan Is to Be Accepted in Order to Maintain the Exclusive Period.

**PLEASE TAKE NOTICE** that all objections to said Motion must be filed with the Court and served on counsel for the Debtor, Stewart F. Peck, 601 Poydras Street, Suite 2775, New Orleans, Louisiana, 70130, no later than **October 19, 2010.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on said Motion will be held on **the 26th of October 2010 at 10:00 a.m.** in the United States Courthouse, United States Bankruptcy Court for the Western District of Louisiana - Lafayette Division, 214 Jefferson Street, Lafayette, Louisiana 70501.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com
*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Hearing on the Debtors' Motion to Set Bar Date for Claims has been served upon the parties that receive electronic notice via the Court's CM/ECF System, as well as those parties listed on the attached service list via first class mail on this 18th day of October 2010.

_[signature]_

| | | |
|---|---|---|
| Adriatic Marine, LLC<br>P.O. Box 259<br>Harvey, LA 70059 | BNA Marine Services<br>P.O. Box 150<br>Morgan City, LA 70380 | BrasCrew service deRecrutamento<br>Av. Venezuela<br>27-10 andar-Centro<br>Rio de Janeiro Cep: 20.081-311<br>Brasil |
| Coastal Distributors, Inc.<br>503 Amarillo Drive<br>Houma, LA 70360 | Coastal States FFST, Inc.<br>P.O. Box 1293<br>Amelia, LA 70340-1293 | Cummins Mid-South, LLC<br>P.O. Box 842316<br>Dallas, TX 75284-2316 |
| Doerle Food Services, LLC<br>113 Kol Drive<br>Broussard, LA 70518 | Fleet Operators, Inc.<br>P.O. Drawer 350<br>Morgan City, LA 70381 | FPS, Inc - New Orleans<br>821 Industry Road<br>Kenner, LA 70062 |
| Genesis Offshore<br>P.O. Box 1660<br>Gray, LA 70359 | Hudson Offshore<br>P.O. Box 1781<br>Morgan City, LA 70381 | NREC Power Systems<br>P.O. Box 3016<br>Houma, LA 70361 |
| Odyssea Marine, Inc.<br>2500 City West Blvd., Ste 1225<br>Houston, TX 77042 | Port Logistic Agencia Maritima<br>Av. Venezuela, 27-10 andar<br>Centro-Rio de Janeiro<br>Cep: 20.081-311<br>Brasil | Qorval<br>2210 Vanderbilt Beach Road<br>Suite 1206<br>Naples, FL 34109 |
| Star Tech Marine Electronics, Inc.<br>Fidelity Working Capital, LLC<br>P.O. Box 2671<br>Baton Rouge, LA 70821 | Stewart Supply, Inc.<br>P.O. Drawer L<br>Morgan City, LA 70381 | Thoma-Sea Ship Builders, LLC<br>P.O. Box 399<br>Bourg, LA 70343 |
| Vacco Marine, Inc.<br>P.O. Box 8032<br>Houma, LA 70361 | White & Case LLP<br>200 South Biscayne Blvd.<br>Suite 4900<br>Miami, LA 33131 | Bank of America, N.A.<br>GA&-903-03-03<br>1355 Windward Concourse<br>Alpharetta, GA 30005 |
| Bank One Equity Investors-Bidco, Inc.<br>Attn: Nemo Viso<br>236 Third Street<br>Baton Rouge, LA 70801 | Bank of America<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 | Brightpoint Capital<br>Attn: Jeff Zanarini<br>1001 Brickell Bay Drive<br>32nd Floor<br>Miami, LA 33131 |
| LBC Credit Partners<br>Attn: Chris Calabrese<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104-2868 | Comerica Bank<br>Attn: David Balderach<br>910 Louisiana Street, Ste 410<br>Houston, TX 77002 | Comerica Bank<br>P.O. Box 650282<br>Dallas, TX 75265-0282 |
| Office of the United States Trustee<br>300 Fanin Street, Room 3196<br>Shreveport, LA 71101 | R. Patrick Vance<br>Mark A Mintz<br>Jones, Walker, Waechter, et al<br>201 St. Charles Ave., 49th Floor<br>New Orleans, LA 70170 | Henry A. King, Timothy S. Madden &<br>Robert J. Stefani<br>King, Krebs & Jurgens, P.L.L.C.<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA 70170 |

Joseph P. Hebert
Liskow & Lewis
P.O. Box 52008
Lafayette, LA 70505-2008

Steven J. Solomon
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, LA 33131

Phillip K. Jones
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139

Alan H. Katz, Asst. General Counsel
Entergy Services, Inc.
639 Loyola Ave., 26th Floor
New Orleans, LA 70113

Michael J. McGinnis
El Paso Corporation
1001 Louisiana, Suite 1540B
Houston, TX 77002

H. Kent Aquillard
P.O. Box 391
Eunice, LA 70535

Thomas S. Henderson
Burleson Cooke, LLP
711 Louisiana, suite 1701
Houston, TX 77002

William P. Gibbens
Schonekas, Evans, McGoey & McEachin
650 Poydras Street, Ste 2105
New Orleans, LA 70130

Bayou State Marine & Indus Supply
c/o Craig A. Ryan
Onebane Law Firm
1200 Camellia Blvd., Suite 300
Lafayette, LA 70508

Alber J. Derves, IV
The Derbes Dirm, L.L.C.
3027 Ridgelake Drive
Metairie, LA 70011-8176

Melanie M. Mulcahy
The Derbes Dirm, L.L.C.
3027 Ridgelake Drive
Metairie, LA 70011-8176

Alan H. Goodman
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130

Timothy S. Mehok
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA 70130

Joel Babineaux
1201 Camellia Blvd., Ste 300
Lafayette, LA 70508

C. Berwick Duval, II
Duval, Funderburk, Sundbery,
Lovell & Watkins
P.O. Box 3017
Houma, LA 70361

Lucas Gaskamp
Sullins & Johnston
3200 Southwest Freeway, Suite 2200
Houston, TX 77027

J. Eric Lockridge
Kean Miller Hawthorne
D'Armond McCowan & Jarman
P.O. Box 3513
Baton Rouge, LA 70821-3513

Arthur S. Mann, III
Berrigan, Litchfield, Schonekas, Mann &
Traina, L.L.C.
201 St. Charles Ave., Suite 4204
New Orleans, LA 70170