UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-50713 |
| GULF FLEET HOLDINGS, INC., *et al.* | CHAPTER 11 |
| DEBTORS | (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtors have filed the Motion for an Order Authorizing the Sale of the Gulf Sabre to Bank One Equity Investors, Inc. - BIDCO, or Other Successful Bidder, Free and Clear of All Liens, Claims, Encumbrances and Interests ("*Motion*") in the above captioned matter.

**PLEASE TAKE NOTICE** that all objections to said Motion must be filed with the Court and served on counsel for the Debtor, Stewart F. Peck, 601 Poydras Street, Suite 2775, New Orleans, Louisiana, 70130, **no later than seven (7) days prior to the hearing** on said Motion.

**PLEASE TAKE FURTHER NOTICE** a hearing on said Motion will be held on **the 4th of January 2011 at 10:00 a.m.** in the United States Courthouse, United States Bankruptcy Court for the Western District of Louisiana - Lafayette Division, 214 Jefferson Street, Lafayette, Louisiana 70501.

Respectfully Submitted,

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | /s/ Stewart F. Peck<br>STEWART F. PECK (#10403)<br>CHRISTOPHER T. CAPLINGER (#25357)<br>BENJAMIN W. KADDEN (#29927)<br>JOSEPH P. BRIGGETT (#33029)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com; jbriggett@lawla.com<br>*Attorneys for the Debtors* |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Hearing has been served upon the parties that receive electronic notice via the Court's CM/ECF System, as well as those parties listed on the attached service list via first class mail on this 21 day of December 2010.

/s/ Stewart F. Peck

2

Bayou State Marine & Indus. Supp
c/o Craig Ryan
1200 Camellia Blvd., Ste. 300
Lafayette LA 70508

Coastwide Electric Inc
c/o Allen McElroy Jr.
P.O. Box 208
Berwick, La. 70342

Express Weld, L.L.C.
18692 West Main Street
Galliano, LA 70354

Greenwood Marine Mgmt., Inc.
P. O. Box 505
Morgan City, LA 70381

Spectro-Scan, Inc.
109 Cleveland Street
Houma, LA 70363

| | | |
|---|---|---|
| Bank of America, N.A.<br>201 St. Charles Avenue, Suite 4204<br>New Orleans, LA 70170 | Brightpoint Capital Partners Master Fund, L.P.<br>c/o Steven J. Solomon, Esq.<br>Gray Robinson, P.A.<br>1221 Brickell Avenue, Ste. 1600<br>Miami, Fl 33131 | Crowe Horwath LLP<br>POB 22649<br>Louisville, KY 40252-0649 |
| El Paso E&P Company, L.P.<br>c/o Michael J. McGinnis<br>1001 Louisiana #1540B<br>Houston, TX 77002 | Entergy Services, Inc.<br>Flatiron Capital, a division of Wells Fargo Bank<br>McGlinchey Stafford<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 | Force Power Systems, LLC<br>Frilot, LLC<br>1100 Poydras St #3700<br>New Orleans, LA 70163 |
| LBC Credit Partners II, L.P.<br>Lee Felterman and Associates, LLC<br>POB 1186<br>Patterson, LA 70392 | Odyssea Marine, Inc.<br>2500 City West Blvd.<br>Suite 1225<br>Houston, TX 77042 | Rio Marine, Inc.<br>Star Marine, LLC<br>2623 SE Evangeline Thrwy<br>Lafayette, LA 70508 |
| Vacco Marine, Inc.<br>Post Office Box 8032<br>213 Thompson Road<br>Houma, LA 70361 | William Blair & Company, LLC<br>222 West Adams Street<br>Chicago, IL 60606 | A&L Fastener & Supply Inc.<br>P.O. Box 2836<br>Morgan City, LA 70381 |
| A.B. Dock Services, Inc. | ABSG Consulting Inc.<br>106 Kol Drive<br>Unit F<br>Broussard, LA 70518 | AIM Technologies, LLC<br>P.O. Box 201614<br>Houston, TX 77216 |
| ATP Oil & Gas Corporation<br>P.O. Box 51776<br>Lafayette, LA 70505 | Abe's Boat Rental, Inc.<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Abita Springs water Company<br>POB 727<br>Golden Meadow LA 70357 |
| Acadiana Center for Ortho<br>P.O. Box 53983<br>Lafayette, LA 70505 | Action Specialtis, LLC<br>141 James Comeaux Rd.<br>Lafayette, LA 70508 | Adams Towing Corporation<br>P.O. Box 415000<br>Nashville, TN 37241 |
| Adriatic Marine, LLC<br>706 Teche Road<br>Morgan City, LA 70380 | Advanced Logistics, LLC<br>P. O. Box 259<br>Harvey, LA 70059 | Aimsco, Inc.<br>2014 West Pinhook Rd.<br>Suite 310<br>Lafayette, LA 70508-3289 |
| Air Control - Valve Service, Inc<br>Despachos Andrade Ltd<br>av. Rio Branco, 186 SI 103<br>Centro-Aracaju, SE-CEP:49010-9467 | Al Ledeaux<br>P.O. Box 80048<br>Baton Rouge, LA 70898 | Alan H. Goodman<br>P.O. Box 8513<br>Spring, TX 77387 |
| All Star Signs & Specialties LLC<br>P.O. box 244015<br>Montgomery, AL 36124-4015 | Alliance Marine Design, LLC<br>Co of Louisiana Dept. 847<br>P. O. Box 3108<br>Houston, TX 77253 | Alrford Air Cond. Co., Inc.<br>1070 Section 28 Rd<br>Saint Martinville, LA 70582 |

| | | |
|---|---|---|
| American Claims Services, Inc.<br>5814 Heffernan<br>Houston, TX 77087 | American Express<br>P.O. Box 660462<br>Dallas, TX 75266 | American Supply Co of Morgan Cty<br>P.O. Box 1490<br>Morgan City, LA 70381 |
| Anadarko Petroleum Corporation<br>Station 1 Box 10254<br>Houma LA 70363 | Andrew Goodwin<br>820 Gessner #1050<br>Houston TX 77024 | Anglo Suisse Offshore Partners, LLC<br>P.O. Box 58645<br>Houston, TX 77258 |
| Apache Corporation<br>116 Stutes Road<br>Duson, LA 70529 | Applied Drilling Technology, Inc.<br>75 Remittance Dr., Suite 1943<br>Chicago, IL 60675-1943 | Aries Marine & Industrial Sales<br>1515 N. Bertrand<br>Lafayette, LA 70506 |
| BHP Petroleum (Americas)Inc.<br>4200 Research Forest Dr #230<br>Spring TX 77381 | BRAND - Tesco A Brand Co.<br>P.O. Box 9001949<br>Louisville, KY 40290 | Baileys Catering, LLC<br>P.O. Box 150<br>Morgan City, LA 70380 |
| Bank One Equity Investors – Bidco, Inc.<br>740 David Drive, Suite B<br>Morgan City, LA 70380 | Bank One Equity Investors - BIDCO, Inc.<br>5250 Veterans Memorial Blvd.<br>Metairie, LA 70006 | Bank of America<br>Philip K. Jones, Jr.<br>Liskow & Lewis<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139 |
| Bank of America, NA<br>201 St. Charles Avenue, Suite 4204<br>New Orleans, LA 70170 | Bartolo De Los Santos Gonzales<br>GA&-903-03-03<br>1355 Windward Concourse<br>Alpharetta, GA 30005 | Bayou Signs Outdoor, LLC<br>90 Louis Prima Drive<br>Suite B<br>Covington, LA 70433 |
| Bayou State Marine & Industrial Supply, Inc.<br>Department AT 952597<br>Atlanta, GA 31192-2597 | Bengal Aviation Mgt. Svcs., LLC<br>P.O. Box 343<br>Erath, LA 70533 | Bengal Barges, LLC<br>2605 N. Concord Rd.<br>Belle Chasse, LA 70037 |
| Billotte James<br>P.O. Box 81593<br>Lafayette, LA 70598 | Bise Aaron<br>P.O. Box 81593<br>Lafayette, LA 70598 | Blue Fin Logistics, LLC<br>5224 Ave S<br>Galveston TX 77551 |
| Bluewater Rubber & Gasket Co.<br>P.O. box 261798<br>Baton Rouge, LA 70826 | Bohm Ralph<br>P.O. Box 1108<br>Broussard, LA 70518 | Bollinger Shipyards, Inc.<br>3331 Pinhook Rd.<br>Lafayette, LA 70508 |
| Boudreaux Dennis<br>600 Travis St., Ste. 6275<br>Houston TX 77002 | Brady Schexnider<br>POB 619<br>Lockport LA 70374 | Bray Sean<br>1100 Poydras<br>Suite 1250<br>New Orleans, LA 70163 |

Breaux Petroleum Product, Inc.
Av Venezuela, 27-10 andar Centro
Rio de Janeiro
Cep 20.81-311
Brasil

Brieden Michael
28316 Rose Oak Street
Ponchatoula, LA 70454

Brightpoint Capital Master Fund, LP
POB 589
Lockport LA 70374

Brightpoint Capital Master Fund, LP
Attn: Jeff Zanarini
1001 Brickell Bay Drive
32nd Floor
Miami, FL 33131

Brightpoint Capitol Partners Master Fund, L.P.
c/o Peter A. Kopfinger
One American Place
301 Main St., #1600
Baton Rouge LA 70801-1916

Bruce Jason
c/o Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave., Ste. 1600
Miami, FL 33131

Bulkley Chad
104 Avenue C

Bush Brian
3651 Oak Bay Road
Port Hadlock, WA 98339

Butler Aviation, Inc.
P.O. Box 278
Bridge City, TX 77611-0278

C&G Boat Inc.
299 B Cities Service Highway
Sulphur, LA 70663

C.J.C., Inc.
1171 Camp Street
New Orleans, LA 70130

C.R.D.U.
P.O. Box 4869
Houston, TX 77210-4869

CT Corporation
P.O. Box 90183
Lafayette, LA 70509

Cal Dive International Inc.
State of California
State Disbursement Office
West Sacramento, CA 95798-9067

Callon Petroleum Co
221 Railroad Avenue
Morgan City, LA 70380

Canon Financial
211 Liberty Avenue
Apt. 1015
Lafayette, LA 70508

Canvas Designers
Calle 61 No. 5 Entre C 26 y 38
Colonia Miami, C.P. 24120
Cd. del Carmen, Campeche Mexico

Carl J. Gauthreaux
14904 Collections Center Dr.
Chicago, IL 60693

Carmen Dimas
200 Bradywine Blvd.
Thibodaux, LA 70301

Casimere Berwick Jr.
2604 Glenlea Street
Lake Charles, LA 70605

Cavalier Business Communications
P.O. Box 935076
Atlanta, GA 31193-5076

Central Dispatch, Inc.
1316 Ansley Place
Houma, LA 70360

Chance Thigpen
9 Dallas Drive
Houma, LA 70360

Christopher Dorgan
Suite 2800 Lakeway III
3838 N Causeway Blvd
Metairie LA 70002

Chubb Group of Insurance Co.
6153 Hollywood Street
Jupiter, FL 33458

Cintas First Aid & Safety
102 Gerald Drive
McComb, MS 39648

Clarke Roberto
P.O. Box 91508
Lafayette, LA 70509-2590

Coastal Distributors, Inc.
POB 3157
Houma LA 70361

Coastal Logistics, LLC
700 A O Rappelet Rd.
Golden Meadow, LA 70357

Coastal Refrigeration & A/C
P.O. Box 7054
Houma, LA 70361

| | | |
|---|---|---|
| Coastal Tank Cleaning LLC<br>20995 Coastal Pkwy.<br>Gulfport, MS 39503 | Coastal Wire Rope & Supply<br>P.O. Box 1293<br>Amelia, LA 70340-1293 | Coating Systems and Supply Inc.<br>P.O. Box 10537<br>New Iberia, LA 70562 |
| Cobra Professionals, Inc.<br>P.O. Box 1076<br>Amelia, LA 70340 | Cochran Technologies, Inc.<br>Two Post Oak Central<br>1980 Post Oak Blvd., Ste. 1200<br>Houston TX 77056 | Coldrfen Resources, LLC<br>P.O. Box 99001<br>Denham Springs, LA 70727 |
| Comerica Bank<br>49130 Turnpike Road<br>Folsom, LA 70437 | Comerica Bank<br>122 Syrup Row<br>Lafayette, LA 70508 | Comerica Mastercard<br>P.O. Box 650282<br>Dallas, TX 75265-0282 |
| Comfort Inn<br>c/o R. Patrick Vance<br>Jones Walker<br>201 St Charles Ave 49th Fl<br>New Orleans, LA 70170 | Comfort Inn (LA 173)<br>1421 S.E. Evangeline Thruway<br>Lafayette, LA 70501 | Compliance Background Screening<br>SE Quad Hwy 57 & Industrial<br>Houma, LA 70360 |
| ConDive, LLC<br>Attn: 333 Clay Street, Ste. 4400<br>Houston, TX 77002 | Conrad Shipyard, LLC<br>P.O. Box 80008<br>Lafayette, LA 70598 | Control Fire & Safety, Inc.<br>P.O. Box 2572<br>Morgan City, LA 70381 |
| Cook William<br>1100 Poydras St., Suite 2615<br>New Orleans, LA 70163 | Coral Marine Services, Inc.<br>P.O. Box 160461<br>Mobile, AL 36616 | Courtney Donald<br>P.O. Box 2067<br>Lafayette, LA 70502 |
| Crossroads Orthopaedic Subsec<br>104 NE 3rd Street<br>Oak Island, NC 28465 | Crowe Horwath LLP<br>P.O. Box 9001079<br>Louisville, KY 40290-1079 | Crown Decal Printers<br>1107 General Mouton<br>Lafayette, LA 70501 |
| Cummins Mid-South LLC<br>P.O. Box 145415<br>Cincinnati, OH 45250 | Custom Specialites, LLC<br>200 Julian Circle<br>Lafayette, LA 70507 | D&D Divers, Inc.<br>PO Box 842316<br>Dallas, TX 75284-2316 |
| D.M.H. Enterprises, LLC<br>PO Box 1259<br>Broussard, LA 70518 | DJ LeBlanc LLC<br>9535 East Main Street<br>Houma, LA 70363 | DMH Leasing, Inc./ Darlene Hillman<br>PO Box 60036<br>Los Angeles, CA 90060 |
| Darwin Robertson<br>PO Box 81593<br>Lafayette, LA 70598 | David Fredy<br>3050 Post Oak Blvd #1700<br>Houston TX 77056 | David's Plumbing Repairs, Inc.<br>Sheriff & Tax Collector<br>PO Box 571<br>Franklin, LA 70538 |

| | | |
|---|---|---|
| Day's Inn - Lafayette<br>912 Creekside Dr. (S)<br>Irvington, AL 36544 | Delta Lab & Gas Testing, Inc.<br>8136 Lode Star Avenue<br>Pensacola, FL 32514 | Delta Steel and Subsidiaries<br>7408 HWY 182 East<br>Morgan City, LA 70380 |
| Department of Social Services<br>Dept. 5335<br>PO Box 4228<br>Houston, TX 77210 | Dept. of Public Safety<br>PO Box 82327<br>Lafayette, LA 70598 | Devon Energy Production Company LP<br>Management & Finance<br>PO Box 4311<br>Baton Rouge, LA 70821 |
| DiBenedetto John<br>303 S. Young St.<br>Abbeville, LA 70510 | Diesel Lne Cambui<br>P. O. Box 149<br>Chanute, KS 66720 | Discovery Group<br>P. O. Box 1286<br>Morgan City, LA 70381 |
| Don Abney, Inc.<br>PO Box 82599<br>Lafayette, LA 70598-2599 | Donovan Marine, Inc.<br>Christie Boutte<br>113 Kol Drive<br>Broussard LA 70518 | Downey Engineering Corp.<br>1023 2nd Street, Apt. 3<br>Morgan City, LA 70380 |
| Dreyfus-Cortney, Inc. d/b/a DCL Mooring & Rigging<br>406 Holly Rd.<br>Ocean Springs, MS 39564 | Dufour Laskay & Strouse<br>Dept AT 952582<br>Atlanta, GA 31192-2597 | Duggar Joseph<br>P. O. Box 3775<br>Houma, LA 70361 |
| E.J. Fields Machine Works, Inc.<br>1304 E. Bayou Parkway 5B<br>Lafayette, LA 70508 | EJ Halverson & Assoc., Inc.<br>P. O. Box 15111<br>Pensacola, FL 32514 | ES&H Consulting & Trng Group<br>1001 Lafayette St.<br>Houma, LA 70360 |
| El Paso E&P Company L.P.<br>2025 Grand Caillou Rd.<br>Houma, LA 70363 | El Paso Production GOM, Inc.<br>3632 S.E. Leonard Ln.<br>Stuart, FL 34997 | Ely William<br>c/o Michael J. Mginnis<br>El Paso Corporation<br>1001 Louisiana #1540B<br>Houston TX 77002 |
| Energy XXI Services, LLC<br>30348 Hwy. 84 East<br>Whatley, AL 36482 | Ensco Offshore Co<br>Unit 21<br>PO Box 4395<br>Portland, OR 97208-4395 | Entergy Services, Inc.<br>1201 Louisiana #3500<br>Houston TX 77005 |
| Enterprise Field Services, LLC<br>PO Box 8103<br>Baton Rouge, LA 70891 | Eric Strauss<br>1018 Harding Street<br>Suite 105<br>Lafayette, LA 70503 | Exec U Care<br>6468 Foster Street<br>Jupiter, FL 33458 |
| ExtermaTrim Exterminating, Inc.<br>3155 43rd Avenue N<br>Birmingham, AL 35207 | ExxonMobile Marine Lubricants<br>18692 West Main Street<br>Galliano, LA 70354 | FPS. Inc.-New Orleans<br>P. O. Box 8500 K-120<br>Philadelphia, PA 19178 |

| | | |
|---|---|---|
| Fabreeka International<br>P. O. Box 9022<br>Houma, LA 70360 | Fastenal Industrial & Const.<br>P. O. Box 879<br>Harvey, LA 70059 | Felder LaQuentin<br>13430 Northwest Freeway #800<br>Houston TX 77040 |
| Ferris' A-1 Glass Shop, Inc.<br>127 Mccain Road<br>Lake Charles, LA 70607 | Fidelity Investments Inst.<br>6363 West Airport Blvd.<br>Apt. 1804<br>Houston, TX 77004 | Fink Robert<br>230 W. Wilkerson Ferry Rd.<br>Lucedale, MS 39452 |
| Fire Protection Service, Inc.<br>P. O. Box 33003<br>Saint Petersburg, FL 33733 | First National Bank of Louisiana<br>P. O. Box 60639<br>Lafayette, LA 70596 | Flatiron Caplital<br>116 B Foreman Drive<br>Lafayette, LA 70506 |
| Fleet Operators, Inc.<br>c/o Richard Aguilar<br>601 Poydras St., 12th Floor<br>New Orleans LA 70130 | Fleming Dixie<br>P. O. Box 350<br>Morgan City, LA 70380 | Flowers James<br>P. O. Box 9055<br>Houma, LA 70361 |
| Force Power Systems, LLC<br>211 Darolina St.<br>Thibodaux, LA 70301 | FowlerWhite Burnett<br>816 Omega Drive<br>Lafayette, LA 70506 | Frank Smith<br>707 17th Street, Ste. 3600<br>Denver CO 80202 |
| Freddy Santiago Delgado<br>17 Warner Place<br>Palm Coast, FL 32164 | Fugro Geoteam AS<br>1A Mximo Gomez, Manzanillo<br>Manzanillo, Monte Christi<br>Dominican Republic | Fuller George<br>1100 Poydras Street<br>Suite 3600<br>New Orleans, LA 70163 |
| GHX Industrial, LLC<br>Hoffsveien 1 C<br>POB 490 Skoyen<br>N-0213 Oslo, Norway | Gardner James<br>P. O. Box 4346<br>Houston, TX 77210 | Gates David<br>Av. Rio Branco<br>45 Salas 2507/2508<br>C Rio de Janeiro/RJ-CEP 200090 |
| Genesis Offshore<br>Through his attorney R. Todd Elias<br>Gordon, Elias & Seely, LLP<br>1811 Bering Dr #300<br>Houston TX 77057 | Genesis Offshore, LLC<br>P. O. Box 3073<br>Harvey, LA 70058 | Germanischer Lloyd (USA), Inc.<br>Eric P. Tanzberger<br>807 Lakespur Drive<br>Sugar Land TX 77479 |
| Glass Alvin<br>45467 Pine Brooke Drive<br>Hammond, LA 70401 | Global Training & Env., Inc.<br>PO Box 41<br>Charenton, LA 70523 | Gondron James<br>P. O. Box 224<br>Spring, TX 77382 |
| Grainger<br>3206 Cowan Road<br>Panama City, FL 32409 | Grasso Production Management<br>918 Lancaster Lake Drive<br>Houston, TX 77073 | Greater Lafourche Port Commissio<br>c/o Timothy S. Madden<br>King, Krebs & Jurgens PLLC<br>201 St. Charles Avenue 45th Floor<br>New Orleans, LA 70170 |

| | | |
|---|---|---|
| Green Marine & Ind. Equip. Co.,<br>108 A O Rappelet Rd<br>Port Fourchon LA 70357 | Griffin Travel<br>108 Warwicke<br>Lafayette, LA 70508 | Guidry's Welding Services, Inc.<br>P. O. Box 505<br>Morgan City, LA 70381 |
| Guilbeau Gulf, Inc.<br>1200 Smith St., Ste. 1700<br>Houston TX 77002 | Guity Pablo<br>P. O. Box 678<br>Cut Off, LA 70345 | Gulf Copper & Manufacturing Corp<br>P. O. Box 747<br>Golden Meadow, LA 70357 |
| Gulf Fleet Financing, LLC/H.I.G. Gulf Fleet Acquisition LLC<br>P. O. Box 161134<br>Mobile, AL 36616 | H.I.G. Capital<br>Attn: Jeff Zanarini<br>1001 Brickell Bay Drive<br>32nd Floor<br>Miami, FL 33131 | Haliburton Energy Services, Inc.<br>102 Mizelle Street<br>Lafayette, LA 70503 |
| Harkness, Jay<br>P. O. Box 12801<br>New Iberia, LA 70562 | Harris Electric Inc.<br>701 Sl Alexander Street<br>New Orleans, LA 70119 | Harry Fluker<br>412 Magnolia Street<br>Opelousas, LA 70570 |
| Heister Henry<br>P. O. Box 2138<br>Morgan City, LA 70381 | Hercules Wire Rope & Sling Co.,<br>2220 Peach Lane<br>Pasadena, TX 77502 | Hi Pressure Cleaning Systems,Inc<br>655 Lancewood Drive West<br>Mobile, AL 36609 |
| Hilcorpy Energy Co<br>1185 Avenue of the Americas, 40th Fl<br>New York NY 10036 | Hillman, Grant<br>P. O. Box 61925<br>Lafayette, LA 70596 | Himel Motor Supply<br>Hillman Investment Mgmt., LLC<br>P. O. Box 81593<br>Lafayette, LA 70598 |
| Holiday Inn Express Harvey<br>111 Kimball Drive<br>Lafayette, LA 70508 | Houghton James<br>c/o Cheryl L. Wild, Esq.<br>650 Poydras St., Suite 2005<br>New Orleans, LA 70130 | Hudson Cameron<br>P. O. Box 9157<br>Houma, LA 70361 |
| Hudson Drydocks, Inc.<br>P. O. Box 10459<br>New Orleans, LA 70181 | Hunter Kathleen<br>P. O. Box 1781<br>Morgan City, LA 70381 | Hunto Oil Company<br>11 Rollins Drive<br>Palm Coast, FL 32137 |
| Hutchison Hayes, L.P.<br>212 Elm Drive<br>Raceland, LA 70394 | ICL Investigations, Inc.<br>1111 Medical Center Blvd. N705<br>Marrero, LA 70072 | ING Capitall<br>Sheriff and Ex-Officio Tax Colle<br>302 Main Street<br>Belle Chasse, LA 70037 |
| Iberia Marine Service LLC<br>P. O. Box 1222<br>Patterson, LA 70392 | Industrial Alliance Svcs., LLC<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | International Marine Systems<br>99 W Martial Ave<br>Lafayette LA 70508 |

Intertek USA, Inc.
608 Hangar Drive
New Iberia, LA 70560

J. Wayne Plaissance
22429 Network Place
Chicago, IL 60673

Jaime Nicolas Upalia Olguin
18938 Live Oak Rd
Abbeville LA 70510

Jan M. Villemarette
2222 Westerland Drive
Apt. 95
Houston, TX 77063

Jenkins Hy7draulics, Inc.
6911 Anderson Road
Athens, AL 35614

John Jison
2304 Merril St
Abbeville LA 70510

Johnny's Propeller Shop, Inc.
6300 Old Canton Road
Building 11 #208
Jackson, MS 39211

Jose Maria Manrique Torres
Dept. 322
P. O. Box 4869
Houston, TX 77210

Jose Sanchez Rios
AV. 21 oriente
#2010 Col Azcarate
Puebla, Puebla, Mexico 72500

Joseph Cornelius
Rio vsumacinta # 425
Col. Lomas de Rio Medio C.P.
Veracruz, Veracruz, Mexico 91830

Juan Manuel Orta Flores
Julio Rebolledo #282 Esq.
Fracc. Hortalizas
Veracruz, Veracruz, Mexico 91808

K & K Offshore, LLC
Ote No. 8 # 332
CD Del. Carmen
Campeche, Mexico 24120

KVH Industries
Air Conditioning, Inc.
P. O. Box 1620
Houma, LA 70361

Keith Carlson
P. O. Box 778
Cut Off, LA 70345

Kenneth D. Cox
P. O. Box 741040
Atlanta, GA 30374

Kerry Duke
6610 Pepper Lane
Lumberton, TX 77657

Kilgore Marine Services, Inc.
P. O. Box 660579
Dallas, TX 75266

Kongsberg Maritime Inc.
Marine Services, Inc.
POB 1412
Larose LA 70373

Kristi K. Cornelius
POB 4315
Houma LA 70361

L&L Oil & Gas Services, LLC
209 Roselawn Blvd.
Lafayette, LA 70503

LA Dept of Revenue
310 St Charles St
Houma La 70361

LLOG Exploration & Production Co., LLC
Sheriff & Ex-Officio Tax Collect
P. O. Drawer 1670
Houma, LA 70361

LWCC
Attention Chris Calabrese
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2868

Laborde Products, Inc.
Lafayette Utilities System
P. O. Box 4024
Lafayette, LA 70502

Lafayette Locksmith Service Inc
One Petroleum Center
Suite 200
Lafayette, LA 70503

Lafayette Parish Sheriff
1107 Ninth Street
Lafayette, LA 70598

Lafayette Restaurant Supply, Inc
Sales Tax Division
P. O. Box 52706
Lafayette, LA 70505

Lafourche Parish Sheriff's Offic
P. O. Box 61046
New Orleans, LA 70161

Langlinais Derrick
Lafourche Parish School Board
Sales & Use Tax Department
Thibodaux, LA 70302

Laquinta Inn
416 Normandy
Lafayette, LA 70503

| | | |
|---|---|---|
| LeBlanc & Associates, Inc.<br>200 Pinnacle Parkway<br>Covington, LA 70433 | Lenin Chavez Reyes<br>P. O. Box 11610<br>New Iberia, LA 70562 | Lloyd Winners<br>P.O. Box 1470<br>Broussard LA 70518 |
| Lopez Terrance<br>P. O. Box 2725<br>Morgan City, LA 70381 | Louisiana Breakers LLC<br>105 Little Flower Lane #4<br>Bayou Vista, LA 70380 | Louisiana Department of Revenue<br>8800 Broadway Street<br>Apt. 5132<br>Houston, TX 77061 |
| Louisiana Machinery<br>P. O. Box 60730<br>New Orleans, LA 70160 | Lowry's Printing & Copying<br>Financial Services Division<br>P. O. Box 4311<br>Baton Rouge, LA 70821 | M A H Enterprises, LLC<br>Office of Unemployment Insurance<br>P. O. Box 94050<br>Baton Rouge, LA 70804 |
| MEI Equipment, Inc.<br>P. O. Box 1215<br>Youngsville, LA 70592 | Machine Support USA<br>Marine Electrical Company<br>187 Malibu Drive<br>Port Lavaca, TX 77979 | Malek Inc.<br>P. O. Box 266334<br>Houston, TX 77207 |
| Manuel Jessie<br>311 Easy Street<br>Franklin, LA 70538 | Marine Electric LLC<br>320 77th Street<br>Galveston, TX 77554 | Marine Fab & Repair Inc.<br>P.O. Box 448<br>Morgan City LA 70381 |
| Marine Systems, Inc.<br>P. O. Box 337<br>Belle Chasse, LA 70037 | Mariner Energy, Inc.<br>P. O. Box 2468<br>Houma, LA 70361 | Maritech Resources, Inc.<br>3830 Frankford Avenue<br>Panama City, FL 32405 |
| Marlin Energy Offshore, LLC<br>Loma Dez Gallo 9B<br>Lomas, Verdes<br>Xalapa, Veracruz, Mexico 90197 | Martin Midstream Partners, LP<br>608 Elizabeth Street<br>Lockport, LA 70374 | Martinez Jorge<br>3027 Marina Bay Drive<br>Suite 390<br>League City, TX 77573 |
| Matt Hillman<br>100 Barracks, Apt. A<br>Duson, LA 70529 | McMaster-Carr Supply Co.<br>225 E Park Avenue<br>Freeport TX 77542 | MedAire, Inc.<br>2808 Orangewood Drive<br>Abbeville, LA 70510 |
| Merit Energy Company<br>110 Travis St #140<br>Lafayette LA 70503 | Metropolitan Life Ins. Company<br>P. O. Box 4238<br>New Orleans, LA 70178 | Michael D. Williams<br>P. O. Box 804466<br>Kansas City, MO 64180 |
| Michael Prejean<br>c/o Henry A. King and Timothy Madden<br>201 St. Charles Ave 45th Fl<br>New Orleans LA 70170 | Mike Provow<br>451 Moonlight Road<br>Opelousas, LA 70570 | Mogavero Rudy<br>P. O. Box 3093<br>Houston, TX 77253 |

| | | |
|---|---|---|
| Morgan City Rentals<br>Mississippi Dept. of Human<br>Resource Div. of Child Support<br>Jackson, MS 39296 | Motion Industries, Inc.<br>207 Southeast Street<br>Abbeville, LA 70510 | Murphy Exloration & Production Co<br>P. O. Drawer2030<br>Morgan City, LA 70381 |
| NREC Power Systems<br>P. O. Box 5542<br>Thibodaux, LA 70302 | Nat'l Vessel Docomentation Ctr.<br>1042 Paysphere Circle<br>Chicago, IL 60674 | Neches-Gulf Marine, Inc.<br>P. O. Box 15363<br>Albany, NY 12212 |
| Newfield Exploration Company<br>P. O. Box 9786<br>New Iberia, LA 70562 | Nguyen Dien<br>9409 Meadowlark Avenue<br>Ocean Springs, MS 39564 | Nippon Oil Exploration USA, Ltd.<br>5601 Granite Pkwy #1400<br>Plano TX 75024 |
| Noe Cortes Aguilar<br>8835 Brierwood Road<br>Jacksonville, FL 32257 | Northstar Neurology LLC<br>13135 S Dairy Ashford #800<br>Sugar Land TX 77478 | Nunez Angel<br>Av. 5 de mayo No. 714<br>Salina Cruz, Oaxaca, MX 70860 |
| Occupational and Family Medicine of Sout<br>Novus Oil & Gas, LP<br>200 Corporate Blvd<br>Lafayette LA 70508 | Odom Ruben<br>801 Fox Run #1<br>Lafayette, LA 70508 | P. O. Box 81593<br>Lafayette, LA 70598 |
| Dept. 37<br>P. O. Box 4986<br>Houston, TX 77210 | | |

| | | |
|---|---|---|
| Odyssea Marine, Inc.<br>c/o Thomas S. Henderson<br>711 Louisiana #1701<br>Houston TX 77002 | Office of Attorney General<br>TX Child Support SDU<br>P. O. Box 659791<br>San Antonio, TX 78265 | Offshore Oil Services Inc.<br>1608 Old Angleton Road<br>Clute, TX 77531 |
| Offshore Suppliers, LLC<br>P. O. Box 821<br>Metairie, LA 70004 | Oil Purfication Specialists Inc.<br>10856 Lake Forest Dr<br>Conroe TX 77384 | Omega Waste Management Inc.<br>P. O. Box 1377<br>Patterson, LA 70392 |
| Omikron Ship<br>Rua: Evaristo da Veiga<br>29 Centro Niteroi<br>RJ Brasil CEP 24020-280 | Oregon Dept. of Justice<br>Dept. of Justice<br>P. O. Box 14506<br>Salem, OR 97309 | Owens Eldridge<br>P. O. Box 50033<br>Mobile, AL 36605 |
| PBJ Lawn Services<br>11228 Hwy 1<br>Lockport, LA 70374 | PNC Business Credit<br>Attn: Mark Herdman<br>600 Galleria Pkwy, Suite 890<br>Atlanta, GA 30339 | Palm Energy Offshore, LLC<br>3850 N Causeway Blvd #1770<br>Metairie LA 70002 |
| Panama Consulate of New Orleans<br>2615 Energy Centre Bldg.<br>1100 Poydras Street<br>New Orleans, LA 70163 | Parish of Terrebonne<br>Sales and Use Tax Department<br>P. O. Box 670<br>Houma, LA 70361 | Patterson Charles<br>1126 Whispering Sands<br>Port Aransas, TX 78373 |
| Peretti, Steve<br>976 Spanish Moss<br>Pensacola, FL 32506 | Petroleum Laboratories, Inc.<br>333 East Kaliste Saloom Road<br>Lafayette, LA 70508 | Phil Guilbeau Offshore, Inc.<br>17918 Highway 3235<br>Galliano, LA 70354 |
| Phoenix International, Inc.<br>375 Hwy 182<br>Morgan City LA 70380 | Picou Douglas<br>3201 Karen Drive<br>Morgan City, LA 70380 | Pirak John<br>20713 - 40th Drive SE<br>Bothell, WA 98021 |
| Plaquemines Port, Harbor & Termi<br>Edna LaFrance Office Building<br>124 Edna LaFrance Road<br>Braithwaite, LA 70040 | Pogo Producing Co<br>P. O. Box 2504<br>Houston TX 77252 | Port Logistic Agencia Maritima<br>Av. Venezuela, 27-10 andar<br>Centro-Rio de Janeiro<br>Cep: 20.081-311 Brasil |
| Power Panels, Inc.<br>P. O. Box 508<br>Morgan City, LA 70381 | Preferred Anatomic Pathology<br>P.O. Box 52087<br>Lafayette LA 70505 | Primary Occupational Health Services LL<br>2510 North Alex Plaisance Blvd<br>Golden Meadow LA 70357 |
| Production Management Industries, LLC<br>9761 Hwy 90 East<br>Morgan City LA 70380 | Puzar David<br>105 Golf Circle<br>Opp, AL 36467 | Qualitech Service Inc.<br>505 Justa Street<br>Morgan City, LA 70380 |

| | | |
|---|---|---|
| Quality Diesel Services, Inc.<br>P. O. Box 1817<br>Morgan City, LA 70381 | Quality Welding & Fabrication, I<br>P. O. Box 1020<br>Cameron, LA 70631 | Qwest Communications Company, LLC<br>1801 California St Rm 900<br>Attn: Bankruptcy<br>Denver CO 80202 |
| Rachel Russell<br>503 Farmington Drive<br>Lafayette, LA 70503 | Ralph's Ind. Elec. Supplies, Inc<br>P. O. Drawer R<br>Lafayette, LA 70502 | Ramada Inn<br>15350 JFK Blvd.<br>Houston, TX 77004 |
| Randolph Morgan Welding Svc. Inc<br>P. O. Box 804<br>Patterson, LA 70392 | Reama Inc.<br>DBA G & M Welding and Fabricatin<br>P. O. Box 3629<br>Galveston, TX 77552 | Refrigerated Container Sys, Inc.<br>P. O. Box 1519<br>La Porte, TX 77572 |
| Remington Oil and Gas Corporation<br>8201 Preston Rd #600<br>Dallas TX 75225 | Rice Electronics<br>8935 Almeda Genoa<br>Houston, TX 77075 | Richard Graves<br>106 Sudmeu Jo Lane<br>Berwick, LA 70342 |
| Richard's Restaurant Supply<br>P. O. Drawer 4035<br>Houma, LA 70361 | Ridgway's - Lafayette<br>Lockbox 403984<br>Atlanta, GA 30384 | Ripley Dean<br>2346 Holly Ct.<br>Cumming, GA 30041 |
| Rivers and Gulf Marine Surveyors<br>3250 9th Street<br>Harvey, LA 70058 | Robert Fink<br>6201 East Drive<br>Groves, TX 77619 | Robert Premeaux<br>1605 Maple Street<br>Morgan City, LA 70380 |
| Robicheaux Manfacturing, Inc.<br>P. O. Box 616<br>Berwick, LA 70342 | Rolls-Royce<br>200 James Drive W<br>Saint Rose, LA 70087 | Rosewood Rehab<br>626 Verot School Road, Suite E<br>Lafayette, LA 70508 |
| Ross Sanford<br>220 Emile Street<br>Abbeville, LA 70510 | Roy A. Pike<br>280 Brian Circle<br>Mary Esther, FL 32569 | Ruiz David<br>520 N. County Line Road<br>Hobart, IN 46342 |
| Ryan Marine Services, Inc.<br>7500 Harborside Drive<br>Galveston, TX 77554 | Rye, Joseph<br>8990 North Davis Hwy #94<br>Pensacola, FL 32514 | SECON, a Divison of CiviGenics<br>825 Kaliste Saloom Road<br>Suite 100 Brandywine 1<br>Lafayette, LA 70508 |
| SPN Resources, LLC<br>12707 N Freeway #200<br>Houston TX 77060 | Safe House Technologies<br>114 Salsman<br>Lafayette, LA 70506 | Safety & Training Consultants LL<br>219 Venture Blvd.<br>Houma, LA 70360 |

| | | |
|---|---|---|
| Safety Offshore Services, Inc.<br>P. O. Box 4373<br>Houma, LA 70361 | Sagrera Tricia<br>111 Edie Ann Apt. 79<br>Lafayette, LA 70508 | Sam Griffith<br>6075 Sea Grass Lane<br>Naples, FL 34116 |
| Samson Contour Energy E&P, LLC<br>POB 21029<br>Tulsa OK 74121 | Sanchez Jose<br>2130 Hutton Street<br>Houston, TX 77026 | Santos USA Corp<br>Attn: Mr. John Colbert<br>10111 Richmond AVE #500<br>Houston TX 77042 |
| Saul Fernando Reyes Flores<br>Chihuahua #109<br>Unidad Nacional<br>Madero, Tamaulipa, Mexico | Schottel, Inc.<br>190 James Drive East<br>Saint Rose, LA 70087 | SeaMar Divers, Inc.<br>POB 740976<br>Sugar Land TX 77478 |
| Sentinel Control Technologies In<br>402 Bayou Blue Road<br>Houma, LA 70364 | ServiceMaster Bldg. Maintenance<br>P. O. Box 80783<br>Lafayette, LA 70598 | Sewart Supply Inc<br>POD L<br>Morgan City LA 70381 |
| Shannon Hardware<br>P. O. Box 631<br>Morgan City, LA 70381 | Sherry Laboratories<br>P. O. Box 641<br>Indianapolis, IN 46206 | ShredMaster LLC<br>9202 S. Northshore Drive<br>Suite 200<br>Knoxville, TN 37922 |
| Sims Jason<br>702 Edna Street<br>Waveland, MS 39576 | Sir Speedy<br>100 East Vermilion Street<br>Suite 102<br>Lafayette, LA 70501 | Skeets Photo Service<br>P. O. Box 1010<br>Patterson, LA 70392 |
| Smith Jonathan<br>P. O. Box 471<br>Bunkie, LA 71322 | Snow Norris<br>c/o Compass Marine Inc.<br>P. O. Box 190729<br>Mobile, AL 36619 | Sonoco Wholesale Grocers<br>P. O. Box 1021<br>Houma, LA 70361 |
| Source International LLC<br>311 Dean Ct.<br>Houma, LA 70363 | Southern Crane & Hydraulics LLC<br>Southern Marine & Repair, Inc.<br>P. O. Box 39<br>Bourg, LA 70343 | Southwest Wire Rope LP<br>P. O. Box 951686<br>Dallas, TX 75395 |
| Spectro-Scan, Inc.<br>109 Cleveland Street<br>Houma, LA 70363 | St. Martin Oil & Gas Inc.<br>2040 Terrace Highway<br>Saint Martinville, LA 70582 | Standard Equipment Comp<br>P. O. Box 2108<br>Mobile, AL 36652 |
| Stanley Kenneth<br>P. O. Box 149<br>Mauriceville, TX 77626 | Star Tech Marine Electronics, LLC<br>3295 First St<br>Berwick LA 70342 | State of FL. Disbursement Unit<br>P. O. Box 8500<br>Tallahassee, FL 32314 |

| | | |
|---|---|---|
| Steere Jamie<br>232 Pelican Way<br>Panama City, FL 32408 | Stericycle<br>P. O. Box 9001588<br>Louisville, KY 40290 | Stewart Supply Inc.<br>P. O. Drawer L<br>Morgan City, LA 70381 |
| Stone Energy Corporation<br>POB 52807<br>Lafayette LA 70505 | Strunk Alan<br>239 N. Anguilla<br>Pawcatuck, CT 06379 | Supreme Offshore Services, Inc.<br>204 Industrial Avenue C<br>Houma, LA 70363 |
| T&B Repairs, Inc.<br>413 Mecca Dr<br>Lafayette LA 70598 | TK Towing, Inc.<br>P. O. Box 2706<br>Morgan City, LA 70381 | TVMAX<br>P. O. Box 650591<br>Dallas, TX 75265 |
| Tallent Jimmy<br>4204 Longhorn Drive<br>Baytown, TX 77521 | Taylor's Industrial Specialties<br>P. O. Box 1274<br>Morgan City, LA 70381 | Teche Electric Supply<br>P. O. Box 61725<br>Lafayette, LA 70596 |
| Teodoro Garcia Rivera<br>Rio Balsas #19 Inf. Rio Medio<br>Veracruz, Veracruz, Mexico | Terry Wall Enterprises Inc.<br>P. O. Box 80082<br>Lafayette, LA 70598 | Texas Workforce Commission<br>P. O. Box 149363<br>Austin, TX 78714 |
| The Houston Exploration Company<br>1100 Louisiana St, Ste. 2200<br>Houston TX 77002 | Theos Duhon<br>Sheriff & Ex Officio Tax Collect<br>P. O. Box 1250<br>Cameron, LA 70631 | Thibodeaux Glenda<br>111 Pathway Lane<br>Lafayette, LA 70506 |
| Thomas Richard<br>273 Cypress Ct.<br>Gray, LA 70359 | Thompson & Knight LLC<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201 | Tiburon Divers Inc.<br>POB 9676<br>Spring TX 77387 |
| Tim Colin Glenham<br>22 Quarry Rd.<br>Halifax, Nova Scotia B3N-1X2 | Titan Shipping International<br>16905 Cherie Place<br>Carson CA 90746 | Tomas Dario Alvarez Mencacho<br>Arosemena & Diaz<br>PO Box 0831-00324 Platilla<br>Panama, Rep. of Panama |
| Total Production Supply, LLC<br>P. O. Box 915<br>Broussard, LA 70518 | Toups Propeller Service, Inc.<br>P. O. Box 91<br>Abbeville, LA 70511 | Triangle Oil & Gas, Inc.<br>POB 52305<br>Lafayette LA 70508 |
| Trussco, Inc.<br>(Omni Energy Services Co.)<br>4500 NE Evangeline Thrwy<br>Lafayette LA 70508 | Trustees of Columbia University<br>Lamont-Doherty Earth Observ.<br>202 Accounts Payable 61 Rte 9W<br>Palisades NY 10964 | Tulli Joseph<br>2376 Rolling Pines Road<br>Chipley, FL 32428 |

| | | |
|---|---|---|
| Twitchell Kyle<br>2230 143 Pl SW<br>Lynnwood, WA 98087 | Tyson Thomas<br>146 Piney Trail<br>Livingston, TX 77351 | U.S. Coast Guard<br>Marine Safety Unit<br>800 David Drive<br>Morgan City, LA 70380 |
| U.S. Coast Guard Vessel Insp.<br>P. O. Box 70952<br>Charlotte, NC 28272 | UPS<br>POB 7247-0244<br>Philadelphia PA 19170-0180 | US Liquids of LA LP<br>P. O. Box 1467<br>Jennings, LA 70546 |
| Unisource Supply Inc.<br>P. O. Box 80008<br>Lafayette, LA 70598 | Univeral Starters & Alternators<br>218 Tubing Road<br>Broussard, LA 70518 | Unlimited Control & Supply, Inc.<br>P. O. Box 1894<br>Houma, LA 70361 |
| Upchurch Chris<br>10230 Summerlake Ct.<br>Mobile, AL 36608 | Vacco Marine, Inc.<br>213 Thompson Rd<br>Houma LA 70363 | Valve and Automation Specialty L<br>P. O. Box 697<br>Schriever, LA 70395 |
| Vector Graphics Inc.<br>1309 West Pinhook Road<br>Lafayette, LA 70503 | Veritas DCG<br>10300 Town Park Dr<br>Houston TX 77072 | Vessel Construction Management<br>3708 Government St<br>Ocean Springs MS 39564 |
| Virgin Offshore USA, Inc.<br>909 Poydras St., Ste. 2200<br>New Orleans LA 70112 | Vision Service Plan<br>File 73280<br>P. O. Box 60000<br>San Francisco, CA 94160 | Voorhies Supply Co.<br>P. O. Box 404130<br>Atlanta, GA 30384 |
| W & O Supply Inc.<br>101 Capital Blvd.<br>Houma, LA 70360 | W&T Offshore<br>9 E Greenway Plaza #300<br>Houston TX 77046 | WI SCTF<br>Box 74400<br>Milwaukee, WI 53274 |
| Waste Management of Acadiana<br>P. O. Box 9001054<br>Louisville, KY 40290 | Welch Harland<br>8301 E. County Road 5500<br>Idalou, TX 79329 | Wellness Express<br>312 Guilbeau Road, Suite 5D<br>Lafayette, LA 70506 |
| Western Geco LLC<br>Accenture/BSS EDM, Schlumberger-USA<br>6415 Babcock Rd #100<br>San Antonio TX 78249 | Wheel Job Diving<br>P. O. Box 1888<br>Patterson, LA 70392 | Whiddon Howell<br>P. O. Box 2011<br>Scott, LA 70583 |
| White Gerald<br>2205 Provincial Street<br>Dothan, AL 36303 | Wilhelmsen Ships Service<br>9400 New Century Drive<br>Pasadena, TX 77057 | Willis Shannon<br>165 St. Phillip Ct.<br>Houma, LA 70364 |

| | | |
|---|---|---|
| Winteb USA Inc.<br>P. O. Box 1123<br>Madisonville, LA 70447 | Work Boat Elecctrical Svcs., LLC<br>5413 Hwy 311<br>Houma, LA 70360 | Wright, Buddy<br>16931 Bougainvillia Lane<br>Friendswood, TX 77546 |
| Young and Cunningham America Inc<br>Corporate Park West<br>1718 Fry Road Suite 230<br>Houston, TX 77084 | Jason S. Oletsky<br>350 East Las Olas Blvd., 16th Floor<br>Fort Lauderdale, FL 33301 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101 |
| Coast Guard Headquarters<br>Commandant, U.S. Coast Guard,<br>2100 Second Street, SW,<br>Washington, DC 20593 | U.S. Army Corps of Engineers<br>Headquarters<br>441 G. Street, NW<br>Washington, DC 20314-1000 | U.S. Department of Labor<br>Occupational Safety & Health<br>Administration<br>200 Constitution Avenue<br>Washington, D.C. 20210 |
| U.S. Department of Labor<br>Wage and Hour Division<br>Frances Perkins Building<br>200 Constitution Ave., NW<br>Washington, DC 20210 | U.S. Department of Labor<br>Office of Workers Compensation Programs<br>Attn: Richard Brettell, Regional Director<br>Charles E. Bennett Federal Building<br>400 West Bay Street, Room 943 | U.S. Department of Labor<br>Employee Benefit Security Administration<br>Dallas Regional Office<br>525 South Griffin St, Rm 900<br>Dallas, TX 75202-5025 |
| U.S. Environmental Protection Agency<br>Fountain Place 12th Floor, Suite 1200<br>1445 Ross Avenue<br>Dallas, TX 75202-2733 | U.S. Equal Employment Opportunity<br>Commission<br>Mickey Leland Federal Building<br>1919 Smith Street<br>6th Floor<br>Houston, Texas 77002-8049 | Louisiana Dept. of Environmental Quality<br>Legal Affairs Division<br>P.O. Box 4302<br>Baton Rouge, LA 70821-4302 |
| Louisiana Insurance Guaranty Association<br>2142 Quail Run Drive<br>Baton Rouge, LA 70808 | | |