UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-50713 |
| GULF FLEET HOLDINGS, INC., *et al.* | CHAPTER 11 |
| DEBTORS | (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

### AFFIDAVIT OF CHRISTOPHER T. CAPLINGER REGARDING SERVICE OF THE BID PROCEDURES ORDER AND NOTICE OF AUCTION AND SALE HEARING TO SELL CERTAIN OF THE DEBTORS' ASSETS

STATE OF LOUISIANA

PARISH OF ORLEANS

I, Christopher T. Caplinger, being duly sworn, depose and say as follows:

1. I am a shareholder in the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (the "firm") and I and the firm are counsel for the Debtors in the above-captioned matters.

2. On behalf of the Debtors in the above-captioned matters, I have served the Bid Procedures Order (**Docket No. 794**) and the Notice of Auction and Sale Hearing to Sell Certain of the Debtors' Assets ("Notice") Exhibit A.

3. Electronic copies of the Bid Procedures Order and Notice via the CM/ECF filing system were delivered to the following individuals/entities:

    Richard Aguilar (raguilar@mcglinchey.com and aparnell@mcglinchey.com)
    H. Kent Aguillard on behalf of Fleet Operators, Inc. (kaguillard@yhalaw.com and gnerumeyer@yhalaw.com)
    C. Davin Boldissar on behalf of Rio Marine, Inc. (dboldissar@lockelord.com and nobankecf@lockelord.com)

George W. Byrne on behalf of Hiram Variet (georgewbyrnejr@yahoo.com)
Rhett G. Campbell on behalf of Comerica Bank (Rhett.campbell@tklaw.com)
Leonard William Copeland on behalf of the Office of the U.S. Trustee (leonard.w.copeland@usdoj.gov)
Albert J. Derbes on behalf of Force Power Systems, LLC (ajdiv@derbeslaw.com)
Eric J. Derbes on behalf of Force Power Systems, LLC (ederbes@derbeslaw.com)
C. Berwick Duval on behalf of Vacco Marine, Inc. (Berwick@duvalllawfirm.com)
William P. Gibbens on behalf of Odyessea Marine, Inc. (billy@semmlaw.com)
Alan H. Goodman on behalf of the Official Committee of Unsecured Creditors (agoodman@lemle.com)
Joseph P. Hebert on behalf of Bank One Equity Investors – BIDCO, Inc. (jhebert@liskow.com)
Thomas S. Henderson on behalf of Odyssea Marine, Inc. (thenderson@tsh-atty.com)
Christopher D. Johnson on behalf of the Official Committee of Unsecured Creditors (cjohnson@mckoolsmith.com and nsauter@mckoolsmith.com)
Phillip K. Jones on behalf of Bank One Equity Investors - BIDCO, Inc. (pkjones@liskow.com and rlaurent@liskow.com)
Alan H. Katz on behalf of Entergy Services, Inc. (akatz@entergy.com)
Henry A. King on behalf of Michael Hillman (hking@kingkrebs.com and cwomack@kingkrebs.com and dbaldassaro@kingkrebs.com)
Peter A. Kopfinger on behalf of Brightpoint Capital Partners Master Fund, L.P. (PKopfinger@gordonarata.com)
Brandon W. Letulier on behalf of Gulf Fleet Acquisition, Inc. (bletulier@ln-law.com and lhicks@ln-law.com)
Demetra L. Liggins on behalf of Comerica Bank (demetra.liggins@tklaw.com)
J. Eric Lockridge on behalf of Gulf Fleet Financing, LLC (eric.lockridge@keanmiller.com, Brenda.seneca@keanmiller.com and Karen.lessard@keanmiller.com)
Timothy S. Madden on behalf of DMH Leasing, Inc. (tmadden@klb-law.com)
Arthur S. Mann on behalf of Bank of America, N.A. (amann@berriganlaw.net)
Timothy S. Mehok on behalf of Official Committee of Unsecured Creditors (tmehok@lemle.com)
Jed Michel Mestayer on behalf of Gulf Fleet Acquisition, Inc. (jedm@ln-law.com)
Mark A. Mintz on behalf of Comerica Bank (mmintz@joneswalker.com)
Paul D. Moak on behalf of Official Committee of Unsecured Creditors (pmoak@mckoolsmith.com)
Melanie M. Mulcahy on behalf of Force Power Systems, LLC (mmulcahy@derbeslaw.com and dharvey@derbeslaw.com)
Frank X. Neuner on behalf of Gulf Fleet Acquisition, Inc.
(Frank@ln-law.com)
Jason S. Oletsky on behalf of Gulf Fleet Holdings, Inc. (jason.oletsky@akerman.com)
Elena Arcos Pecoraro on behalf of Darlene Hillman (elena@pecorarolaw.com)
Louis M. Phillips on behalf of Brightpoint Capital Partners Master Fund, L.P. (lphillips@gordonarata.com, pbartholomew@gordonarata.com, and jalcantara@gordonarata.com)

Camille Bienvenu Poche' on behalf of Darlene Hillman (cpoche@bpasfirm.com)
Hugh Massey Ray on behalf of Official Committee of Unsecured Creditors (hmray@mckoolsmith.com)
Ryan James Richmond on behalf of Brightpoint Capital Partners Master Fund, L.P. (rrichmond@gordonarata.com, pbartholomew@gordonarata.com; jalcantara@gordonarata.com; ryan.richmond.cmecf@gmail.com)
Craig A. Ryan on behalf of Bayou State Marine & Industrial Supply, Inc. (bankruptcycourt@onebane.com)
Ronald J. Savoie on behalf of Thoma-Sea Boat Builders, L.L.C. (ronnie@jlaw.net)
Steven J. Solomon on behalf of Brightpoint Capital Partners Master Fund, L.P. (steven.solomon@gray-robinson.com, jenny.reyes@gray-robinson.com)
Robert J. Stefani on behalf of Michael Hillman (rstefani@kingkrebs.com)
Paul M. Sterbcow on behalf of Eddie Thomas-Ponce (sterbcow@lksalaw.com, and bbooksh@lksalaw.com)
Andrea V. Timpa on behalf of Odyssea Marine, Inc. (andrea@semmlaw.com, rachel@semmlaw.com; bailey@semmlaw.com)
Office of U. S. Trustee (USTPRegion05.SH.ECF@usdoj.gov)
Ruth A. Van Meter on behalf of Official Committee of Unsecured Creditors (rvanmeter@mckoolsmith.com)
R. Patrick Vance on behalf of Comerica Bank (pvance@joneswalker.com, dschulte@joneswalker.com)

4. The Bid Order and Notice were also mailed to the individuals on the service list attached as Exhibit B by first class mail postmarked March 11, 2011.

_____
CHRISTOPHER T. CAPLINGER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 16th DAY OF
MARCH 2011.

_____
NOTARY PUBLIC

JOSEPH P. BRIGGETT
NOTARY PUBLIC NO. 91201
LA BAR NO. 33029
Parish of Orleans, State of Louisiana
My Commission is issued for Life

3