IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-50713 |
| | § | |
| GULF FLEET HOLDINGS, INC., *et al.* | § | Jointly Administered |
| | § | |
| Debtors. | § | (Chapter 11) |
| | § | |

## MOTION OF COMERICA BANK, AS ADMINISTRATIVE AND COLLATERAL AGENT FOR SENIOR BANK LENDERS, TO CONDITIONALLY RECLASSIFY PORTIONS OF CLAIMS PENDING AUCTION RESULTS

Comerica Bank, in its capacity as Administrative and Collateral Agent (in such capacity, "Comerica"), for itself and a syndicate of secured lenders (collectively, the "Senior Bank Lenders"), files this *Motion to Conditionally Reclassify Portions of Claims Pending Auction Results* (the "Motion"). The Senior Bank Lenders request that this Motion be scheduled for hearing on the same dates as the confirmation of the Debtors' plan of reorganization, which is currently scheduled for hearing on April 26, 2011.

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### FACTUAL BACKGROUND

2. On May 14, 2010, (the "Petition Date"), Gulf Fleet Holdings, Inc. ("Gulf Fleet") and certain of its affiliates and subsidiaries (each a "Debtor" and collectively, "Debtors")[1] each

---

[1] The Debtors in these related cases are Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet LLC, Gulf Fleet Offshore, LLC, Gulf Fleet Marine, Inc., Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, and Star Marine, LLC.

filed a petition for relief under Title 11 of Chapter 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors continue in the management and possession of their businesses and property as debtors-in-possession.

3. On May 24, 2010, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee").

4. No trustee or examiner has been appointed in the jointly-administered case (the "Case").

5. The Senior Bank Lenders are the largest and primary secured lender in this Case and have an interest in cash collateral. The Senior Bank Lenders are owed at least $38.1 million, secured by all assets of the Debtors (other than the Mike Hillman Litigation, the Gulf Sun and the Gulf Sabre).[2] Each of Gulf Fleet's subsidiaries has guaranteed the obligations owed to the Senior Bank Lenders.

6. On November 23, 2010, Comerica timely filed secured proofs of claim (the "Senior Bank Lender Claims") in the amount of $38,126,869.78.

7. On March 28, 2011, the Debtors filed their *Consolidated Plan of Reorganization for Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet, LLC, Gulf Fleet Offshore, LLC, Gulf Fleet Marine, Inc., Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker LLC, Hercules Marine, LLC, Star Marine, LLC as of March 25, 2011* (the "Plan")[3] and related disclosure statement.[4] The deadline to cast a ballot in support or against the Plan is April 19, 2011 at 5:00 p.m. (the "Voting Deadline").

---

[2] The obligations of the Senior Bank Lenders are not secured by two vessels, the Gulf Sabre and the Gulf Sun. Upon information and belief, the Gulf Sabre is collateral for Bank One Equity Investors-BIDCO, Inc. and the Gulf Sun is collateral for LBC Credit Partners, II, L.P. References to the Senior Bank Lenders' collateral expressly exclude those vessels. The Gulf Sabre is the subject of a pending sale motion [Dkt. No. 676].
[3] *See* Dkt. No. 835.
[4] *See* Dkt. No. 836.

**MOTION TO CONDITIONALLY RECLASSIFY PORTIONS OF CLAIMS PENDING AUCTION RESULTS – PAGE 2**
017104 000414 HOUSTON 733591.1

10-50713 - #876  File 04/19/11  Enter 04/19/11 14:25:53  Main Document  Pg 2 of 5

8. The Plan consists of nine classes of claims and classifies the Senior Bank Lender Claims only in Class 2: Comerica Secured Claim.[5] Among other things, the Plan contemplates the distribution of proceeds to the Senior Bank Lenders from an auction of estate assets. The auction is scheduled for April 20, 2011.

9. The Senior Bank Lenders timely submitted Class 2 ballots accepting the Plan. The Senior Bank Lenders also timely submitted Class 7 (general unsecured claims) ballots accepting the Plan. Although the Plan does not classify the Senior Bank Lender Claims in Class 7, if the proceeds from the sale of its collateral (the "Auction Proceeds") are insufficient to satisfy their claims, then Senior Bank Lenders will have deficiency claims that should be classified and treated as Class 7 claims under the Plan.

## ARGUMENT & AUTHORITIES

10. Section 1122 of the Bankruptcy Code requires a plan proponent to classify claims and interests in chapter 11 plan.[6] Classification allows a court to determine whether a plan can be confirmed and the treatment of claims under a plan.

11. To avoid undue delay in the administration of these bankruptcy estates, the Senior Bank Lenders request that this Court reclassify or bifurcate, if necessary, the Senior Bank Lender Claims between Class 2 (Comerica Secured Claim) and Class 7 (Unsecured Claims), depending on the results of the auction. Although the amount of any Class 7 claims is currently unknown, the Senior Bank Lenders believe that the outcome of the auction will establish whether and to what extent the Senior Bank Lender Claims may be secured and unsecured. The Senior Bank Lenders seek reclassification or bifurcation out of an abundance of caution as reclassification or

---

[5] Plan, Art. IV, Section 4.2, p. 13.
[6] 11 U.S.C. § 1122.

**MOTION TO CONDITIONALLY RECLASSIFY PORTIONS OF CLAIMS PENDING AUCTION RESULTS – PAGE 3**
017104 000414 HOUSTON 733591.1

10-50713 - #876  File 04/19/11  Enter 04/19/11 14:25:53  Main Document  Pg 3 of 5

bifurcation may be unnecessary if the Auction Proceeds are sufficient to satisfy the Senior Bank Lender Claims.

## PRAYER

**WHEREFORE**, Comerica Bank respectfully requests this Court to enter an order (a) reclassifying the Senior Bank Lender Claims to the extent that reclassification or bifurcation is needed after the auction; and (b) granting such other and further relief as this Court may deem proper, both at law and in equity.

DATED: April 19, 2011.

**JONES, WALKER, WAECHTER, POITEVENT CARRERE & DENGRE, LLP**

R. Patrick Vance
Louisiana Bar Number 13008
pvance@joneswalker.com
Mark A. Mintz
Louisiana Bar Number 31878
mmintz@joneswalker.com
201 St. Charles Ave., 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8368
Facsimile: (504) 589-8368

**THOMPSON & KNIGHT LLP**

*/s/ Demetra L. Liggins*
Rhett G. Campbell
Texas State Bar No. 03714500
rhett.campbell@tklaw.com
Demetra L. Liggins
Texas State Bar No. 24026844
demetra.liggins@tktlaw.com
Three Allen Center
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: (713) 654-8111
Facsimile: (713) 654-1871

**COUNSEL FOR COMERICA BANK**

**MOTION TO CONDITIONALLY RECLASSIFY PORTIONS OF CLAIMS PENDING AUCTION RESULTS – PAGE 4**
017104 000414 HOUSTON 733591.1

10-50713 - #876  File 04/19/11  Enter 04/19/11 14:25:53  Main Document  Pg 4 of 5

## CERTIFICATE OF SERVICE

      I certify that on April 19, 2011, a copy of the foregoing document was served by to all parties entitled to service via this Court's Electronic Case Filing System ("ECF") and on the parties on the attached Service List by first class U.S. mail, postage prepaid, or as indicated.

*/s/ Demetra L. Liggins*
One of Counsel

**MOTION TO CONDITIONALLY RECLASSIFY PORTIONS OF CLAIMS PENDING AUCTION RESULTS – PAGE 5**
017104 000414 HOUSTON 733591.1

10-50713 - #876  File 04/19/11  Enter 04/19/11 14:25:53  Main Document  Pg 5 of 5