IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 10-50713** |
| | § | |
| **GULF FLEET HOLDINGS, INC.,** *et al.* | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | **(Chapter 11)** |
| | § | |
| | § | |

**STIPULATION EXTENDING THE PERIOD AND APPROVING BUDGET UNDER
FINAL CASH COLLATERAL ORDER**
[Relates to Docket No. 324, 574, 743]

1.      The parties hereto file this *Third Stipulation Extending the Period and Approving Budget under Final Cash Collateral Order* (this "Third Stipulation").

2.      On August 6, 2010, this Court entered the *Final Order Authorizing Use Cash Collateral Pursuant and Granting Adequate Protection to Lenders* (the "Final Cash Collateral Order").[1]

3.      On October 22, 2010, the parties hereto filed the *Stipulation Extending the Period and Approving Budget under Final Cash Collateral Order* (the "First Stipulation"),[2] pursuant to which the Debtors and the Agents agreed to an extension of the Termination Date through January 28, 2011.

4.      On January 26, 2011, the Court entered its *Agreed Order and Second Stipulation Extending the Period and Approving Budget Under Final Cash Collateral Order* (the "Second Stipulation"),[3] pursuant to which the Debtors and the Agents agreed to an extension of the Termination Date through April 22, 2011.

---

[1] Dkt. No. 324. All capitalized terms not defined herein shall have the meaning ascribed to them in the Final Cash Collateral Order.
[2] Dkt. No. 574.
[3] Dkt. No. 743.

5.     Paragraph two of the Final Cash Collateral Order provides for the extension of the Termination Date beyond April 22, 2011, by written agreement of the Debtors and the Agents.

6.     The Debtors and Debtors-in-Possession, on behalf of their bankruptcy estates, Comerica Bank, as Agent and on behalf of the Senior Bank Lenders, and Brightpoint Capital Partners Master Fund, L.P. as Subordinate Agent and on behalf of the Subordinate Lenders have agreed to a further extension of the Termination Date through August 5, 2011, in accordance with the terms and conditions of the Final Cash Collateral Order and the budget attached hereto as **Exhibit A** for the period ending August 5, 2011.

7.     Except to the extent provided in the above-paragraph 6, nothing herein shall be deemed a waiver of any rights, claims, or causes of action of any of the Debtors, the Agent, the Senior Bank Lenders, the Subordinate Agent, or the Subordinate Lenders including the rights of the Debtors to seek further extensions of any relevant Cash Collateral deadlines. The Debtors, the Agents, and the Cash Collateral Lenders expressly reserve all rights, claims, or causes of action.

**DATED:** April 25, 2011.

**AGREED TO AND ACCEPTED BY:**

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

*/s/ Benjamin W. Kadden*
Stewart Peck
Benjamin Kadden
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**THOMPSON & KNIGHT LLP**

*/s/ Rhett G. Campbell*
Rhett G. Campbell
Demetra L. Liggins
Three Allen Center
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

**COUNSEL FOR COMERICA BANK**


**GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, L.L.P.**


*/s/ Louis Phillips*
Louis Phillips
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916

**COUNSEL FOR BRIGHTPOINT CAPITAL PARTNERS MASTER FUND, L.P.**

EXHIBIT

A

tabbies®

# Gulf Fleet Holdings, Inc. and Subsidiaries

Weekly Cash Flow Forecast
$000s

Cash Collateral Budget Extension

| | 1 Apr 25–Apr 29 | 2 May 2–May 6 | 3 May 9–May 13 | 4 May 16–May 20 | 5 May 23–May 27 | 6 May 30–May 31 | Jun 1–Jun 3 | 7 Jun 6–Jun 10 | 8 Jun 13–Jun 17 | 9 Jun 20–Jun 24 | 10 Jun 27–Jun 30 | July 1 | 11 Jul 4–Jul 8 | 12 Jul 11–Jul 15 | 13 Jul 18–Jul 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. CASH FLOW** | | | | | | | | | | | | | | | |
| Balance – Beginning (1) | $2,909 | $2,786 | $2,518 | $3,353 | $2,898 | $2,408 | $2,408 | $2,463 | $2,463 | $2,821 | $2,263 | $2,492 | $2,479 | $2,469 | $2,449 |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| AR Collections: | | | | | | | | | | | | | | | |
| Receipts from Pre-Petition Charters | 76 | 72 | 15 | 121 | | | | | | | | | | | |
| Receipts from Post-Petition Charters | | | | | | | 128 | | 439 | 35 | 289 | | | | |
| Receipts from Pre-Petition Brokerage | | | | | | | | | | | | | | | |
| Receipts from Post Petition Brokerage | | | | | | | | | | | | | | | |
| Insurance & Other Reimbursements (5) | 65 | | 870 | | | | | | | | | | | | |
| Interest Income | | | | | | | | | | | | | | | |
| **Total Receipts** | $140 | $72 | $885 | $121 | $0 | $0 | $128 | $0 | $439 | $35 | $289 | $0 | $0 | $0 | $0 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Accounts Payable: | | | | | | | | | | | | | | | |
| Accounts Payable | (125) | (60) | (50) | | (100) | | (50) | | (10) | | | (10) | (10) | | (5) |
| Accounts Payable – Pre-Pet./Critical | | | | | (167) | | | | | | | | | | |
| Accounts Payable – Brazilian Vendors | | | | | (7) | | | | | | | | | | |
| Brokerage Payments | | | | | | | | | | | | | | | |
| Dry Dock/RAM | | | | | | | | | | | | | | | |
| Payroll & Payroll Taxes | (7) | (193) | | (486) | | | (20) | | (20) | | (20) | | | | |
| Cornetica Adequate Protection Payments (6) | | (88) | | (88) | | | | | | | | | | (20) | |
| Professional/BK Fees | | | | | | | | | | | | | | | |
| Debtor Counsel | | | | | (108) | | | (48) | | (208) | (60) | | | | |
| Debtor IB / FA (William Blair) | | | | | | | | | | | | | | | |
| Debtor IB / FA – Expenses (2) | | | | | | | | | | (2) | | | | | |
| Debtor FA (Patrick Gros) | | | | | | | | | | (2) | | | | | |
| Printing, Mail outs, etc. | | | | | | | | (2) | | (2) | | | | | |
| Hull & P&I Insurance | | | | | | | | | | | | | | | |
| Sr Lender Counsel | | | | | | | | | | | | | | | |
| Sr Lender FA | | | | | | | | | | | | | | | |
| UCC Counsel | (60) | | | | (60) | | | | | (323) | | | | | |
| Other Retained Professionals | | | | | (13) | | | | | (26) | | | | | |
| Exit Lender's Expense Allowance | | | | | | | | | | | | | | | |
| U.S. Trustee Fees (3) | | | | | (35) | | | | | (25) | | | | | |
| Hull & P&I Insurance | (70) | | | | | | | | | | | | | | |
| Income Tax Deposits & Estimated Pmts | | | | | | | (3) | | | | | (3) | | | |
| **Total Disbursements** | ($262) | ($341) | ($50) | ($576) | ($490) | $0 | ($73) | ($70) | ($70) | ($593) | ($60) | ($13) | ($10) | ($20) | ($5) |
| **Net Cash Activity** | ($122) | ($269) | $835 | ($455) | ($490) | $0 | $55 | ($70) | $368 | ($558) | $229 | ($13) | ($10) | ($20) | ($5) |
| **Balance – Ending** | $2,786 | $2,518 | $3,353 | $2,898 | $2,408 | $2,408 | $2,463 | $2,463 | $2,821 | $2,263 | $2,492 | $2,479 | $2,469 | $2,449 | $2,444 |