UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-50713 |
| GULF FLEET HOLDINGS, INC., *et al.* | CHAPTER 11 |
| DEBTORS | (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

**THIRD IMMATERIAL MODIFICATIONS TO THE CONSOLIDATED PLAN OF REORGANIZATION FOR GULF FLEET HOLDINGS, INC., GULF FLEET MANAGEMENT, LLC, GULF FLEET, LLC, GULF FLEET OFFSHORE, LLC, GULF FLEET MARINE, INC., GULF OCEAN MARINE SERVICES, LLC, GULF SERVICE, LLC, GULF WIND, LLC, GULF WORKER, LLC, HERCULES MARINE, LLC, STAR MARINE, LLC AS OF MARCH 25, 2011**

Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet, LLC, Gulf Fleet Offshore, LLC, Gulf Fleet Marine, Inc., Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, and Star Marine, LLC, as Debtors and Debtors-in-Possession, submit these immaterial modifications to the Consolidated Plan of Reorganization For Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet, LLC, Gulf Fleet Offshore, LLC, Gulf Fleet Marine, Inc., Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC as of March 25, 2011 (**Docket No. 835**) as modified by the First Immaterial Modifications (**Docket No. 873**) and the Second Immaterial Modifications (**Docket No. 887**) (collectively, the "*Plan*"):

1.

Article VII, Section 7.7 of the Plan is amended and restated in its entirety as follows:

7.7 **Termination of the Committee**. On the date that the Confirmation Order becomes a Final Order, the Committee shall cease to exist, and its members and employees or agents (including without limitation, attorneys,

financial advisors, accountants and other professionals) will be discharged from any further authority, duties, responsibilities and obligations relating to, arising from, or in connection with their services of the Committee.

2.

Article X, Section 10.6 of the Plan is amended and restated in its entirety as follows:

10.6 **Releases.** As of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, the Debtors and any Entity seeking to exercise the rights of the Debtors or the Debtors' Estate, including, without limitation, any successor(s) to the Debtors or the Debtors' Estate or any Estate representative(s), shall be deemed to forever release, waive, and discharge all Claims, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, and liabilities whatsoever, including for negligence, but excluding for fraud, willful misconduct, intentional tortious acts or gross negligence in connection with or related to the Debtors, the Chapter 11 Cases, or the Plan (other than the rights of the Debtors, the Liquidating Trust, or any Estate representative(s) to enforce the Plan and the contracts, instruments, and other agreements or documents delivered thereunder), and that may be asserted by or on behalf of the Debtors, the Debtors' Estate, the Liquidating Trust, or any Person seeking to exercise the rights of the Debtors or the Debtors' Estate, including, without limitation, an estate representative, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, then existing or thereafter arising, in law, equity, or otherwise, that are based in whole or part on any act, omission, transaction, event, or other occurrence taking place since the commencement of the Chapter 11 Cases in any way relating to the Debtors, the Liquidating Trust, the Chapter 11 Cases, or the Plan or the confection or solicitation for acceptances thereof, and that may be asserted by or on behalf of the Debtors, the Debtors' Estate, the Liquidating Trust, or any Person seeking to exercise the rights of the Debtors or the Debtors' Estate, including, without limitation, an estate representative, against Chapter 11 Professionals and the members of the Committee, including the individual principals, employees, agents, and affiliates of each Chapter 11 Professional and each member of the Committee.

3.

Article XVI, Section 16.1 of the Plan is amended by deleting the phrase "Through the Trustee at such address as will be provided in the Plan Supplement and inserting the following:

> Alan Goodman, Esq.
> Lemle & Kelleher, LLP
> 601 Poydras Street, 21st Floor
> New Orleans, LA 70130
> Telephone: (504) 586-1241

2

Facsimile (504) 584-9142
Email: agoodman@lemle.com

4.

Article XVI, Section 16.6 of the Plan is amended and restated in its entirety as follows:

16.6 **Exculpation**. The Debtors, Liquidating Trust, Committee, and any of their respective members, officers, directors, employees, advisors or agents, will neither have nor incur any liability to any Holder of a Claim or Interest for any act or omission in connection with, related to, or arising out of, the pursuit of confirmation of the Plan, the consummation of the Plan or the administration of the Plan or the property to be distributed under the Plan, except for willful misconduct or gross negligence, and, in all respects, the Debtors, the Liquidating Trust, Committee, and each of their respective members, officers directors, employees, advisors and agents, will be entitled to rely upon the advise of counsel with respect to their duties and responsibilities under the Plan; provided however, that nothing contained in this Section will exculpate, satisfy, discharge or release any avoidance claims against present or former officers, directors or employees of the Debtors in their capacities other than as present or former officers, directors or employees.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
JOSEPH P. BRIGGETT (#33029)
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
*Attorneys for the Debtors*

3

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Third Immaterial Modifications To The Consolidated Plan Of Reorganization For Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet, LLC, Gulf Fleet Offshore, LLC, Gulf Fleet Marine, Inc., Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, Star Marine, LLC As Of March 25, 2011 has been served upon the following parties via the Court's CM/ECF System and has been served on those parties listed on the attached service list this 25th day of April 2011.

4

| | | |
|---|---|---|
| Adriatic Marine, LLC<br>P.O. Box 259<br>Harvey, LA 70059 | BNA Marine Services<br>P.O. Box 150<br>Morgan City, LA 70380 | BrasCrew service deRecrutamento<br>Av. Venezuela<br>27-10 andar-Centro<br>Rio de Janeiro Cep: 20.081-311<br>Brasil |
| Coastal Distributors, Inc.<br>503 Amarillo Drive<br>Houma, LA 70360 | Coastal States FFST, Inc.<br>P.O. Box 1293<br>Amelia, LA 70340-1293 | Cummins Mid-South, LLC<br>P.O. Box 842316<br>Dallas, TX 75284-2316 |
| Doerle Food Services, LLC<br>113 Kol Drive<br>Broussard, LA 70518 | Fleet Operators, Inc.<br>P.O. Drawer 350<br>Morgan City, LA 70381 | FPS, Inc - New Orleans<br>821 Industry Road<br>Kenner, LA 70062 |
| Genesis Offshore<br>P.O. Box 1660<br>Gray, LA 70359 | Hudson Offshore<br>P.O. Box 1781<br>Morgan City, LA 70381 | NREC Power Systems<br>P.O. Box 3016<br>Houma, LA 70361 |
| Odyssea Marine, Inc.<br>2500 City West Blvd., Ste 1225<br>Houston, TX 77042 | Port Logistic Agencia Maritima<br>Av. Venezuela, 27-10 andar<br>Centro-Rio de Janeiro<br>Cep: 20.081-311<br>Brasil | Qorval<br>2210 Vanderbilt Beach Road<br>Suite 1206<br>Naples, FL 34109 |
| Star Tech Marine Electronics, Inc.<br>Fidelity Working Capital, LLC<br>P.O. Box 2671<br>Baton Rouge, LA 70821 | Stewart Supply, Inc.<br>P.O. Drawer L<br>Morgan City, LA 70381 | Thoma-Sea Ship Builders, LLC<br>P.O. Box 399<br>Bourg, LA 70343 |
| Vacco Marine, Inc.<br>P.O. Box 8032<br>Houma, LA 70361 | White & Case LLP<br>200 South Biscayne Blvd.<br>Suite 4900<br>Miami, FL 33131 | Bank of America, N.A.<br>GA&-903-03-03<br>1355 Windward Concourse<br>Alpharetta, GA 30005 |
| Bank One Equity Investors-Bidco, Inc.<br>Attn: Nemo Viso<br>236 Third Street<br>Baton Rouge, LA 70801 | Bank of America<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 | Brightpoint Capital<br>Attn: Jeff Zanarini<br>1001 Brickell Bay Drive<br>32nd Floor<br>Miami, FL 33131 |
| LBC Credit Partners<br>Attn: Chris Calabrese<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104-2868 | Comerica Bank<br>Attn: David Balderach<br>910 Louisiana Street, Ste 410<br>Houston, TX 77002 | Comerica Bank<br>P.O. Box 650282<br>Dallas, TX 75265-0282 |
| Office of the United States Trustee<br>300 Fanin Street, Room 3196<br>Shreveport, LA 71101 | R. Patrick Vance<br>Mark A Mintz<br>Jones, Walker, Waechter, et al<br>201 St. Charles Ave., 49th Floor<br>New Orleans, LA 70170 | Henry A. King, Timothy S. Madden &<br>Robert J. Stefani<br>King, Krebs & Jurgens, P.L.L.C.<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA 70170 |

Joseph P. Hebert
Liskow & Lewis
P.O. Box 52008
Lafayette, LA  70505-2008

Steven J. Solomon
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, FL  33131

Phillip K. Jones
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA  70139

Alan H. Katz, Asst. General Counsel
Entergy Services, Inc.
639 Loyola Ave., 26th Floor
New Orleans, LA 70113

Michael J. McGinnis
El Paso Corporation
1001 Louisiana, Suite 1540B
Houston, TX  77002

H. Kent Aquillard
P.O. Box 391
Eunice, LA  70535

Thomas S. Henderson
Burleson Cooke, LLP
711 Louisiana, suite 1701
Houston, TX  77002

William P. Gibbens
Schonekas, Evans, McGoey & McEachin
650 Poydras Street, Ste 2105
New Orleans, LA  70130

Bayou State Marine & Indus Supply
c/o Craig A. Ryan
Onebane Law Firm
1200 Camellia Blvd., Suite 300
Lafayette, LA  70508

Alber J. Derbes, IV
The Derbes Dirm, L.L.C.
3027 Ridgelake Drive
Metairie, LA  70011-8176

Melanie M. Mulcahy
The Derbes Dirm, L.L.C.
3027 Ridgelake Drive
Metairie, LA  70011-8176

Alan H. Goodman
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA  70130

Timothy S. Mehok
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, LA  70130

Joel Babineaux
1201 Camellia Blvd., Ste 300
Lafayette, LA  70508

C. Berwick Duval, II
Duval, Funderburk, Sundbery,
Lovell & Watkins
P.O. Box 3017
Houma, LA  70361

Lucas Gaskamp
Sullins & Johnston
3200 Southwest Freeway, Suite 2200
Houston, TX 77027

J. Eric Lockridge
Kean Miller Hawthorne
D'Armond McCowan & Jarman
P.O. Box 3513
Baton Rouge, LA  70821-3513

Arthur S. Mann, III
Berrigan, Litchfield, Schonekas, Mann &
Traina, L.L.C.
201 St. Charles Ave., Suite 4204
New Orleans, LA 70170