UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-50713 |
| GULF FLEET HOLDINGS, INC., et al. | CHAPTER 11 |
| DEBTOR | (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtor has filed the Third and Final Application for Compensation and Reimbursement of Expenses of Akerman Senterfitt, PA as Special Counsel for the Debtor in the above-captioned matter.

**PLEASE TAKE NOTICE** that all objections to said Application must be filed with the Court and served on counsel for the Debtor, Stewart F. Peck, 601 Poydras Street, Suite 2775, New Orleans, Louisiana, 70130, no later than seven (7) calendar days prior to the noticed hearing date.

**PLEASE TAKE FURTHER NOTICE** that a hearing on said Motion will be held on **the 14th of June 2010 at 10:00 o'clock a.m.** in the United States Courthouse, United States Bankruptcy Court for the Western District of Louisiana - Lafayette Division, 214 Jefferson Street, Lafayette, Louisiana 70501.

Respectfully Submitted,

AKERMAN SENTERFITT

By: _/s/ Jason S. Oletsky_____
    Jason S. Oletsky, Esq.
    Admitted *Pro Hac Vice*
    Florida Bar No.: 009301
    350 East Las Olas Blvd. – Ste. 1600
    Ft. Lauderdale, FL 33301
    Tel: 954-463-2700
    Fax: 954-463-2224
    E-mail: jason.oletsky@akerman.com

{FT767923;1}

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | _/s/ Christopher T. Caplinger_<br>STEWART F. PECK (#10403)<br>CHRISTOPHER T. CAPLINGER (#25357)<br>BENJAMIN W. KADDEN (#29927)<br>JOSEPH P. BRIGGETT (#33029)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com; jbriggett@lawla.com<br>*Attorneys for the Debtors* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Third and Final Application for Compensation and Reimbursement of Expenses of Akerman Senterfitt, PA as Special Counsel for the Debtor has been served upon those parties receiving electronic notification via the Court's CM/ECF System and the parties listed on the attached service list the 16th day of May 2011.

                                                                                                                                                  _/s/ Christopher T. Caplinger_
                                                                                                                                                  Christopher T. Caplinger

{FT767923;1}

| | | |
|---|---|---|
| Adriatic Marine, LLC<br>P.O. Box 259<br>Harvey, LA  70059 | BNA Marine Services<br>P.O. Box 150<br>Morgan City, LA  70380 | BrasCrew service deRecrutamento<br>Av. Venezuela<br>27-10 andar-Centro<br>Rio de Janeiro Cep: 20.081-311<br>Brasil |
| Coastal Distributors, Inc.<br>503 Amarillo Drive<br>Houma, LA  70360 | Coastal States FFST, Inc.<br>P.O. Box 1293<br>Amelia, LA  70340-1293 | Cummins Mid-South, LLC<br>P.O. Box 842316<br>Dallas, TX  75284-2316 |
| Doerle Food Services, LLC<br>113 Kol Drive<br>Broussard, LA  70518 | Fleet Operators, Inc.<br>P.O. Drawer 350<br>Morgan City, LA  70381 | FPS, Inc  - New Orleans<br>821 Industry Road<br>Kenner, LA  70062 |
| Genesis Offshore<br>P.O. Box 1660<br>Gray, LA  70359 | Hudson Offshore<br>P.O. Box 1781<br>Morgan City, LA  70381 | NREC Power Systems<br>P.O. Box 3016<br>Houma, LA  70361 |
| Odyssea Marine, Inc.<br>2500 City West Blvd., Ste 1225<br>Houston, TX  77042 | Port Logistic Agencia Maritima<br>Av. Venezuela, 27-10 andar<br>Centro-Rio de Janeiro<br>Cep: 20.081-311<br>Brasil | Qorval<br>2210 Vanderbilt Beach Road<br>Suite 1206<br>Naples, FL  34109 |
| Star Tech Marine Electronics, Inc.<br>Fidelity Working Capital, LLC<br>P.O. Box 2671<br>Baton Rouge, LA  70821 | Stewart Supply, Inc.<br>P.O. Drawer L<br>Morgan City, LA  70381 | Thoma-Sea Ship Builders, LLC<br>P.O. Box 399<br>Bourg, LA  70343 |
| Vacco Marine, Inc.<br>P.O. Box 8032<br>Houma, LA  70361 | White & Case LLP<br>200 South Biscayne Blvd.<br>Suite 4900<br>Miami, LA  33131 | Bank of America, N.A.<br>GA&-903-03-03<br>1355 Windward Concourse<br>Alpharetta, GA  30005 |
| Bank One Equity Investors-Bidco, Inc.<br>Attn:  Nemo Viso<br>236 Third Street<br>Baton Rouge, LA  70801 | Bank of America<br>P.O. Box 45224<br>Jacksonville, FL  32232-5224 | Brightpoint Capital<br>Attn:  Jeff Zanarini<br>1001 Brickell Bay Drive<br>32nd Floor<br>Miami, LA  33131 |
| LBC Credit Partners<br>Attn: Chris Calabrese<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA  19104-2868 | Comerica Bank<br>Attn:  David Balderach<br>910 Louisiana Street, Ste 410<br>Houston, TX  77002 | Comerica Bank<br>P.O. Box 650282<br>Dallas, TX  75265-0282 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>300 Fanin Street, Room 3196<br>Shreveport, LA  71101 | R. Patrick Vance<br>Mark A Mintz<br>Jones, Walker, Waechter, et al<br>201 St. Charles Ave., 49th Floor<br>New Orleans, LA  70170 | Henry A. King, Timothy S. Madden &<br>Robert J. Stefani<br>King, Krebs & Jurgens, P.L.L.C.<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA  70170 |
| Joseph P. Hebert<br>Liskow & Lewis<br>P.O. Box 52008<br>Lafayette, LA  70505-2008 | Steven J. Solomon<br>Gray Robinson, P.A.<br>1221 Brickell Ave., Suite 1600<br>Miami, LA  33131 | Phillip K. Jones<br>Liskow & Lewis<br>701 Poydras Street, Suite 5000<br>New Orleans, LA  70139 |
| Alan H. Katz, Asst. General Counsel<br>Entergy Services, Inc.<br>639 Loyola Ave., 26th Floor<br>New Orleans, LA 70113 | Michael J. McGinnis<br>El Paso Corporation<br>1001 Louisiana, Suite 1540B<br>Houston, TX  77002 | H. Kent Aquillard<br>P.O. Box 391<br>Eunice, LA  70535 |
| Thomas S. Henderson<br>Burleson Cooke, LLP<br>711 Louisiana, suite 1701<br>Houston, TX  77002 | William P. Gibbens<br>Schonekas, Evans, McGoey & McEachin<br>650 Poydras Street, Ste 2105<br>New Orleans, LA  70130 | Bayou State Marine & Indus Supply<br>c/o Craig A. Ryan<br>Onebane Law Firm<br>1200 Camellia Blvd., Suite 300<br>Lafayette, LA  70508 |
| Alber J. Derves, IV<br>The Derbes Dirm, L.L.C.<br>3027 Ridgelake Drive<br>Metairie, LA  70011-8176 | Melanie M. Mulcahy<br>The Derbes Dirm, L.L.C.<br>3027 Ridgelake Drive<br>Metairie, LA  70011-8176 | Alan H. Goodman<br>Lemle & Kelleher, L.L.P.<br>601 Poydras Street, Suite 2100<br>New Orleans, LA  70130 |
| Timothy S. Mehok<br>Lemle & Kelleher, L.L.P.<br>601 Poydras Street, Suite 2100<br>New Orleans, LA  70130 | Joel Babineaux<br>1201 Camellia Blvd., Ste 300<br>Lafayette, LA  70508 | C. Berwick Duval, II<br>Duval, Funderburk, Sundbery,<br>Lovell & Watkins<br>P.O. Box 3017<br>Houma, LA  70361 |
| Lucas Gaskamp<br>Sullins & Johnston<br>3200 Southwest Freeway, Suite 2200<br>Houston, TX 77027 | J. Eric Lockridge<br>Kean Miller Hawthorne<br>D'Armond McCowan & Jarman<br>P.O. Box 3513<br>Baton Rouge, LA  70821-3513 | |