UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-50713 |
| | § | |
| GULF FLEET HOLDINGS, INC., *et al.*, | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | (Jointly Administered With |
| | § | Case Nos. 10-50714, 10-50715, |
| | § | 10-50716, 10-50717, 10-50718, |
| | § | 10-50719, 10-50720, 10-50721, |
| | § | 10-50722, 10-50723) |
| | § | |
| | § | Pertains to case 10-50715 |

## MOTION OF EDDIE THOMAS-PONCE FOR
## FURTHER RELIEF FROM AUTOMATIC STAY

**COMES NOW** Eddie Thomas-Ponce, by and through undersigned counsel, and moves this Court, pursuant to Section 362(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Bankruptcy Rules, to further modify the automatic stay imposed by Section 362(a) of the Bankruptcy Code and this Court's August 19, 2010 Order lifting the automatic stay for discovery purposes only, in order to pursue his case against defendant/debtor, Gulf Fleet, LLC, to the limits of the defendant's applicable insurance policy through a settlement conference and trial. Defendant/debtor, Gulf Fleet, LLC, is named as a defendant in a pending suit filed in the United States District Court for the Eastern District of Louisiana styled *Eddie Thomas-Ponce v. Energy Resource Technology GOM, Inc., Aries Marine Corp., Energy Cranes, LLC, and Gulf Fleet, LLC*, No. 09-4164. In support of this Motion, Eddie Thomas-Ponce would show and represent to the Court as follows:

## FACTUAL BACKGROUND OF UNDERLYING LAWSUIT

1.

On July 3, 2008, Eddie Thomas-Ponce ("Mr. Thomas-Ponce"), an employee of Furgo Chance, Inc., was assigned to perform seismic survey services as part of an offshore production platform salvage operation in South Timbalier Block 148A.

2.

The damaged platform was owned by Energy Resource Technology GOM, Inc. ("ERT") which hired Aries Marine Corp. ("Aries") to provide a 175-foot self-elevating lift boat the M/V RAM XII to support the platform salvage operation. In addition, ERT also hired Gulf Fleet, LLC to provide the 150-foot supply vessel M/V GULF PRIDE to transport personnel and materials to and from the salvage site.

3.

Aboard the M/V RAM XII was a lift crane. This lift crane was operated by personnel employed by Energy Cranes, LLC ("Energy Cranes") and Specialized Services of Louisiana, Inc. and provided to Aries to aid in the operation.

4.

On July 3, 2008, Mr. Thomas-Ponce was transported by Gulf Fleet aboard the M/V GULF PRIDE to the platform salvage worksite to commence his marine seismic survey services.

5.

After arrival at the platform salvage worksite, Mr. Thomas-Ponce prepared to be transferred from the M/V GULF PRIDE to the M/V RAM XII via crane and personnel basket.

2

The crane involved in the lift was onboard the M/V RAM XII and operated by Everett R. Carol, an employee of either Energy Cranes, Specialized Services of Louisiana, or both.

6.

During the personnel basket transfer, the basket suddenly and violently struck the stern handrail of the M/V GULF PRIDE which caused plaintiff to lose his footing and hang from the personnel basket until he was raised to the deck of the M/V RAM XII.

7.

To the best of Mr. Thomas-Ponce's knowledge he was the only individual injured during the personnel basket transfer.

8.

Due to the accident Mr. Thomas-Ponce suffered serious and debilitating injuries. On May 25, 2010, he underwent lumbar surgery at Lafayette Specialty Surgical Hospital. He is currently recovering from the May 25, 2010 surgery.

## PROCEEDINGS BEFORE THIS COURT

9.

On June 24, 2009 Eddie Thomas-Ponce, a person of majority, filed suit against Gulf Fleet, LLC for negligence under the general maritime law for injuries he sustained during a personnel basket transfer from the M/V GULF PRIDE to the M/V RAM XII on July 3, 2008 in the United States District Court for the Eastern District of Louisiana styled *Eddie Thomas-Ponce v. Energy Resource Technology GOM, Inc., Aries Marine Corp., Energy Cranes, LLC, and Gulf Fleet, LLC*, No. 09-4164.

10.

At the time the aforementioned complaint was filed debtor/defendant Gulf Fleet, LLC, was a Louisiana Limited Liability company organized and existing under the laws of the State of Louisiana whose domicile address was 2623 S.E. Evangeline Thruway, Lafayette, Louisiana 70508.

11.

On May 14, 2010, Gulf Fleet, LLC filed a voluntary petition for bankruptcy under Chapter 11 of the Bankruptcy Code by and through its counsel Stewart F. Peck of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard of New Orleans, LA.

12.

On July 7, 2010, Eddie Thomas-Ponce filed a Motion for Relief From Automatic Stay with this Court and requested the automatic bankruptcy stay imposed by Section 362(a) of the Bankruptcy Code be lifted to allow him to pursue his claim against defendant/debtor, Gulf Fleet, LLC, to the limits of its applicable insurance coverage and in accordance with applicable law.

13.

Following a hearing on August 3, 2010, this Court granted Eddie Thomas-Ponce's motion with limitation and ordered "that the Motion for Relief from Stay is GRANTED insofar as Eddie Thomas-Ponce will be allowed to pursue Civil Action No. 09-4164 through discovery, but shall seek further relief from this Court to further prosecute the case." (Rec. Doc. #375).

14.

Since August 3, 2010, Eddie Thomas-Ponce's case has proceeded through discovery. Thus far, all of the available fact witnesses have been deposed and written discovery has been

exchanged amongst the parties. The only outstanding discovery issues which need to be completed prior to trial of the case are medical and corporate depositions.

15.

Pursuant to Judge Kurt D. Engelhardt's January 13, 2011 Scheduling Order, Eddie Thomas-Ponce's case is set to commence for trial before the United States District Court for the Eastern District of Louisiana on October 3, 2011. (Exh. A).

16.

Furthermore, pursuant to Judge Engelhardt's January 13, 2011 Scheduling Order, the parties are required to schedule a settlement conference with Magistrate Judge Karen Wells Roby prior September 16, 2011. (Exh. A).

17.

Accordingly, Eddie Thomas-Ponce moves this Honorable Court to lift the automatic stay in accordance with Judge Englehardt's January 13, 2011 Order, for the purpose of allowing Eddie Thomas-Ponce to proceed with his pending suit filed in the United States District Court for the Eastern District of Louisiana styled *Eddie Thomas-Ponce v. Energy Resource Technology GOM, Inc., Aries Marine Corp., Energy Cranes, LLC, and Gulf Fleet, LLC*, No. 09-4164, through a settlement conference and trial up to the limits of such insurance coverage provided by Continental Underwriters, LTD. (A copy of defendant/debtor's applicable insurance policy is attached hereto as Exh. B).

**WHEREFORE, PREMISES CONSIDERED** Eddie Thomas-Ponce respectfully requests that this Court, pursuant to Section 362(d) of the Bankruptcy Code, lift the automatic stay imposed by Section 362(a) of said Code to allow him to pursue his claim against the above-named defendant/debtor, Gulf Fleet, LLC, to the limits of the applicable insurance coverage,

5

10-50713 - #937 File 06/02/11 Enter 06/02/11 11:16:06 Main Document Pg 5 of 10

through a settlement conference and trial set before the Honorable Kurt D. Englehardt on October 3, 2011. If the Court elects not to grant the requested relief, Eddie Thomas-Ponce prays, in the alternative that this court require the debtor to protect his interest in accordance with Section 361 of the Bankruptcy Code.

            Respectfully submitted,

            /s/ Paul. M. Sterbcow
            PAUL M. STERBCOW (#17817)
            PATRICK J. SCHEPENS (#32240)
            Lewis, Kullman, Sterbcow & Abramson
            601 Poydras Street, Suite 2615
            New Orleans, LA 70130
            (504) 588-1500  Office
            (504) 588-1514  Facsimile
            Sterbcow@lksalaw.com
            Attorneys for Plaintiff,
            Eddie Thomas-Ponce

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of Eddie Thomas-Ponce for Further Relief From Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Bankruptcy Rules has been served upon the parties that receive electronic notice via the Court's CM/ECF System, as well as those parties listed on the attached service list via first class mail this 2nd day of June, 2011.

/s/ Paul. M. Sterbcow

**LIMITED SERVICE LIST – IN RE GULF FLEET HOLDINGS, INC et al**

Adriatic Marine, LLC
P.O. Box 259
Harvey, LA 70059

BNA Marine Services
P.O. Box 150
Morgan City, LA 70380

BrasCrew Service deRecrutamento
Av. Venezuela
27-10 andar-Centro
Rio de Janeiro
Cep: 20.081-311
Brasil

Coastal Distributors, Inc.
503 Amarillo Drive
Houma, LA 70360

Coastal States FFST, Inc.
P.O. Box 1293
Amelia, LA 70340-1293

Cummins Mid-South, LLC
P.O. Box 842316
Dallas, TX 75284-2316

Doerle Food Services, LLC
113 Kol Drive
Broussard, LA 70518

Fleet Operators, Inc.
P.O. Drawer 350
Morgan City, LA 70381

FPS, Inc. – New Orleans
821 Industry Road
Kenner, LA 70062

Genesis Offshore
P.O. Box 1660
Gray, LA 70359

Hudson Offshore
P.O. Box 1781
Morgan City, LA 70381

Nrec Power Systems
P.O. Box 3016
Houma 70361

Odyssea Marine, Inc.
2500 City West Blvd. Suite 1225
Houston, TX 77042

Port Logistic Agencia Maritima
Av. Venezuela, 27-10 andar
Centro-Rio de Janeiro
Cep: 20.081-311
Brasil

**LIMITED SERVICE LIST – IN RE GULF FLEET HOLDINGS, INC et al**

Qorval
2210 Vanderbilt Beach Road
Suite 1206
Naples, FL 34109

Star Tech Marine Electronics, Inc.
Fidelity Working Capital, LLC
P.O. Box 2671
Baton Rouge, LA 70821

Stewart Supply, Inc.
P.O. Drawer L
Morgan City, LA 70381

Thoma-Sea Ship Builders, LLC
P.O. Box 399
Bourg, LA 70343

Vacco Marine, Inc.
P.O. Box 8032
Houma, LA 70361

White & Case LLP
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131

Bank of America, N.A.
GA&-903-03-03
1355 Windward Concourse
Alpharetta, GA 30005

Bank One Equity Investors-Bidco, Inc.
Attn: Nemo Viso
236 Third Street
Baton Rouge, LA 70301

Bank of America
P.O. Box 45224
Jacksonville, FL 3223205224

Brightpoint Capital
Attn: Jeff Zanarini
1001 Brickell Bay Drive, 32nd Floor
Miami, FL 33131

LBC Credit Partners
Attn: Chris Calabrese
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2868

Comercia Bank
Attn: David Balderach
910 Louisiana Street, Suite 410
Houston, TX 77002

Comercia Bank
P.O. Box 650282
Dallas, TX 75265-0282

Office of the United States Trustee
300 Fanin Street, Room 3196
Shreveport, LA 71101

9

**LIMITED SERVICE LIST – IN RE GULF FLEET HOLDINGS, INC et al**

R. Patrick Vance
Mark A. Mintz
Jones, Walkder, Waechter, et al.
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170

Henry A. King
Timothy S. Madden
Robert J. Stefani
King, Krebs & Jurgens, PLLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Joseph P. Hebert, Esq.
Liskow & Lewis
P.O. Box 52008
Lafayette, LA 70505-2008

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave., Suite 1600
Miami, FL 33131

Phillip K. Jones, Esq.
Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139

Alan H. Katz, Esq.
Asst. General Counsel
Entergy Services, Inc.
639 Loyola Ave,. 26th Floor
New Orleans, LA 70113

Michael J. McGinnis, Esq.
Senior Attorney
El Paso Corporation
1001 Louisiana, Suite 1540B
Houston, TX 77002

H. Kent Aquillard
P.O. Box 391
Eunice, LA 70535