UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

10-50713 Gulf Fleet Holdings, Inc. and Gulf Ocean Marine Services, LLC    Chapter: 11

**Third and Final Application for Interim and Final Compensation and for Reimbursement of Expenses Compensation/Expenses Requested for Akermann Senterfitt**

**APPEARANCES:**

No appearances

**RULING:** Application is approved.

**ORDER TO BE PREPARED BY:** Caplinger

Date:   June 14, 2011