UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-50713 |
| GULF FLEET HOLDINGS, INC., *et al.* | CHAPTER 11 |
| DEBTORS | (Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

**OBJECTION TO CLAIMS FILED ON BEHALF OF DARLENE HILLMAN, GRANT M. HILLMAN, MICHAEL A. HILLMAN, BENGAL BARGES, INC., AND DMH LEASING, INC.**

**NOW INTO COURT**, through undersigned counsel, comes Gulf Fleet Holdings, Inc. ("*Debtor*"), which, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, hereby object to the claims filed on behalf of Darlene Hillman, Grant M. Hillman, Michael A. Hillman (collectively, "*Hillmans*"), Bengal Barges, LLC., and DMH Leasing, Inc. filed in Case No. 10-50713, and in support thereof shows as follows:

**Jurisdiction**

1.

This Court has jurisdiction over these Chapter 11 cases, and the parties and property affected hereby, pursuant to 28 U.S.C. §1334. This Court also has jurisdiction over the subject matter of this Objection pursuant to the Order confirming the Debtors' Consolidated Plan or Reorganization for Gulf Fleet Holdings, Inc., Gulf Fleet Management, LLC, Gulf Fleet, LLC, Gulf Fleet Offshore, LLC, Gulf Fleet Marine, LLC, Gulf Ocean Marine Services, LLC, Gulf Service, LLC, Gulf Wind, LLC, Gulf Worker, LLC, Hercules Marine, LLC, and Star Marine,

LLC as of March 25, 2011 ("*Plan*") and Article XV of the Plan. **Docket Nos. 835, 873, 887, 902,** and **930.**

## Procedural Background

2.

On May 14, 2010 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code. Since that time, the Debtor has operated as debtor-in-possession pursuant to the provisions of 11 U.S.C. §§1107 and 1108.

3.

On May 11, 2011, this Court entered an Order confirming the Plan as modified by the immaterial modifications. **Docket No. 930.**

4.

On or about September 13, 2010, the Hillmans, Bengal Barges, LLC. and DMH Leasing, Inc. filed in Case No. 10-50713 the following claims: Claim No. 44 in the principal amount of $517,262.98 plus additional amounts, Claim No. 45 in the principal amount of $50,000 plus additional amounts, Claim No. 46 in the principal amount of $62,750.98, Claim No. 47 in the amount of $18,714.00, and Claim No. 48 in the amount of $2,709.70. Thereafter, the Hillmans, Bengal Barges, LLC., and DMH Leasing, Inc. filed Claim Nos. 54, 55, 56, 57, and 58 which were substantially identical to Claim Nos. 44, 45, 46, 47, and 48 (collectively, all "*Claims*").

5.

On December 15, 2010, the Debtor filed Adversary Proceeding No. 10-05104 asserting objections and claims for setoff against Claim Nos. 44, 45, 46, 47, and 48.

2

10-50713 - #971   File 07/29/11   Enter 07/29/11 14:27:59   Main Document   Pg 2 of 4

## Objection

6.

The Debtor objects to the Claims only insofar as they are duplicate claims and are inconsistent with the books and records of the Debtor.

## Reservation of Rights

7.

The Debtor specifically reserves the right to amend or supplement this objection after further investigation and discovery. Further, the Debtor reserves the right to bring or assert any other causes of action or claims against claimants included herein or any other claimants.

**WHEREFORE**, the Debtor prays that after due proceedings had, the Court enter an Order which eliminates duplicate claims and reduces the Claims to amounts to be proven at the hearing on this matter and for all other general and equitable relief that this Court deems proper.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
JOSEPH P. BRIGGETT (#33029)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
*Attorneys for the Debtor*

3

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing has been served upon the parties that receive electronic notice via the Court's CM/ECF System, as well as Timothy S. Madden, 201 St. Charles Avenue, 45th Floor, New Orleans, LA 70170 via first class mail on this 24th day of July 2011.

_/s/_